# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated, | Civil Case No.: 18-cv-81004 |
| Plaintiff, | |
| v. | |
| **POST UNIVERSITY, INC.,** | |
| Defendant. | |

## MOTION TO CORRECT COMPLAINT

On July 30, 2018, Plaintiff filed a complaint initiating the instant matter. However, Plaintiff's counsel inadvertently filed a version with the date for the class period blank in paragraph 73 (e.g. July __, 2014). This was a clerical error. As the date for the class period was to be four years prior to the filing date (due to the four-year statute of limitations), these dates were intended to be filled in immediately prior to filing. Plaintiff's counsel apologies for the error, and respectfully asks that the Court allow the attached corrected complaint to serve as the operative complaint.

Date: July 31, 2018          Respectfully submitted,

                     s/ Bradford R. Sohn
                     Bradford R. Sohn
                     Fla. Bar No. 98788
                     brad@sohn.com
                     The Brad Sohn Law Firm PLLC
                     2600 South Douglas Road, Suite 1007
                     Coral Gables, Florida 33134
                     Tel: 786.708.9750
                     Fax: 305.397.0650
                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Correct was served by the ECF filing system and via certified mail on July 31, 2018, on all counsel or parties of record on the service list.

Date: July 31, 2018               Respectfully submitted,

                                s/ Bradford R. Sohn
                                Bradford R. Sohn
                                Fla. Bar No. 98788
                                brad@sohn.com
                                The Brad Sohn Law Firm PLLC
                                2600 South Douglas Road, Suite 1007
                                Coral Gables, Florida 33134
                                Tel: 786.708.9750
                                Fax: 305.397.0650
                                Attorney for Plaintiff

**Case No.:** 18-cv-81004

## SERVICE LIST

Post University
c/o Corporation Service Company
50 Weston Street
Hartford, CT 06120