# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| MELANIE DAVIS, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 18-cv-81004-RLR |
| | ) |
| POST UNIVERSITY, INC., | ) |
| | ) |
|    Defendant. | ) |

## DEFENDANT POST UNIVERSITY, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Post University Inc. states that it does not have a parent corporation, and no publicly-held corporation owns more than 10% of its stock.

Dated: September 14, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Mary Joanne Dowd*
　　　　　　　　　　　　　　　　　　　　　　Mary Joanne Dowd (FB# 0368970)
　　　　　　　　　　　　　　　　　　　　　　Adam Bowser, (pro hac vice application forthcoming)
　　　　　　　　　　　　　　　　　　　　　　Brandi G. Howard, (pro hac vice application forthcoming)
　　　　　　　　　　　　　　　　　　　　　　**ARENT FOX LLP**
　　　　　　　　　　　　　　　　　　　　　　1717 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-5344
　　　　　　　　　　　　　　　　　　　　　　(202) 857-6000 (telephone)
　　　　　　　　　　　　　　　　　　　　　　(202) 857-6395 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　mary.dowd@arentfox.com
　　　　　　　　　　　　　　　　　　　　　　adam.bowser@arentfox.com
　　　　　　　　　　　　　　　　　　　　　　brandi.howard@arentfox.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Post University, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2018, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

        /s/ *Mary Joanne Dowd*
           Mary Joanne Dowd