UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated, | Civil Case No.: 18-cv-81004 |
| Plaintiff, | Judge: Hon. Robin L. Rosenberg |
| v. | Magistrate Judge: Hon. Bruce E. Reinhart |
| **POST UNIVERSITY, INC.,** | |
| Defendant. | |

## PLAINTIFF MELANIE DAVIS' MOTION TO STRIKE OR INVALIDATE DEFENDANT'S OFFER OF JUDGMENT

Plaintiff Melanie Davis ("Plaintiff") hereby asks the Court to strike or invalidate Defendant's September 26 Offer of Judgment, made under Federal Rule of Civil Procedure Rule 68, so far as this Offer implicates the cost-shifting mechanism of Federal Rule of Civil Procedure 68(d).

In support of this Motion, Plaintiff states as follows:

1. The Court has authority to strike or invalidate Defendant's Offer pursuant to Federal Rule of Civil Procedure 23(d) and its inherent authority.

2. As set forth in more detail in Plaintiff's accompanying memorandum, Defendant's Offer, made to Plaintiff in her individual capacity, intentionally injects a conflict into this matter between Plaintiff and the classes she seeks to represent by forcing Plaintiff to either abandon her pursuits and accept the offer, or risk bearing Defendant's costs for litigating this putative class action.

3. As set forth in more detail in Plaintiff's accompanying memorandum, such an Offer is an attempt to undermine the class action mechanic and is inconsistent with the putative class action

nature of this case and with the duties of Plaintiff and the Court to safeguard the interests of absent putative class members.

   4.  Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

**Dated:** October 2, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** October 2, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)