# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| MELANIE DAVIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 18-cv-81004-RLR |
| | ) |
| POST UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT POST UNIVERSITY, INC.'S**
**OFFER OF JUDGMENT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 68</u>**

TO PLAINTIFF MELANIE DAVIS AND HER ATTORNEYS OF RECORD:

Defendant Post University Inc. (the "University"), pursuant to Fed. R. Civ. P. 68, hereby offers to allow entry of judgment to be taken against it as follows: a judgment in favor of plaintiff Melanie Davis ("Plaintiff") and against the University, in the sum of $10,000 (ten thousand). This shall be the total amount to be paid by the University on account of any liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff.

If Plaintiff does not accept this offer, she may be become obligated to pay the University's costs incurred after making this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within 14 (fourteen) days of the date this offer is made.

This offer is not an admission of liability by the University, but rather is made solely for the purpose of compromising a disputed claim.

Dated: September 26, 2018	**ARENT FOX LLP**

By: *derline/s/ Adam Bowser*

*Attorneys for Post University, Inc.*

2