# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>　　　　　　　　　　Defendant. | Civil Case No.: 18-cv-81004<br><br>Judge: Hon. Robin L. Rosenberg<br>Magistrate Judge: Hon. Bruce E. Reinhart |

## JOINT MOTION TO MODIFY SCHEDULING ORDER AND TO INFORM COURT REGARDING MEDIATION

Plaintiff Melanie Davis ("Plaintiff") and Defendant Post University, Inc. ("Defendant") hereby request that the Court modify the scheduling order, as outlined below, and take notice of the Parties ongoing efforts regarding mediation.

In support of this Motion, the Parties state as follows:

1. On September 24, 2018, the Court issued a scheduling order in this matter. [Dkt. 17.]

2. Upon receipt of this order, the Parties met and conferred regarding several of the dates therein.

3. Specifically, the Parties request that the deadline for Plaintiff to file her Motion for Class Certification be amended from November 21, 2018 to "No later than June 3, 2019."

4. While the Parties intend to diligently conduct discovery (Plaintiff has already served her first discovery wave) the deadline of November 21 allows for only one wave of discovery to be served, with no opportunity for meaningful depositions, prior to the motion deadline.

5. A later date of "no later than June 3, 2019" allows for more fully-realized Motion practice on this significant aspect of the case, while also giving Plaintiff the opportunity to move much earlier than June 3, 2019 if the flow of discovery permits and as she would prefer to do.

6. This does not necessitate a change to the date for discovery completion (May 3, 2019) because the Parties intend to conduct class and merits discovery simultaneously.

7. This change would, however, necessitate changes to the pretrial motion deadline (currently June 3, 2019) and joint pretrial stipulation deadline (currently August 5, 2019).

8. The Parties respectfully request that the pretrial motion deadline (summary judgment motions, *Daubert* motions, and motions *in limine*) be changed to "30 days after a decision on class certification or June 3, 2019, whichever is later."

9. The Parties respectfully request that the deadline for the joint pretrial stipulation be changed to "30 days after a decision on pretrial motions or August 5, 2019, whichever is later."

10. In addition to the above proposals, the Parties request clarification on several of the dates contained in the current scheduling order.

11. The current scheduling order calls for counter-designations of deposition testimony and objections to designations of deposition testimony to be filed on March 22, 2019, and objections to those counter-designations are to be filed on March 29, 2019. This appears to be in error, because designations of deposition testimony are not required to be made until August 5, 2019.

12. The Parties respectfully request that counter-designations/objections be filed within 21 days of the Joint Pretrial Stipulation or August 26, 2019, whichever is later, and objections/responses to those counter-designations/objections be filed within seven (7) days thereafter.

13. Similarly, the deadline for jury instructions or proposed finding of facts and conclusions of law is set for April 8, 2019. This appears to be in error because it is while discovery is ongoing and prior to the currently set deadline for the joint pretrial stipulation.

14. The Parties respectfully request that the jury instructions deadline be changed to be "within 14 days of the objections/responses to the counter-designations/objections to deposition testimony."

15. These errors in dates appear to be reflected in the currently set trial date of September 3, 2019.

16. The Parties respectfully ask that trial be set for the next available trial period after the jury instructions are filed.

17. Summarized, the Parties modifications are as follows:

| Item | Current Date | Requested Date |
| --- | --- | --- |
| Class Certification | November 21, 2018 | No later than June 3, 2019 |
| Pretrial Motions | June 3, 2019 | Within 30 days of a decision on class certification *or* June 3, 2019, whichever date is later. |
| Joint Pretrial Stipulation; Counter-designations of/objections to Designated Deposition Testimony | August 5, 2019 | Within 30 days of a decision on pretrial motions *or* August 5, 2019, whichever date is later. |
| Counter-designations/objections | March 22, 2019 | Within 21 days of the Joint Pretrial Stipulation and Designations *or* August 26, 2019, whichever is later |
| Objections/responses to counter-designations/objections | March 29, 2019 | Within 7 days of counter-designations/objections |
| Jury Instructions/Proposed Findings of Fact and Conclusions of Law | April 8, 2019 | Within 14 days of objections/responses to counter-designations/objections. |
| Trial | September 3, 2019 | Next available trial period after jury instructions/proposed findings are filed. |

18. The Court further ordered that by October 5, 2018, the Parties designate a mediator and schedule a mediation.

19. To that end, the Parties have agreed to mediate this matter before Hunter Hughes in Atlanta, Georgia. This mediation is tentatively scheduled to take place on April 4, 2019.

**Dated:** October 5, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)
*Attorneys for Plaintiff Melanie Davis*

By: */s/ Mary Joanne Dowd*_____
Mary Joanne Dowd, # 368970
Adam Bowser, (pro hac vice)
Brandi G. Howard, (pro hac vice)
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
mary.dowd@arentfox.com
adam.bowser@arentfox.com
brandi.howard@arentfox.com
*Attorneys for Post University, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2018, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** October 5, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)