# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>　　　　　　　　　Defendant. | Civil Case No.: 18-cv-81004<br><br>Judge: Hon. Robin L. Rosenberg<br>Magistrate Judge: Hon. Bruce E. Reinhart |

### CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff respectfully asks that the Court allow Plaintiff to file the attached First Amended Class Action Complaint. Defendants do not object to the filing of this First Amended Complaint, but do not admit to the validity of the claims therein and reserve all defenses thereto.

"[L]eave to amend shall be freely granted" except in situations where there is "undue delay, undue prejudice to defendants" or the amendment is futile. *Maynard v. Bd. of Regents of Div. of Univ. of Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003). Here, there is no undue delay, because Plaintiff's amendment is made at the express invitation of the court on December 12 and with Defendant's consent. Defendant also does not oppose the request, so there is no prejudice. The complaint is not futile because it simply fleshes out the allegations based on information learned in discovery and to address alleged deficiencies in the complaint discussed at the hearing on December 12, 2018.

In addition, due to the holidays, the parties request that Defendant be given until January 11, 2019 to respond to the amended complaint.

**Dated:** December 20, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** December 20, 2018

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)