UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>                Defendant. | Civil Case No.: 18-cv-81004<br><br>Judge: Hon. Robin L. Rosenberg<br>Magistrate Judge: Hon. Bruce E. Reinhart |

**PLAINTIFF'S MOTION TO EXCUSE HER PERSONAL ATTENDANCE AT UPCOMING MEDIATION AND TO APPEAR BY TELEPHONE AT UPCOMING DISCOVERY CONFERENCE**

1. The Parties have a discovery conference before Judge Reinhart scheduled for April 2, 2019 at 3:30 PM.

2. At a previous hearing before Judge Reinhart, the Parties raised the possibility of appearing at this discovery conference telephonically, but nothing was decided at that time.

3. Plaintiff now respectfully requests that the Parties be permitted to appear telephonically at the April 2, 2019 discovery conference.

4. In addition, the Parties are currently scheduled to go to mediation before Hunter Hughes in Atlanta on April 4, 2019.

5. At the time of jointly selecting Mr. Hughes – an out-of-state mediator – Plaintiff's counsel indicated that Plaintiff herself would likely be unable to personally appear at such a mediation.

6. Plaintiff's counsel has been given full authority to resolve the matter, and Plaintiff herself will remain readily available by phone and email to provide any additional input, approval, or signature necessary.

7. Defendant's counsel does not object to this arrangement.

8. Local Rule 16(e), however, requires any party not personally attending a mediation to be excused, in writing, by the presiding Judge.

9. Accordingly, Plaintiff respectfully requests that she be excused from personal attendance at the April 4, 2019 mediation in Atlanta, with the understanding that she will remain available by phone and email.

**Dated:** March 12, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** March 12, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)