UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>　　　　　　　　　　Defendant. | Civil Case No.: 18-cv-81004<br><br>Judge: Hon. Robin L. Rosenberg<br>Magistrate Judge: Hon. Bruce E. Reinhart |

## JOINT DISCOVERY STATUS REPORT

Plaintiff Melanie Davis ("Plaintiff") and Defendant Post University, Inc. ("Defendant") hereby submit the following Joint Discovery Status Report:

a) **Propounded Discovery**

1. **Plaintiff**: Four sets of requests for production (29 total requests), five sets of interrogatories (15 total interrogatories), three sets of requests for admission (50 total requests).

2. **Defendant**: One set of requests for production (17 total requests) and one set of interrogatories (13 total interrogatories).

b) **Whether Discovery Requests Have Been Answered**:

1. **Requests Served on Plaintiff**: All requests served on Plaintiff have been answered.

2. **Requests Served on Defendant**: Defendant has yet to respond to Plaintiff's most recent set of interrogatories and requests for production. Though responses were due on February 26, 2019, the requested information and production was difficult and voluminous, and the parties have recently reached an agreement on how to conduct that discovery. The parties anticipate this production will be complete by

April 22, 2019. Otherwise, except as noted in the section below regarding outstanding discovery disputes, Defendant has responded to all discovery.

c) **Status of Depositions**

  1. **Number Taken by Plaintiff**: Two.
  2. **Number Taken by Defendant**: None.
  3. **Number of Depositions Remaining for Plaintiff**: To be determined, though Plaintiff expects no more than two more.
  4. **Number of Depositions Remaining for Defendant**: To be determined, though Defendant expects no more than one more.
  5. **Explanation of Any Delay**: Not applicable.

d) **Outstanding Discovery Disputes**: The parties have reached agreement on all outstanding discovery disputes. While these disputes may ultimately necessitate court intervention if compliance is lacking or not in line with the parties' expectations, at this time the parties are cooperating in good faith to resolve these outstanding issues.

e) **Status of Expert Disclosures**: The parties have not exchanged expert material. The parties do not anticipate the use of any expert who will be expected to testify at trial and would therefore be subject to disclosure.

f) **Necessity of Status Conference**: The parties do not believe a status conference is necessary.

g) **Discovery Deadline**: At this time, the parties believe they are on track to complete discovery by the May 3 production deadline. However, because of the uncertainty surrounding the timing of the items in paragraph b(2) and paragraph d, it is possible an extension may prove necessary.

**Dated:** March 26, 2019

        s/ Bradford R. Sohn
        Bradford R. Sohn
        Fla. Bar. No. 98788
        **THE BRAD SOHN LAW FIRM PLLC**
        2600 South Douglas Rd, Suite 1007
        Coral Gables, Florida 33134
        Tel: 786.708.9750
        Fax: 305.397.0650
        brad@sohn.com

        s/ Jeremy M. Glapion
        Jeremy M. Glapion
        **THE GLAPION LAW FIRM, LLC**
        1704 Maxwell Drive
        Wall, New Jersey 07719
        Tel: 732.455.9737
        Fax: 732.709.5150
        jmg@glapionlaw.com
        (*Pro Hac Vice*)

        *Attorneys for Plaintiff*


        */s/* Mary Joanne Dowd
        Mary Joanne Dowd, # 368970
        Adam Bowser, (admitted pro hac vice)
        Brandi G. Howard, (admitted pro hac vice)
        **ARENT FOX LLP**
        1717 K Street, N.W.
        Washington, DC 20006-5344
        (202) 857-6000 (telephone)
        (202) 857-6395 (facsimile)
        mary.dowd@arentfox.com
        adam.bowser@arentfox.com
        brandi.howard@arentfox.com

        *Attorneys for Post University, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 26, 2019, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com

*Attorneys for Plaintiff*

              */s/* Mary Joanne Dowd
                Mary Joanne Dowd