# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated, | Civil Case No.: 18-cv-81004 |
| Plaintiff, | Judge: Hon. Robin L. Rosenberg |
| v. | Magistrate Judge: Hon. Bruce E. Reinhart |
| **POST UNIVERSITY, INC.,** | |
| Defendant. | |

## JOINT NOTICE REGARDING DATE OF MEDIATION

Under the Court's Scheduling Order And Order Referring Case To Mediation, the Court instructed the parties to inform the Court of "the chosen mediator and [] the date, time and location" of the mediation.  [Dkt. 17 at 3.]  The parties previously notified the Court that they "have agreed to mediate this matter before Hunter Hughes in Atlanta, Georgia.  This mediation is tentatively scheduled to take place on April 4, 2019."  [Dkt. 21 at 3.]

Plaintiff Melanie Davis and Defendant Post University, Inc. hereby provide the Court notice that they have agreed to reschedule the mediation with Mr. Hughes to June 7, 2019.[1]

| | |
|---|---|
| **Dated:** March 27, 2019 | s/ Bradford R. Sohn  <br>Bradford R. Sohn <br> Fla. Bar. No. 98788 <br> **THE BRAD SOHN LAW FIRM PLLC** <br> 2600 South Douglas Rd, Suite 1007 <br> Coral Gables, Florida 33134 <br> Tel: 786.708.9750 <br> Fax: 305.397.0650 <br> brad@sohn.com |

---

[1]   The deadline for the parties to complete mediation is July 3, 2019.

2

        s/ Jeremy M. Glapion
        Jeremy M. Glapion
        **THE GLAPION LAW FIRM, LLC**
        1704 Maxwell Drive
        Wall, New Jersey 07719
        Tel: 732.455.9737
        Fax: 732.709.5150
        jmg@glapionlaw.com
        (*Pro Hac Vice*)
        *Attorneys for Plaintiff Melanie Davis*

        By: */s/ Mary Joanne Dowd*
        Mary Joanne Dowd, # 368970
        Adam Bowser, (pro hac vice)
        Brandi G. Howard, (pro hac vice)
        **ARENT FOX LLP**
        1717 K Street, N.W.
        Washington, DC 20006-5344
        (202) 857-6000 (telephone)
        (202) 857-6395 (facsimile)
        mary.dowd@arentfox.com
        adam.bowser@arentfox.com
        brandi.howard@arentfox.com
        *Attorneys for Post University, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2019, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

                                                              */s/ Mary Joanne Dowd*
                                                              Mary Joanne Dowd