**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>　　　　　　　　Defendant. | Civil Case No.: 18-cv-81004<br><br>Judge: Hon. Roy K. Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

**CONSENT MOTION TO FILE OVERLENGTH BRIEFS IN SUPPORT OF AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND TO ENLARGE THE BRIEFING SCHEDULE**

　　　　Plaintiff Melanie Davis ("Plaintiff"), with Defendant Post University, Inc.'s ("Defendant") input and consent, hereby requests that the Court allow Plaintiff to file an overlength brief of no more than 25 pages in support of Plaintiff's forthcoming Motion for Class Certification. Local Rule 7.1(c)(2) limits the length of opening and opposing memoranda to 20 pages. Given the myriad issues to be addressed, as well as the stakes of the Motion, Plaintiff believes the additional five pages are necessary to present a fully realized Motion. The Parties also request that the same extension be extended to Defendant for its opposition to Plaintiff's Motion. Reply brief length is unaffected.

　　　　Plaintiff, with Defendant's input and consent, further requests that Defendant be allowed 21 days from the filing of Plaintiff's Motion to oppose the Motion, and that Plaintiff be allowed 14 days from the filing of the opposition to file a reply in support of the Motion. Local Rule 7.1(c)(1) allows 14 days for an opposition brief and seven (7) days for a reply. Plaintiff's deadline to file her forthcoming Motion for Class Certification is June 3, 2019. Plaintiff anticipates filing the Motion in advance of that deadline. However, the lead associate working on this matter for

Defendant will be unavailable during the briefing period (and for a good time beyond), so Defendant's counsel will be required to bring additional attorneys up to speed on the case. In addition, the Parties are due to mediate this case on June 7, 2019 and Defendant believes the additional week of briefing would allow it to spend more time preparing for the mediation, while still giving it time to file its opposition if the case does not resolve.

Defendant does not oppose the entry of this Motion.

**Dated:** May 22, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2019, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** May 22, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)