**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-81004-CIV-ALTMAN/Brannon**

**MELANIE DAVIS,**
*on behalf of herself and others similarly situated*,

      Plaintiffs,

v.

**POST UNIVERSITY, INC.,**

      Defendant.
_____/

**ORDER**

      **THIS CAUSE** came before the Court upon the parties' Joint Motion Ordering Mediation [ECF No. 53]. The Motion is **GRANTED**.

      The mediation in this matter shall be held before Hunter Hughes at 1075 Peachtree Street, Atlanta, Georgia on **June 7, 2019 at 9:00 a.m.**

      Within **seven** days of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.

      Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of May, 2019.

                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record