UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **POST UNIVERSITY, INC.,** <br><br> Defendant. | Civil Case No.: 18-cv-81004 <br><br> Judge: Hon. Roy K Altman <br> Magistrate Judge: Hon. Dave Lee Brannon |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Melanie Davis ("Plaintiff") and Defendant Post University, Inc. ("Post") hereby ask the Court to amend the currently operative scheduling. This extension is necessary for the Parties to comply with their agreement on how to resolve the discovery dispute that was set for hearing on June 6, 2019 at 2:00 PM.

Specifically, the Parties request that the deadline for Plaintiff to file her Motion for Class Certification be adjourned from June 10, 2019 to July 12, 2019. With 21 days to oppose and 14 days to reply, briefing would be complete on or before August 16.

Rather than set dates subsequent to the Class Certification deadline at this time, the Parties request that the Court set a scheduling conference after the Court decides Plaintiff's Motion for Class Certification to set dates through trial. Even without the extension requested herein, there is only four months between Plaintiff's Motion for Class Certification filing deadline and the trial date. The current schedule would also require dispositive motions to be filed before the Motion for Class certification is fully briefed (let alone decided). In the interest of efficiency, the Parties request that the Court resolve the Motion for Class Certification before determining subsequent dates, as the resolution—both in timing and result—will ultimately drive those dates.

In the event the Court would prefer to adhere to the relative timing of the current schedule, the Parties propose the following adjustments:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Class Certification | June 10, 2019 | July 12, 2019 |
| Pretrial Motions | June 28, 2019 | August 2, 2019 |
| Pretrial Stip, Jury Instructions, Motions *in Limine* | July 19, 2019 | August 23, 2019 |
| Trial | October 15, 2019 | November 18, 2019 |

**Dated:** June 6, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

*Attorneys for Plaintiff*

1

By: */s/ Mary Joanne Dowd*
Mary Joanne Dowd, # 368970
Adam Bowser, (pro hac vice)
Brandi G. Howard, (pro hac vice)
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
mary.dowd@arentfox.com
adam.bowser@arentfox.com
brandi.howard@arentfox.com
*Attorneys for Post University, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I filed the foregoing Motion through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** June 6, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)