UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81004-CIV-Altman/Brannon

**MELANIE DAVIS**, on behalf of herself and all others similarly situated**,**

        **Plaintiff,**
  **v.**

**POST UNIVERSITY, INC.,**

        **Defendant.**

## DEFENDANT POST UNIVERSITY, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Post University, Inc. (the "University") respectfully supplements its previously filed Corporate Disclosure Statement (Dkt. No. 14).

The University previously stated "that it does not have a parent corporation, and no publicly-held corporation owns more than 10% of its stock." The University, however, has been a wholly owned subsidiary of Post Education, Inc. ("PEI") since 2004, which is publicly disclosed on the University's website and other third-party sites. PEI is a privately held holding company with no operations, no independent assets and no affiliation with any other entity. The University and undersigned counsel regret omitting this holding company information in the University's original Corporate Disclosure Statement.

No publicly held corporation owns more than 10% of the University's stock.

Dated: June 26, 2019						Respectfully submitted,

							By: */s/ Mary Joanne Dowd*
							Mary Joanne Dowd (FB# 0368970)
							Adam Bowser (admitted pro hac vice)
							Brandi G. Howard, (admitted pro hac vice)
							**ARENT FOX LLP**
							1717 K Street, N.W.
							Washington, DC 20006-5344
							(202) 857-6000 (telephone)
							(202) 857-6395 (facsimile)
							mary.dowd@arentfox.com
							adam.bowser@arentfox.com
							brandi.howard@arentfox.com

							*Attorneys for Post University, Inc.*

## **VERIFICATION**

I, Elaine Neely, Chief Regulatory Officer for Post University, Inc., verify, under penalty of perjury, that the foregoing Supplemental Corporate Disclosure Statement is true and correct.

Executed on the 26th day of June, 2019.

Elaine Neely, Chief Regulatory Officer, Post University

/s/ *Elaine Neely*
Elaine Neely

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2019, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

              /s/ *Mary Joanne Dowd*
                Mary Joanne Dowd