UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**POST UNIVERSITY, INC.**,<br><br>                    Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

## PLAINTIFF MELANIE DAVIS' MOTION FOR CLASS CERTIFICATION PURSUANT TO FED R. CIV. P. 23(b)(3).

Plaintiff Melanie Davis ("Plaintiff") hereby moves to certify the following class pursuant to Federal Rule of Civil Procedure 23(b)(3):

> From July 30, 2014 through July 30, 2018, all persons within the United States who, on their residential or cellular telephone number, received more than one telephone call from Defendant in a 12-month period, while the entry or file in Defendant's CRM system associated with that person was marked as, flagged as, or considered a "Rejected Lead" or "Opportunity Lost".

("Class").

In support of this Motion, Plaintiff states as follows:

1. Plaintiff alleges on behalf of herself and all others similarly situated a claim for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d), stemming from Defendant's practice of making telemarketing calls to Plaintiff and Class members despite not having the required policies, procedures, and training in place to document and honor "do-not-call" requests.

2. Plaintiff believes that the Class is ripe for certification.

3. As more fully set forth in the accompanying memorandum, the proposed Class is sufficiently numerous; there are common questions of law or fact and those common questions predominate over individual issues; Plaintiff's claims are typical, she is an adequate representative, and has retained counsel capable of representing the Class; a Class action is the superior method of resolving the claims at issue; and the Class is ascertainable.

**Dated:** July 5, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2019, I filed the foregoing Motion and accompanying memorandum and exhibits through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** July 5, 2019

/s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

/s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)