# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>　　　　　　　Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

**Declaration of Jeremy M. Glapion In Support of Plaintiff's Motion for Class Certification**

I, Jeremy M. Glapion, declare as follows:

1. I am the founder of Glapion Law Firm and a member in good standing of the State Bars of New Jersey and New York. I am admitted *pro hac vice* for this matter.

2. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3. Glapion Law Firm is a plaintiff-side consumer protection firm with a focus on cases alleging violations of the Telephone Consumer Protection Act and Fair Debt Collection Practices Act.

4. Since May 2015, I have recovered over $1 million for clients in dozens of individual TCPA cases.

5. In addition, I have been appointed lead counsel in three separate TCPA class actions:

   a. *Willis et al. v. IHeartMedia, Inc.*, Case No. 16-CV-02455 (Cook County, Feb. 19, 2016) (co-lead counsel in $8.5m class action settlement involving allegations that defendant sent text message advertisements without consent);

   b. *Allard et al. v. SCI Direct, Inc.*, Case No. 16-cv-01033 (M.D. Tenn. 2016) (sole lead counsel in certified TCPA class action alleging defendant made prerecorded telemarketing calls without consent and did not maintain adequate do-not-call policies and procedures).

   c. *Griffith v. ContextMedia Health, Inc.*, 16-cv-2900 (N.D. Ill. 2016) (co-lead counsel in a $2.9 million class action settlement in a certified TCPA class action alleging defendant sent automated text messages after recipients asked

defendant to stop). This settlement resulted in one of the largest per-member recoveries in the history of the TCPA.

6. Prior to founding Glapion Law Firm, I was an attorney at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB") in New York (2013-2015), a law clerk to The Honorable Freda L. Wolfson (D.N.J.) (2013), and an associate at Gibson Dunn & Crutcher (2012-2013).

7. While at LCHB, I was the primary associate on several high-profile consumer protection matters, including TCPA class cases such as *Henrichs v. Wells Fargo Bank, N.A.*, Case No. 13-CV-05434 (N.D. Cal.); *Ossola v. American Express Co.*, Case No. 13-cv-04836 (N.D. Ill.); and *Balschmiter v. TD Auto Finance, LLC*, Case No. 13-cv-01186 (E.D. Wisc.).

8. My experience in the matters listed above, as well as my knowledge of the TCPA gained through my handling numerous TCPA actions (both class and individual), has allowed me to successfully and capably manage the legal, factual, and procedural issues that accompany TCPA class actions, and will allow me to continue to do so here.

9. I can also attest to Plaintiff Melanie Davis' fitness to be appointed representative of the Class.

10. She has remained involved, helpful, and responsive throughout, and appears to understand her obligation to place the interests of the proposed Class ahead of her own.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2019, at Wall, NJ.

*/s/ Jeremy M. Glapion*
Jeremy M. Glapion