## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.**,<br><br>                 Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

**Declaration of Bradford R. Sohn in Support of Plaintiff's Motion for Class Certification**

I, Bradford Rothwell Sohn, declare pursuant to 28 U.S.C. § 1746:

1. I am licensed to practice law in Florida, doing so through my firm The Brad Sohn Law Firm, PLLC.

2. I am the sole member of this firm and submit this declaration in support of Plaintiff's Memorandum in Support of Class Certification.

3. As stated therein, I have worked closely with Mr. Glapion on TCPA matters in the past. I have also performed common benefit work on behalf of MDL No. 2323 settlement class members and have additionally worked closely with the Court on opt-out related matters.

4. The majority of my legal career has been spent on complex-plaintiff's-litigation-oriented matters. As stated therein, previously, I have served as trial counsel in *Engle* progeny matters and worked closely with the Lieff Cabraser and Motley Rice firms in the global resolution of federal *Engle* cases. I am also proud of the significant results that I have delivered for clients in numerous catastrophic injury and wrongful death matters. Further, I presently serve as trial counsel in multiple *In re* proceedings, including in consolidated cases in New Jersey (*In re Pelvic Mesh / Gynecare Litig.*) and Illinois (*In re Riddell Helmet Litig.*)

5. Attached to this Declaration is a recent copy of my *curriculum vitae*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2019, in Miami, Florida.

*[signature]*
Bradford R. Sohn

**BRADFORD R. SOHN, ESQ.**
**THE BRAD SOHN LAW FIRM, PLLC**
2600 Douglas Road, Suite 1007 • Coral Gables, FL 33134
310.866.0001 (cell) • 305.397.0650 (fax) • 786.708.9750 (office) brad@sohn.com

## EXPERIENCE

**The Brad Sohn Law Firm, PLLC**                                                                Coral Gables, FL
Attorney, April 2014 - Present
- Focus on Plaintiffs'-side complex litigation (catastrophic injury / death, mass / class action, and professional sports-injury) with numerous multi-million-dollar client recoveries
- Complex litigation practice presently includes co-lead counsel role in the consolidated representation of approximately 100 individual injury and death cases against football-helmet manufacturer Riddell in Cook County, Illinois; common benefit work on behalf of settlement-class members and opt-out plaintiffs in MDL-2323 *In re National Football League Players' Concussion Injury Litig.* (uncapped personal-injury settlement fund) where more than $450,000,000 has been recovered on behalf of individuals
- Recent noteworthy decisions include: defeating the NFL in a first-ever motion to dismiss (on statute of limitations) on behalf of a deceased football player's estate who retired from NFL football in the 1950s (*DeCarlo v. NFL*); obtaining (dispositive) remand and subsequent denial of multiple state-court motions to dismiss in consolidated injury litigation against alleged NFL joint-venturer Riddell (*Oliver v. Riddell, et al.*); as co-lead counsel, defeating both (dispositive) removal jurisdiction and (dispositive) motion to compel arbitration against professional sports team
- Notable ongoing individual representations: multiple representations of individual wrongful death plaintiffs in continued litigation against the NFL and related entities; *In Re Pelvic Mesh/Gynecare Litigation* (N.J. Sup. Ct.) (co-lead trial counsel; J&J/Ethicon pelvic mesh bellwether pool); putative TCPA class action against Post University; other catastrophic injury maters
- Frequently interviewed on sports-injury litigation topics by New York Times, Wall Street Journal, Bloomberg, and major sports-media outlets (ESPN, Sports Illustrated)

**Lieff, Cabraser, Heimann & Bernstein, LLP**                                                                New York, NY
Affiliated Counsel, Spring 2014 – Winter 2015
- Coordinated all phases of firm's prosecution (alongside the Motley Rice firm) of several-thousand federal *Engle* progeny cases through and including the implementation of global settlement reached with major tobacco companies,
- Oversaw 250-client MDL-2323 (NFL Concussion) inventory and 21-case opt-out inventory
- Deposed/defended more than 75 fact and expert witnesses in tobacco litigation; drafted and opposed dispositive motions; worked closely on fact-specific work-up in preparation for trials; worked with contract attorneys to supervise implementation of global settlement
- Responsible for pre-trial work (depositions, motion practice, coordinating expert reviews and other issues related to fact work-up) in product liability/automotive cases against Ford
- Drafted dispositive motions in multiple putative class actions

**Grossman Roth, P.A.**                                                                Coral Gables, FL
Summer 2013 – Spring 2014
- Worked as member of multiple teams responsible for successful resolution of complex, high-exposure medical-malpractice matters
- Took and defended expert depositions, argued hearings, drafted pleadings
- Published decision *Seale v. Ocean Reef*

**The Ferraro Law Firm**                                                                Coral Gables,
Winter 2012 – August 2013
- Under former United States Attorney Jeffrey Sloman, served on three-man trial team that obtained a $1.5M verdict in *Engle* progeny case (*Ruffo v. PM USA*, Nos. 3D13 -2772 & 3D14-864 (Fla. 3d DCA Nov. 19, 2014) (*PCA aff'd*), having sole responsibility for arguing and briefing legal issues at trial, opposing and arguing post-trial motions, and drafting and arguing Plaintiff's jury instructions
- Solely responsible for post-trial briefing and oral argument in defense of $5M *Engle* progeny verdict obtained in *Williams v. RJ Reynolds*, No. 3D13-2099 (Fla. 3d DCA Sept. 3, 2014)

- Took and defended fact and expert depositions

**Cohen, Milstein, Sellers & Toll PLLC f/k/a Leopold Law, P.A.**                          Palm Beach Gardens, FL
Sept 2012 – December 2012
- Assisted firm following the bar exam in class-action / commercial litigation motion practice

**Podhurst Orseck, P.A.**                                                                                      Miami, FL
<u>Law Clerk</u> 2010 - 2012
- Law Clerk to Robert A. Josefsberg and Ramon A. Rasco
- Developed and researched the eventual NFL MDL, responsible for the firm's involvement; and for drafting/researching the complaint, and for developing the firms first hundred cases
- Drafted dispositive motions and memoranda in variety of complex cases, including: $1.2B Ponzi scheme; aviation disasters; class actions, securities litigation; FCPA litigation; and 1983 litigation

## EDUCATION

**University of Miami School of Law**                                                                Coral Gables, FL
J.D., *cum laude*, May 2012

<u>Honors/Activities</u>:   Dean's Merit Scholarship 2009-2012; Dean's List 2010-12; Dean's Certificate (Top Grade In Course) – State and Local Government Prof. Stephen Diamond; Recognition from Third District Court of Appeals for published decision: *Hammett v. Reemp. Asst. Apps. Comm'n*, 97 So. 3d. 306 (Fla. 3d DCA 2012); Litigation Skills Civil Trial Spring 2011; Research Assistant – Prof. Irwin Stotzky 2010

<u>Publications</u>:   "Goodyear Dunlop Tires Operations, *S.A. v. Brown and J McIntyre Machinery v. Nicastro*: Analyzing Stream-of-Commerce Jurisdiction" acknowledged contributor on behalf of Ricardo M. Martinez-Cid with Lauren Barrington (American Association for Justice International Practice Section Winter Newsletter Vol. 17 No. 1 2012)

**Harvard University**                                                                                       Cambridge, MA
A.B., *cum laude*, in Government, May 2002
<u>Honors and Activities</u>:   Harvard College Scholarship for Academic Distinction; Harvard Crimson (Columnist); Harvard Football

**Duke University**                                                                                                Durham, NC
Attended Freshman Year, 1998 – 1999
<u>Honors and Activities</u>:   Dean's List; Duke Football; ACC Honor Roll (distinction for ACC Athletes)

## MEMBERSHIPS/COMMUNITY INVOLVEMENT

- Florida Bar (2012); United States District Court for the Southern District of Florida (2012); United States Circuit Court of Appeals for the Eleventh Circuit (2012); and United States Bankruptcy Court (2012); United States District Court for the Middle District of Florida (2015)
- American Association for Justice: Section on Toxic Environmental Pharmaceutical Torts; Class Action Group; New Lawyers Division Documents Library Exchange Committee (2013-2015)
- Miami Dade County Justice Association
- Dade County Bar Association
- Sports Legacy Institute: National Leadership Council
- Harvard College Alumni and Interviewer Harvard Club of Miami
- American Heart Association of South Florida: Executive Leadership Team 2014

## JUDICIAL REFERENCES

- Hon. Anita B. Brody, Eastern District of Pennsylvania
- Hon. Milton Hirsch, 11th Judicial Circuit Court in and for Miami-Dade County, Florida