UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**POST UNIVERSITY, INC.**,<br><br>Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

### AFFIDAVIT OF MELANIE DAVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1. My name is Melanie Davis and I declare, under penalty of perjury, that the following is true and correct.

2. I am qualified to act as class representative for the proposed class.

3. The allegations made in the complaint are true and accurate to the best of my knowledge and recollection.

4. From the outset of this case, I understood that I was to act in the best interests of the Class, and I have done my best to so act.

5. I have not placed my personal interests ahead of absent class members.

6. If appointed as a class representative by this Court, I will continue to act at all times with the best interests of the class in mind and will not place my personal interests ahead of absent class members.

7. I am willing to continue to fully participate in this litigation and willing to undertake any obligation that I must in order to represent the class of similarly situated individuals that I now seek to certify.

8. Throughout this litigation, my attorneys have kept me up to date on the status of the proceedings, sent me documents to review, and were response to any questions or concerns I had. I have no concerns about the representation my attorneys have provided to me or the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on ___6/27/2019_____ (date).

DocuSigned by:

Melanie Davis

Melanie Davis