# EXHIBIT A

## Yatcko, Mary

From: Yatcko, Mary
Sent: Wed 3/28/2018 11:24 AM (GMT-04:00)
To: Perez, Erica; Yatcko, Mary
Cc:
Bcc:
Subject: Conversation with Perez, Erica

**Yatcko, Mary [11:18 AM]:**
  You gots a lead :)
**Perez, Erica [11:18 AM]:**
  just got the email- thank you!
  io wish those emails were faster
**Yatcko, Mary [11:19 AM]:**
  Me too! Sometimes I swear they don't come
  at all
**Perez, Erica [11:19 AM]:**
  agreed lol
  this bitch just answered and said "PUT THIS ON THE DO NOT CALL LIST AND DO NOT CALL ME BACK"
  WOW
  lol
  and she's a post application lead
**Yatcko, Mary [11:20 AM]:**
  Text her? Hey! Just received your initial Post inquiry through our website!
  Play stupid?
**Perez, Erica [11:20 AM]:**
  lol i was going to
  crazy lady
**Yatcko, Mary [11:20 AM]:**
  Can't hurt! lol

PU00010810