# EXHIBIT B

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3   -------------------------------)

 4   MELANIE DAVIS,                  )    CASE NO.:

 5           Plaintiff,              )    18-81004-CIV

 6       vs.                         )

 7   POST UNIVERSITY, INC.,          )

 8           Defendant.              )

 9   -------------------------------)

10

11

12       DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13   AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14              DATE:  APRIL 11, 2019

15                   HELD AT:

16               WYNDHAM SOUTHBURY

17              1284 Strongtown Road

18             Southbury, Connecticut

19

20

21

22

23

24   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

1    A.    Correct.
2    Q.    Have you worked with any of these
3    admission counselors?
4    A.    Yes.
5    Q.    Have you worked with, I'll pick names at
6    random, Mary Yatcko?
7    A.    No.
8    Q.    Do you have any familiarity with Mary
9    Yatcko?
10   A.    Yes.
11   Q.    Is she a good employee?
12   A.    Yes.
13   Q.    Do you believe her to be well-trained?
14   A.    Yes.
15   Q.    Know her expectations as an admissions
16   counselor?
17   A.    Yes.
18   Q.    Turning to the body of the email -- by the
19   way, it's dated, do you see, April 17, 2018.
20         Do you see that?
21   A.    I do.
22   Q.    I was going to say a few short months ago,
23   then I realized we are in April 2019, so a year ago.
24   Time flies.
25   A.    Better check that too then.