# EXHIBIT C

From: Lucia, Megan
Sent: Tue 1/23/2018 10:40 AM (GMT-05:00)
To: Lamson, Matthew
Cc:
Bcc:
Subject: RE: Text Convo: MOD 3 Starts 

Just following up- I've reached out because this student is still in class, as you probably already know, and should not be. I'm pushing to have her removed.




**Megan Lucia**
Director of Academic Success  Retention
MLucia@Post.edu
**w.** 203.591.7425
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

**From:** Lamson, Matthew
**Sent:** Friday, January 19, 2018 9:48 AM
**To:** Lucia, Megan <MLucia@Post.edu>
**Subject:** RE: Text Convo: MOD 3 Starts

Thanks so much Megan.

I'm dealing with another MOD 3 start student now,  that is a similar case.

She participated, but there are multiple notes stating that she yelled at her AC to "Stop calling me" and "put me on your do not call list" as early as 1/10 and as recently as yesterday. I'm going to look into it further and possibly email the rep.

Best-
Matt




**Matthew Lamson**
Academic Success Counselor
mlamson@Post.edu
**w.** 203.596.6004
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

**From:** Lucia, Megan
**Sent:** Friday, January 19, 2018 9:46 AM
**To:** Lamson, Matthew <mlamson@Post.edu>
**Subject:** RE: Text Convo: MOD 3 Starts

has been marked as a drop as of this morning. Just a heads up.




**Megan Lucia**
Director of Academic Success  Retention
MLucia@Post.edu
**w.** 203.591.7425
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

**From:** Lamson, Matthew
**Sent:** Friday, January 19, 2018 9:16 AM
**To:** Lucia, Megan <MLucia@Post.edu>
**Subject:** RE: Text Convo: MOD 3 Starts 

Should I spread the word to everyone that the participated tasks should be vetted?




**Matthew Lamson**
Academic Success Counselor
mlamson@Post.edu
**w.** 203.596.6004
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

**From:** Lucia, Megan
**Sent:** Friday, January 19, 2018 9:13 AM
**To:** Lamson, Matthew <mlamson@Post.edu>
**Subject:** RE: Text Convo: MOD 3 Starts [redacted]

I have a feeling that you received that task because she was flipped to participated as an exception. She did not participate in the class and has not logged in since 1/10. I'm going to confirm with Sanjeev that this is the case. I agree she should be a drop and will not be charged. I'm sending to Bobby and Jeff because I am really concerned, as you are, with the misinformation.



**Megan Lucia**
Director of Academic Success  Retention
MLucia@Post.edu
**w.** 203.591.7425
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

**From:** Lamson, Matthew
**Sent:** Friday, January 19, 2018 8:45 AM
**To:** Lucia, Megan <MLucia@Post.edu>
**Cc:** Pisco, Jennifer <jpisco@Post.edu>
**Subject:** FW: Text Convo: MOD 3 Starts [redacted]
**Importance:** High

Hi Megan-

I wanted to share this situation with you. [redacted] is one of the MOD 3 starts who accessed her course but never participated. She was left in the class per the new 1/23 deadline, and today I have a participation task for her.

However, I'm very concerned that the student only participated because she was misled and pressured by her Admissions Counselor. As you can see from the text conversation below, [redacted] stated that she was not planning to attend Post, and asked that we stop contacting her.

The reply she received from the AC was that if she did NOT participate, she would be charged the full cost of the course, which is incorrect information.

I'm concerned because now the student is in class and WILL be responsible for the cost of the course, when all of her previous contact indicated she did not want to begin. There is no documentation since this last note, and nothing indicating a change of heart, so I am very unsure and wary of how to proceed.

Best-
Matt



**Matthew Lamson**
Academic Success Counselor
mlamson@Post.edu
**w.** 203.596.6004
**f.** 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

**From:** Lamson, Matthew
**Sent:** Thursday, January 18, 2018 9:39 AM
**To:** Pisco, Jennifer <jpisco@Post.edu>
**Subject:** Text Convo: MOD 3 Starts [redacted]
**Importance:** High

Task Detail | Back to Contact Detail    Help | Printer Friendly

Task Details [New] [Edit] [Copy] [Delete] [Mark as Completed] [Send Email]

**Key Task Information:**

| | | | |
|---|---|---|---|
| Owner | Christine Hagan | Primary Contact | |
| Subject | **text conversation included below, stu will not be participating.** | Opportunity | - MOD3 1718 Online Human Services -84H6MY |
| Type | **Call** | Completed Date | **1/17/2018 10:37 AM** |
| Status | **Completed** | Due Date | **1/17/2018** |
| Connected | | Activity Type | **Other** |
| Connection Action | | | |

**Related Items:**

| | | | |
|---|---|---|---|
| Created External | Christine Hagan **1/17/2018 10:37 AM** | Modified External | Christine Hagan **1/17/2018 10:37 AM** |
| Contact External Unique Id | | | |

Description **Hello I believe we were just disconnected. I was trying to get in touch with you to assist you with participating in your course. I saw the note in your file that you were going to participate Monday night but it's still missing for your course. When will you be able to participate today?**

**Today at 10:27 AM**
**i told you guys i'm not going to college through you**
**Today at 10:27 AM**
**Hello at this point you are now financially responsible for the cost of your course as financial aid does not cover drops fees. Financial aid can only cover participated students.**
**Today at 10:31 AM**
**ok leave me alone**
**Today at 10:32 AM**
**Okay so when will you be scheduling your payment for $1850 for the course?**
**Today at 10:33 AM**
**i won't be goodbye**
**Today at 10:35 AM**

**Audit Trail**

| Source IP Address | Session Type | Last Name | First Name | User Sign In ID | Operation | Field Modified | Old Value | New Value | Date |
|---|---|---|---|---|---|---|---|---|---|
| 67.218.88.75 | Interactive | Hagan | Christine | POSTU/CHAGAN | Record Created | Row Id | | Record Created | 1/17/2018 10:37 AM |

Show Full List




Post Makes It Personal

**Matthew Lamson**
Academic Success Counselor
mlamson@Post.edu
w. 203.596.6004
f. 203.841.1167

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.