# EXHIBIT G

```
                                                        Page 1

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3   ------------------------------)

 4   MELANIE DAVIS,                )    CASE NO.:

 5            Plaintiff,           )    18-81004-CIV

 6       vs.                       )

 7   POST UNIVERSITY, INC.,        )

 8            Defendant.           )

 9   ------------------------------)

10

11

12       DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13   AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14              DATE:  APRIL 11, 2019

15                    HELD AT:

16               WYNDHAM SOUTHBURY

17              1284 Strongtown Road

18              Southbury, Connecticut

19

20

21

22

23

24   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

```
 1      Q.   And it's the same thing with respect to
 2   lost opportunities; correct?  There's a lot of
 3   questions I asked so let me try again.
 4           A lost opportunity is reached; an
 5   admissions counselor is gauging if they are
 6   interested or capable of now continuing the process
 7   that they previously started; correct?
 8      A.   Most of the times, yes.
 9      Q.   That's the 90 plus percent versus the
10   small subset we discussed; correct?
11      A.   Yes.
12      Q.   And those admissions counselors then, they
13   take sort of the same role as we just discussed;
14   they nurture those prospective students through the
15   process in 16?
16      A.   Yes.
17      Q.   Between July 30th, 2014 and July 30th,
18   2018, did Post have a written Do Not Call policy?
19      A.   No.
20      Q.   Between July 30th 2014 and July 30, 2018
21   if someone requested Post's written Do Not Call
22   policy, what would be provided?
23      A.   I don't know.  I'm not certain.
24      Q.   Did anyone ever request -- to the best of
25   your knowledge, did anyone ever request the Do Not
```