# Exhibit "J"

```
                                                         Page 1

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3    ------------------------------)

 4    MELANIE DAVIS,                )   CASE NO.:

 5              Plaintiff,          )   18-81004-CIV

 6         vs.                      )

 7    POST UNIVERSITY, INC.,        )

 8              Defendant.          )

 9    ------------------------------)

10

11

12        DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13    AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14               DATE:  APRIL 11, 2019

15                    HELD AT:

16                WYNDHAM SOUTHBURY

17               1284 Strongtown Road

18              Southbury, Connecticut

19

20

21

22

23

24    Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

1   is there a document that describes Post's Do Not
2   Call training?
3        A.   Not that I can recall.
4        Q.   What I don't want to happen and what I'm
5   trying to avoid is -- do not recall is a cagey
6   answer because you can recall it after the
7   deposition.
8             So I'm asking, you were designated to
9   testify on behalf of Post University.  Does Post
10  University have any document that describes Post's
11  Do Not Call training?  It's a yes or no.
12       A.   To my knowledge, there has been nothing
13  written.
14       Q.   And that knowledge is despite preparing
15  for the topics that you were designated on; correct?
16       A.   Yes.
17       Q.   Did you look for a Do Not Call policy
18  prior to this deposition?  Did you look for a copy
19  of a Do Not Call policy?
20       A.   Yes.
21       Q.   Did you look for a copy of Post's Do Not
22  Call training?
23       A.   Excuse me?
24       Q.   Did you look for any document that
25  describes Post's Do Not Call training?

Page 267

```
 1      A.    Do Not Call training or the training
 2   material --
 3      Q.    The Do Not Call training specifically, did
 4   you look for any document that described that
 5   training?
 6      A.    Yes.
 7      Q.    Did you find anything for that training?
 8      A.    I did not.
 9      Q.    Did you find anything for the Do Not Call
10   policy?
11      A.    No.
12      Q.    Is there any document that describes the
13   use of Remove From List for Do Not Call purposes?
14      A.    Not that I was able to locate.
15      Q.    And as you sit here today, do you recall
16   ever seeing a document that describes using Remove
17   From List for Do Not Call purposes?
18      A.    Not that I can recall.
19      Q.    So to the best of your knowledge, that was
20   never put into writing?
21      A.    To the best of my knowledge, I was not
22   able to locate any of that in writing.
23      Q.    And to the best of your knowledge as the
24   designee of Post, none of this was ever put into
25   writing?
```

1    A.    To the best of my knowledge, no.
2    Q.    Between July 30th, 2014 and July 30th,
3  2018, did Post maintain access to the National Do
4  Not Call list?  We're moving from what Post
5  maintained internally to accessing the National
6  third-party-kept Do Not Call list.
7    A.    What were the date ranges again?
8    Q.    The usual date range, July 30, 2014 to
9  July 30th, 2018.
10   A.    I believe we got back onto the Do Not Call
11 Registry when Rich Schechter became the CMO.  I
12 think we were lapse on it.  He implemented the Do
13 Not Call Registry.  We came to find -- again, I
14 believe I mentioned this earlier -- that because all
15 of the resources, all of the leads that we obtained
16 meet the TCPA guidelines, there was no need for that
17 DNC Registry.
18   Q.    Did Post establish any written policies on
19 how to comply with the National Do Not Call list?
20   A.    I'm not certain.
21   Q.    Have you ever seen any written documents
22 describing how to comply with the National Do Not
23 Call rules?
24   A.    I can't say for certain.
25   Q.    You were designated on the topic, so did

Page 294

1  always been on.
2      Q.    But there is nothing written describing
3  that training?
4      A.    There is nothing written.
5      Q.    Excuse me, there is nothing written
6  describing that policy; is that correct?
7      A.    No, it's just always been ingrained in
8  everyone.
9      Q.    And it's expected that those who --
10     A.    It's more than a best practice.  It's a
11 way of handling all leads and opportunities.
12     Q.    But without something in writing, is it
13 fair to say that those responsible for abiding by
14 the policy must do so by remembering, simply
15 remembering to abide by that policy; is that
16 correct?
17     A.    Not when it's continuously brought up as a
18 practice.
19     Q.    Let's try it this way:  Is there any
20 document an admissions counselor can refer to when
21 determining how to handle a Do Not Call request
22 between July 30th, 2014 and July 30th, 2018?
23     A.    Not to my knowledge.
24     Q.    Is there any document an admissions
25 counselor can refer to in terms of how to use Remove

Page 295

1   From List between July 30th, 2014 and July 30th,
2   2018?
3       A.   Not to my knowledge.
4              MR. GLAPION:  I have no further
5   questions.  I think we're good.
6              THE REPORTER:  Attorney Bowser, is
7   the witness reading and signing?
8              MR. BOWSER:  Yes.
9              THE REPORTER:  And are you ordering a
10  copy of the transcript?
11             MR. BOWSER:  Yes, please.
12             (Time Noted:  4:28 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25