# Exhibit "N"

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3   -------------------------------)

 4   MELANIE DAVIS,                 )    CASE NO.:

 5           Plaintiff,             )    18-81004-CIV

 6      vs.                         )

 7   POST UNIVERSITY, INC.,         )

 8           Defendant.             )

 9   -------------------------------)

10

11

12       DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13   AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14              DATE:   APRIL 11, 2019

15                      HELD AT:

16                 WYNDHAM SOUTHBURY

17                1284 Strongtown Road

18                Southbury, Connecticut

19

20

21

22

23

24   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

```
                                                   Page 46
 1   may get federal aid for that, to help with that
 2   tuition?
 3        A.   Yes.
 4        Q.   And they may get tuition assistance to
 5   help pay for that tuition; correct?
 6        A.   They may, yes.
 7        Q.   And they may get help through the GI Bill;
 8   correct?
 9        A.   They may, yes.
10        Q.   Or they may just pay cash; correct?
11        A.   Correct.
12        Q.   And students do pay tuition to Post;
13   correct?  Excuse me, enrolling students and enrolled
14   students continue to pay?
15        A.   If you are a student at Post University
16   taking classes, you pay tuition, yes.
17        Q.   And when a student pays tuition to Post,
18   they are essentially paying for Post's educational
19   services; correct?
20        A.   Correct.
21        Q.   And compared to another transaction, a
22   student is essentially purchasing educational
23   services from Post; is that accurate?
24        A.   They are purchasing an experience.
25   Education is delivered throughout that experience.
```

Page 47

1      Q.   But they are purchasing something, and
2   whether it be an experience or we call it an
3   educational service, they are purchasing something
4   from Post; correct?
5      A.   Correct.
6      Q.   Under its current business model, could
7   Post stay in business without new students
8   continuing to enroll?
9      A.   I can't say for certain.
10     Q.   If no students enrolled at Post anymore,
11  could Post stay in business with its current
12  business model?
13     A.   I don't believe so.
14     Q.   And could Post stay in business without
15  students continuing to purchase education services
16  from Post?
17     A.   No.
18     Q.   And so it's necessary then that for Post
19  to stay in business that students continue to pay
20  Post, whether with financial aid or otherwise;
21  correct?
22     A.   Correct.
23     Q.   Is Post profitable?
24     A.   Yes.
25     Q.   Do you know what Post's revenue was last