# EXHIBIT K

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3    ------------------------------)
 4    MELANIE DAVIS,                )   CASE NO.:
 5             Plaintiff,           )   18-81004-CIV
 6        vs.                       )
 7    POST UNIVERSITY, INC.,        )
 8             Defendant.           )
 9    ------------------------------)
10
11
12        DEPOSITION OF SEAN COOLEY, INDIVIDUALLY
13    AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY
14               DATE:  APRIL 11, 2019
15                    HELD AT:
16                WYNDHAM SOUTHBURY
17                1284 Strongtown Road
18               Southbury, Connecticut
19
20
21
22
23
24    Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74
25
```

Page 141

1  have the same -- or excuse me, PU 29, Exhibit 20,
2  where it says, in the first paragraph, You will need
3  excellent communication, listening, customer service
4  and sales skills.
5           So admissions counselors needed sales
6  skills; correct, in Post's view?
7      A.   You need the ability to build rapport,
8  which is considered a sales skill.
9      Q.   Is it your testimony that admissions
10 counselors were not involved in any sales?
11     A.   No.
12     Q.   That's not your testimony.  So, okay, so
13 then if --
14     A.   Define sales, since we went round and
15 round with that.
16     Q.   Sure.  The definition I'm using of sales
17 in the context of Post University, and you can tell
18 me if you disagree, is that Post University provides
19 its education services for a fee.
20     A.   If by that definition of sales, then yes,
21 and an admissions counselor is involved in that
22 process, yes.
23     Q.   And these phone calls that the admissions
24 counselors make, even if responding to a request for
25 information, are part of that sales process, using

Page 142

1  the definition we just established; correct?
2      A.    Yes.
3      Q.    And on this document -- we are still on
4  Exhibit 20, third to last bullet point -- it says
5  that an admissions counselor is expected to
6  participate in weekly team and floor-wide meetings
7  to address sales tactics.
8            Do you see that?
9      A.    Where are we?
10     Q.    Third to last bullet point on Exhibit 20,
11 on the top section, I apologize.
12     A.    Yes, I see that.
13     Q.    So again, one of the expectations of an
14 admissions counselor was to be in meetings where
15 they talk about tactics to sell; correct?
16     A.    Yeah, well, whenever anybody is providing
17 a product to someone, you should understand how to
18 deliver that product.
19     Q.    So they would meet, and tell me if you
20 disagree with this characterization, when they say
21 "weekly team and floor-wide meetings to address
22 sales tactics," that's talking about how best to
23 sell Post University?
24     A.    It's how best to build rapport or
25 objection overcoming, as we've discussed before.