# EXHIBIT L

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3     ------------------------------)
 4     MELANIE DAVIS,                )   CASE NO.:
 5            Plaintiff,             )   18-81004-CIV
 6         vs.                       )
 7     POST UNIVERSITY, INC.,        )
 8            Defendant.             )
 9     ------------------------------)
10
11
12        DEPOSITION OF SEAN COOLEY, INDIVIDUALLY
13    AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY
14                 DATE:  APRIL 11, 2019
15                       HELD AT:
16                  WYNDHAM SOUTHBURY
17                 1284 Strongtown Road
18                Southbury, Connecticut
19
20
21
22
23
24    Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74
25
```

Veritext Legal Solutions
800-227-8440                                      973-410-4040

Page 60

1  Q. Did Post add references to the CRM system?
2  A. Yes.
3  Q. Did Post add references to the CRM system
4  in any way that -- let me rephrase this question.
5  Did Post add references to the CRM system
6  with their own entry?
7  A. Can you expand on what that means?
8  Q. The CRM system, correct me if I'm wrong --
9  we will take it piece by piece.
10  The CRM system has essentially files for
11  each lead; is that correct?
12  A. Yes.
13  Q. When Post received a reference, did it
14  create a file for the reference in that CRM system?
15  MR. BOWSER: Objection, compound.
16  A. There was an area within the original
17  inquiries record to add that reference's information
18  so that they can review it to call upon it. They
19  didn't always speak to them at first attempt of
20  outreach.
21  Q. The question was: Did Post create a file
22  for the reference in the CRM system? Did it?
23  A. It could.
24  Q. But I'm not asking if it could or I'm not
25  asking were there fields to do it. I'm asking, when