# Exhibit "Q"

```
                                                          Page 1

  1              UNITED STATES DISTRICT COURT

  2              SOUTHERN DISTRICT OF FLORIDA

  3    ------------------------------)

  4    MELANIE DAVIS,                )   CASE NO.:

  5             Plaintiff,           )   18-81004-CIV

  6       vs.                        )

  7    POST UNIVERSITY, INC.,        )

  8             Defendant.           )

  9    ------------------------------)

 10

 11

 12        DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

 13    AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

 14              DATE:  APRIL 11, 2019

 15                   HELD AT:

 16              WYNDHAM SOUTHBURY

 17             1284 Strongtown Road

 18            Southbury, Connecticut

 19

 20

 21

 22

 23

 24    Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

 25
```

1   Confirmed, Lead is Converted; correct?
2      A.   That's when they become an opportunity.
3      Q.   That's what I'm asking.
4      A.   Correct.
5      Q.   So the difference then between a lead and
6   an opportunity is that a lead hadn't yet confirmed
7   their interest and an opportunity had?
8      A.   Correct.
9      Q.   What is a rejected lead?
10             MR. BOWSER:  Objection, compound.
11     Q.   You can answer.
12     A.   It could be many different things.
13     Q.   But what is it?  Not the reasons for a
14  rejected lead, but I'm asking, what is a rejected
15  lead?  Have you heard the term before?
16     A.   Of course.
17     Q.   So what is a rejected lead?
18     A.   It is a lead that has been rejected.
19     Q.   And what are some of the reasons a lead
20  could be rejected?
21     A.   There are many reasons.
22     Q.   We've got a while.
23     A.   It could be -- the most common is 10
24  attempts.  We will reject a lead if -- definitely if
25  they've expressed that they are not interested; if

Page 108

1   the number is not in service for an extended period
2   of time, which happens; sometimes people are unaware
3   that education isn't free, and they are not happy
4   with the idea of needing to use federal aid, so
5   there is a reject reason for that.
6       Q.   And those are the most prominent reject
7   reasons you can think of at the moment?
8       A.   Yeah.  I mean, the big --
9       Q.   I'm not trying a trick question here; I'm
10  just making sure we get through the list.
11      A.   There is a lot, so --
12      Q.   Have you ever heard the term "lost
13  opportunity"?
14      A.   Yes.
15      Q.   Is it properly called within Post lost or
16  closed opportunity?
17      A.   It's closed lost.
18      Q.   So it's closed/lost?
19      A.   Closed/lost in Oracle is the stage
20  closed/lost.
21      Q.   What's your preferred nomenclature on
22  that?
23      A.   Closed/lost.
24      Q.   Closed/lost, okay.  We will do
25  closed/lost.

1      A.   Closed/lost is fine.
2      Q.   If I ever slip and say lost and not closed
3  or closed and not lost, treat it as closed/lost,
4  please.
5      A.   I'll know what you mean, yeah.
6      Q.   Under what circumstances, give me again
7  the top five let's say, would a certain opportunity
8  be closed/lost?
9      A.   If a prospect goes unresponsive; if
10 someone determines that they are not ready to move
11 forward at that time; if someone can't complete
12 their method of payment; someone is unhappy with
13 their transfer evaluation; any sort of familial
14 issues, anything mitigating.  There is a multitude
15 of different reject reasons that capture all of
16 those things as well.
17     Q.   Going back to 11106, there is only --
18 there is a red box in the bottom right that says
19 Sales Category:  Lost, Manually Change Sales Stage
20 Action to Closed/Lost.
21          Do you see that?
22     A.   Yes.
23     Q.   There are only three arrows feeding into
24 that; correct?
25     A.   Yes.