Exhibit "Q"

```
                                                              Page 1

 1               UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF FLORIDA
 3   _____
     MELANIE DAVIS,              )Civil Case
 4                               )No.: 18-cv-81004-RLR
                     Plaintiffs,)
 5                               )
     v.                          )
 6                               )
     POST UNIVERSITY, INC.,      )
 7                               )
                     Defendants.)
 8                               )
     _____)
 9
10
11            DEPOSITION OF VICTORIA L. MEEHAN
12
13
14
15   DATE:            February 8, 2019
16   TIME:            11:35 a.m.
17   HELD AT:         Wyndham Southbury
                      Southbury, Connecticut
18
19
        By:          Sarah J. Miner, RPR, LSR #238
20
21
22
23
24
25
```

Page 85

1    not in service, you would have to call it 10 times
2    before rejecting the lead?
3        A. Absolutely not.
4        Q. Are you speaking specifically with respect to
5    your team?
6        A. No.  We would email that lead and call it
7    occasionally to see if the number came back in
8    service.
9        Q. Did you ever tell one of your admissions
10   counselors not to reject a lead because students could
11   change their mind?
12       A. No.  But that is why we would reach out to a
13   closed opportunity that went unresponsive.
14       Q. So when these are sworn affidavits, so they
15   are under penalty of perjury, one of these affiants
16   says the call recipients "do not call" request was not
17   treated as a valid reason to reject the lead because
18   we were often told students could change their minds,
19   is this person lying?
20       A. I think they misunderstood the direction.
21       Q. Is it possible that she was trained
22   differently by a different assistant director of
23   admissions than the way you train your admission
24   counselors?
25       A. It is highly unlikely.