# EXHIBIT Q

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | URATION (SEC | Call Type | NEID |
| 2 | (203) 433-7705 | (561) 376-4599 | | Inbound | 08/30/2017 17:42:23 | 08/30/2017 17:42:23 | 0 | Text Detail | 547 |
| 3 | (203) 433-7705 | (561) 376-4599 | | Inbound | 08/30/2017 17:42:24 | 08/30/2017 17:42:24 | 0 | Text Detail | 547 |
| 4 | (203) 591-5144 | (6245000) 000-0901 | (561) 376-4599 | Routed_Call | 10/18/2017 14:57:28 | 10/18/2017 14:58:53 | 85 | Voice | 207 |
| 5 | (203) 591-5144 | (561) 376-4599 | (561) 376-4599 | Routed_Call | 10/18/2017 14:57:28 | 10/18/2017 14:58:53 | 85 | Voice | 207 |
| 6 | (203) 591-5144 | (561) 376-4599 | -191 | Undetermined | 10/18/2017 14:57:29 | 10/18/2017 14:57:52 | 23 | Voice | 207 |
| 7 | (203) 596-8364 | (561) 376-4599 | (561) 376-4599 | Inbound | 01/11/2018 18:56:22 | 01/11/2018 18:58:03 | 101 | Voice | 207 |
| 8 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 15:56:45 | 07/17/2018 15:56:45 | 0 | Text Detail | 552 |
| 9 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 15:56:51 | 07/17/2018 15:56:51 | 0 | Text Detail | 552 |
| 10 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 15:56:59 | 07/17/2018 15:56:59 | 0 | Text Detail | 552 |
| 11 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 15:57:05 | 07/17/2018 15:57:05 | 0 | Text Detail | 552 |
| 12 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 15:57:12 | 07/17/2018 15:57:12 | 0 | Text Detail | 552 |
| 13 | (561) 376-4599 | (203) 802-5819 | | Outbound | 07/17/2018 16:00:22 | 07/17/2018 16:00:22 | 0 | Text Detail | 558 |
| 14 | (561) 376-4599 | (203) 802-5819 | | Outbound | 07/17/2018 16:00:23 | 07/17/2018 16:00:23 | 0 | Text Detail | 558 |
| 15 | (561) 376-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:01:34 | 07/17/2018 17:01:34 | 0 | Text Detail | 558 |
| 16 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 17:03:09 | 07/17/2018 17:03:09 | 0 | Text Detail | 552 |
| 17 | (561) 376-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:05:31 | 07/17/2018 17:05:31 | 0 | Text Detail | 558 |
| 18 | (203) 802-5819 | (561) 376-4599 | | Inbound | 07/17/2018 17:09:04 | 07/17/2018 17:09:04 | 0 | Text Detail | 552 |
| 19 | (561) 376-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:13:28 | 07/17/2018 17:13:28 | 0 | Text Detail | 558 |



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330 Fax: 816-600-3111

# Key to Understanding CDMA Call Detail Reports

**Calling number:** This column reflects the number placing the call (the individual who initiated the call). If the call is an outgoing call, this will be the Sprint PCS target number.

**Called number:** This column reflects the number actually called. In most cases this number will be the same as the number in the "Dialed Digits" column. If the number has been forwarded, or if there is a routing number, then this will be reflected. If the number has a 11 in front of the area code, that means the call rolled to voicemail and was NOT answered by the customer.

**Dialed digits:** This column reflects the digits that the caller enters into the keypad of the phone. If the call is an incoming call, this will be the Sprint PCS target number.

**Mobile Role:** Mobile Role (Type of Call). Listed as outgoing, incoming, routed call or undetermined.

**Start Date:** Date and time the call was initiated.

**End Date:** Date and time the call was ended.

**Duration:** Duration of call, in seconds.

**Call Type:** Indicates the type of transaction on the network. This includes, but not limited to: Voice, Text Detail, WiFi and Airave.

**NEID:** This reflects which network element handled the call.



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330 Fax: 816-600-3111

## Key to Understanding CDMA Call Detail Reports, cont.

*Routed calls come in several varieties. A TLDN (Temporary Local Directory Number) may be considered to be a bridge/router number to complete a call. A TLDN will be represented by a number that may range from 3 to 10 digits in length. Similar to TLDN, an IMRN (IP Multimedia Routing Number), will be used to route Apple WiFi Calls. Another scenario is when a call is not answered, but is routed to voicemail. Calls routed straight to voicemail may also have an "11" before the number indicated in the "Called_Nbr" column. For handsets using visual voicemail, these numbers may replace the "11" in the called number column: (800) 877-2400, (866) 677-8204, (866) 222-2604, and (877) 836-4746 The indicator that Sprint's Visual Voicemail platform was used within the session appears as 624500000XXXXXXX.

*WiFi Call Type: Please note that Sprint does not have the capability to determine the time stamp. These calls can be reflected in Switch time or GMT.

*The CDMA call detail report may indicate the sending and receipt of text messages and e-mail. While not flagged as text messages, the line will indicate no duration, the dialed digits column will either be blank or will show an e-mail address, and the NEID column may contain one of the following numbers: 191-198 226-229 291-294

* On the CDMA network, Sprint maintains Gateway, SWATs (Soft Wireless Access Tandem) and MCGs (Media Gateway Controllers) networks in areas where there are large Sprint customer populations. These provide the required extra space that helps Sprint maintain all of the calls. When a call moves through a gateway or SWAT cell site information is not retained and is not recoverable. NEIDs for Gateways 124-125, SWATs are 96, 184-190, 263, 363-365 and MGCs are 366-371

* Time Zones: Beginning 10/20/17 through present SMS text message time stamps are in Central. From 05/31/2017 through 10/19/2017, text message time stamps may have been GMT. An indicator of GMT time zones include the NEID range of 540-559. From October 12, 2010 through May of 2017 text message time stamps were kept in Central time zone. Records prior to October 12, 2010 are either in Central or Eastern time zone. Sprint is unable to determine which time zone is reflected in records older than October 12, 2010.

*Please be advised: The time stamp reflected on call detail reports for Sprint CDMA during the time frame of 02/04/2018 through 02/28/2018 may have been affected by a storage related upgrade. During this period, transactions may be reflected in GMT instead of the time stamp native to the switch utilized in the transaction. This includes, but is not limited to, Voice calls and SMS transactions.




**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330 Fax: 816-600-3111

## Key to Understanding CDMA Call Detail Reports, cont.

*Short codes, also known as short numbers, are special telephone codes, significantly shorter than full telephone numbers, which can also be used to address SMS and MMS messages from mobile phones or fixed phones. Short codes are often associated with automated services. An automated program can handle the response and typically requires the sender to start the message with a command word or prefix. A list of short codes is not maintained by Sprint as number of short codes is extensive and constantly growing. Example of a short code- the customer may want updates pertaining to their favorite sports team. The customer would sign up with that team in order to receive text message updates relevant to the team.

* Please Note - Calls made on another carrier's network, will not appear on our CDR records. If you suspect the device was roaming on another network, please obtain those records from the other carrier.

* Please Note - As of approximately September 2018, Sprint performed a soft-launch of a voice-over-LTE product. Because of this launch, certain calls are routed through a specific network element that time-stamps these transactions in central time. These transactions will not have location information and may appear on the records as call type 42 or Voice.



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330 Fax: 816-600-3111

# Star Codes

Your request has been fulfilled, at least in part, by what is known as a CDMA CDR Report. A CDMA CDR Report lists information about incoming/outgoing calls including the digits dialed on the handset. As a dialing shortcut, PCS subscribers may use star codes (an asterisk (*) plus a short number sequence) when using our wireless telephones. On call detail reports the star may be indicated by a letter "B". This code will appear in the dialed digits column of the CDMA CDR Report. Following is a list of the most common star codes. Additional star codes may exist in the market from which the call is made. Please contact the Subpoena Compliance Group at the number listed above for more information concerning star codes.

*18 - Ping the nearest tower, call delivery activate
*180 - Call delivery deactivate
*2 - Customer Care
*3 - Payment Center
*31 - Three Way Calling
*4 - Account information
*5 - Spanish Customer care
*67 - Caller ID block
*68 - Override caller ID block
*70 - Cancel call waiting for that call
*711 - Customer Care
*72 - Activates call forwarding
*720 - Deactivates call forwarding
*73 - Call forwarding no answer
*74 - Call forward busy
*811 - Customer Care
*82 - Override caller ID block- for that call
*911 - 911
*073 - Cancel call forward no answer
*074 - Cancel call forward busy

<u>Other numbers which may appear in the dialed digits column</u>:

411 - Directory assistance
611 - Customer Care
711 - Telecommunications Relay Service (hearing impaired)
911 - Can also dial 0911 or 1911)
c777 - Web Browsing (SINS)



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330 Fax: 816-600-3111

**RECEIVING RECORDS IN ELECTRONIC FORMAT**

Your request has been satisfied, at least in part, by records furnished on compact disc (CD) or via e-mail. Sprint uses CDs when the response is particularly voluminous or if records are requested in electronic format. Once "recorded" the CD cannot be deleted, re-recorded or appended. Information on CD is normally in one of three formats:

**RICH TEXT FORMAT (RTF)**

These files are text files readable by any word processor such as Microsoft Word/Works or WordPerfect. Generally, we use this format for letters, summaries and explanatory documents. To retrieve these documents, open your word processor of choice then use the open file command (normally listed under File in the Window Menu bar). Navigate to the drive containing the CD and double click on the file name. While you may not manipulate the file and re-save directly on the CD, it may be manipulated and re-saved elsewhere.

**SPREADSHEET FILES (XLS or CSV)**

These files are normally used for longer items such as the call detail reports or a listing of all cell sites associated with a particular switch/repoll. We use Microsoft Excel to generate these files and recommend that product for viewing them. To retrieve these documents, open your spreadsheet program of choice then use the open file command (normally listed under File in the Window Menu bar). Navigate to the drive containing the CD and double click on the file name. These files may be uploaded to products such as PenLink in either CSV or XLS format. Please see your program documentation for assistance. While you may not manipulate the file and re-save directly on the CD, it may be manipulated and re-saved elsewhere.

**TAGGED IMAGE FORMAT (TIF or TIFF)**

This format is used for stored bills and for print outs from our customer service/billing system. All Windows based machines come with TIF viewers but accessing the viewer software may be unfamiliar. To retrieve these documents, open the My Computer folder on your desktop or Open the Windows Explorer (not Internet Explorer). Navigate to the drive containing the CD and RIGHT click on the file name. This will open a menu. Choose "OPEN WITH." A new dialog box will open. Look for applications that do Imaging. The most common are "Imaging", "Imaging Preview", "Microsoft Imaging", "Kodak Imaging" and Microsoft Office Document Imaging." Single click on your choice and also click on the check box which says, "Always use this program to open these files." This will set the program as your default and next time you need to open a TIF file, you may just double click on the desired document. Once open, most TIF viewers only display the current page. To go to the next page, use the page up/down keys on your computer keyboard or look for helper arrows. You may also wish to peruse the Help feature offered in every Windows based program. Please note: these files may not normally be uploaded to products such as PenLink since they are not open for manipulation. Please see your program documentation for assistance.

You may also receive files in a bundled, **WinZip format (ZIP)**. These files contain other files (of the three types listed above). Zipped files are used to save space on particularly large requests. To open a ZIP file, open the My Computer folder on your desktop or Open the Windows Explorer (not Internet Explorer). Navigate to the drive containing the CD and double click on the file name. If this does not work, return to the folder containing your document and RIGHT click on the file name. This will open a menu. Choose "OPEN WITH." A new dialog box will open. Look for applications that do zipping. The most common is "WinZip." Single click on your choice and also click on the check box which says, "Always use this program to open these files." This will set the program as your default and next time you need to open a ZIP file, you may just double click on the desired document. Please feel free to contact the Sprint Subpoena Compliance Department for further assistance: 800-877-7330.







Text Message
Yesterday 4:56 PM

(1/5)Hello Melanie, this is Connie with Post University's admissions

(2/5)office. You were working with our admissions team last year at this time to get registered for our Fall session. I know life got in the way and you were

(3/5)unable to begin with us last year. Are you still interested in earning a Bachelor's degree in Human Services?

(4/5)We'd love to help you get back on track towards your educational

(5/5)and career goals. Reply back to this text message to



Text Message








MD000001




9:54 AM






(203) 802-5819

you were

(3/5)unable to begin with us last year. Are you still interested in earning a Bachelor's degree in Human Services?

(4/5)We'd love to help you get back on track towards your educational

(5/5)and career goals. Reply back to this text message to discuss enrollment options for Fall 2018.

I have asked your organization over 8 different times to take me off your contact list! Please do not contact me regarding enrollment to Post University! Any further communication from Post will allow me to file a complaint for harassment.





Text Message














MD000002








Sprint 9:24 AM 10%

(203) 802-5819

I have asked your organization over 8 different times to take me off your contact list! Please do not contact me regarding enrollment to Post University! Any further communication from Post will allow me to file a complaint for harassment.

Yesterday 6:01 PM

I would like to have a copy of Post University's Do-not-call-list please! You may send it to my address on your file.

Thank you!

Melanie Davis

We do not disclose student information. Your file has been closed.



Text Message









MD000003









(203) 802-5819

I'm am not asking for any student information. I am asking for Post University's Do not call Manuel. My file being closed with your organization did not stop you from contacting me after several requests!

You will not be contacted by us again

Connie, I have heard that before a few times. But here we are. I know you are just following directions. So, I am requesting the Post University's Do-Not-Call manual. I am going to make sure I don't receive any other communication from this school.

Thank you!



Text Message







