# EXHIBIT R



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS,**<br><br>                    Plaintiff,<br><br>v.<br><br>**POST UNIVERSITY, INC.**<br><br>                    Defendant. | Civil Case No.: 18-cv-81004-RLR<br><br>**Defendant's Responses to Plaintiff's Third Set of Interrogatories** |

PROPOUNDING PARTY:    Melanie Davis ("Plaintiff")

RESPONDING PARTIES:    Post University, Inc. ("Defendant")

SET NUMBER:    Three (3)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Post University, Inc., through counsel, hereby responds to the Third Set of Interrogatories ("Interrogatories") propounded to it by Plaintiff Melanie Davis ("Plaintiff").

These responses are made solely for the purpose of the above-captioned proceeding. Each response is subject to all appropriate objections, including competency, relevancy, propriety and admissibility, which would require the exclusion of any response set forth herein if the question of materiality were asked of, or any response were made by, a witness present and testifying in Court. All such objections are expressly reserved. The fact that any demand herein has been answered should not be taken as an admission of relevancy, admissibility or any fact set forth in the Interrogatories. All responses are given on the basis of a good faith effort to locate requested information. Upon additional information being located throughout the course of discovery, Defendant will supplement its responses.

### RESPONSES AND OBJECTIONS TO INTERROGATORIES

### INTERROGATORY NO. 8

Explain the distinction between an "opportunity" and a "lead", if any, and list and describe any other similar designations or categories which were or could be assigned to prospective students.

### RESPONSE TO INTERROGATORY NO. 8

A "lead" refers to a situation in which an individual requests information from Post University about its educational offerings. An "opportunity" refers to a situation in which the

University has had the opportunity to follow up and speak with the individual who reached out for additional information to confirm that individual's interest in pursuing their education at Post University.

### INTERROGATORY NO. 9

Explain why and when an "opportunity" would be considered "lost", "deferred", and/or "closed".

### RESPONSE TO INTERROGATORY NO. 9

"Lost" or "closed" opportunities are considered one in the same. Lost or closed opportunities may occur when the prospective student has provided their consent for the University to contact that individual regarding the University's educational offerings, but the University is unsuccessful in speaking with that individual again. Lost or closed opportunities may also occur when a prospective student states that they are not currently interested in attending the University, but would like the University to continue to follow up with them because they may be interested at a future time. Opportunities may also be lost or closed if the prospective student has stated that they no longer are interested in attending the University. Ultimately, the reason that a given prospective student may be designated as lost or closed depends on the facts and circumstances surrounding the particular prospective student.

Deferred opportunities occur when a prospective student desires to attend the University, but has stated that he or she does not intend to do so until a specified school term in the future, rather than the current term.

### INTERROGATORY NO. 10

Explain the meaning of each item, sentence, phrase, and/or abbreviation under the "Subject" fields of PU00000003 and PU00000008-09.

### RESPONSE TO INTERROGATORY NO. 10

| Subject | Explanation |
|---|---|
| DO NOT CALL – NOT INTERESTED | Ms. Davis asked that the University not call her anymore |
| Voicemail | The University left Ms. Davis a voicemail |
| EC: Opportunity Lost – Close/Complete all tasks related to transcripts | System-generated subject line stating that the opportunity was lost and alerting admissions counselors to complete all tasks related to transcripts |

2

| HS Trans/Lost Recd Ofc HS Trans/Graduated 1993 | System-generated note generating task before opportunity is lost |
| --- | --- |
| Tuition Planner: Opportunity Closed/Deferred or Closed/Lost | System-generated note generating task before opportunity is lost |
| Vm | Note that a voicemail was left for Ms. Davis |
| LVM about student calling me to start next MOD or see what she is so nervous about. | Note that a voicemail was left for Ms. Davis about starting the next term |
| N/A to Google Voice call | Note that there was no answer after call to Ms. Davis |
| Vm and text about FAFSA | Note that a voicemail was left and text submitted to Ms. Davis concerning the FAFSA application |
| Recommendation | Note that call was made regarding recommendation |
| I told student AD will close out file by Monday if FAFSA is not submitted this weekend 8/11 | Note that Ms. Davis was told that her file would be closed for the current term if she did not submit the necessary FAFSA information |
| Faxed TRF to Retention Center at Olympic Heights HS, FL 8/11 | Note that Ms. Davis's transcript request form was sent to the Retention Center at Olympic Heights High School |
| Sent recommendation/welcome text | Note that a welcome text was sent to Ms. Davis |
| Application Received – Contact Student (Manager Task) | System-generated note after initial interview with Ms. Davis |
| Send Online Application Link to Prospective Student | System-generated note after initial interview with Ms. Davis |
| Application Received | System-generated note to admissions counselors that Ms. Davis's application was received |

3

| | |
|---|---|
| Financial Aid Advisor: Application Received – Contact Student | System-generated note to admissions counselors to contact Ms. Davis since her application was received |
| NOTES>> | Notes about the call with Ms. Davis |
| Appt 8/11 to discuss FAFSA | Note that admissions counselor scheduled an appointment on 8/11 with Ms. Davis to discuss the FAFSA application |
| EC: Transcript Request Form | Allows admissions counselor to obtain Ms. Davis's Transcript Request Form |
| Completed TRF | System-generated note with Ms. Davis's completed Transcript Request Form |
| Completed Application | System-generated note with Ms. Davis's completed online application attached |
| Student has completed the Online Application | System-generated note that Ms. Davis completed the online application to Post University |
| Student has started the Application | System-generated note that Ms. Davis started an application to Post University |

Dated: January 7, 2018                Respectfully submitted,

By: */s/ Adam Bowser*
Adam Bowser
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
adam.bowser@arentfox.com

*Attorney for Post University, Inc.*

5

## **VERIFICATION**

I, Elaine Neely, Chief Regulatory Officer for Post University, Inc., believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of January, 2019.

Elaine Neely, Chief Regulatory Officer, Post University


/s/ Elaine Neely
Elaine Neely

5

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2019, the foregoing was served electronically via email upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

            /s/ *Brandi Howard*
              Brandi Howard

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS,**<br><br>                    Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.**<br><br>                    Defendant. | Civil Case No.: 18-cv-81004-RLR<br><br>**Defendant's Supplemental Responses to Plaintiff's Second Set of Requests for Admission** |

PROPOUNDING PARTY:   Melanie Davis ("Plaintiff")

RESPONDING PARTIES:   Post University, Inc.

SET NUMBER:   Two (2)

Pursuant to Rules 26(e) and 36 of the Federal Rules of Civil Procedure, Defendant Post University, Inc., through counsel, hereby supplements its Second Set of Requests for Admission ("Requests") propounded to it by Plaintiff Melanie Davis.

These responses are made solely for the purpose of the above-captioned proceeding. Each response is subject to all appropriate objections, including competency, relevancy, propriety and admissibility, which would require the exclusion of any response set forth herein if the question of materiality were asked of, or any response were made by, a witness present and testifying in Court. All such objections are expressly reserved. The fact that any demand herein has been answered should not be taken as an admission of relevancy, admissibility or any fact set forth in the Requests. All responses are given on the basis of a good faith effort to locate requested information. Upon additional information being located throughout the course of discovery, Defendant will supplement its responses.

### SUPPLEMENTAL RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 20**

For each of the following, admit that YOU placed a DIALED CALL (including texts) to the TELEPHONE NUMBER on the following dates and/or times (caller name, if known, in parenthesis):

- August 10, 2017 (Rita Francisco)

1

- August 11, 2017 (Victoria Meehan) (text)
- August 11, 2017 (Nicole Sciascia)
- August 11, 2017, approximately 2:55 PM (Rita Francisco)
- August 11, 2017, approximately 3:46 PM (Rita Francisco)
- August 13, 2017 (Victoria Meehan) (call and text)
- August 15, 2017 (Rita Francisco)
- August 15, 2017 (Victoria Meehan)
- August 25, 2017
- August 30, 2017
- October 18, 2017 (Kimberly Williams)
- January 11, 2018 (Rita Francisco)
- July 17, 2018 (Connie Reilly) (text)

**RESPONSE TO REQUEST FOR ADMISSION NO. 20**

Post University objects to Plaintiff's definition of "Dialed Calls" because this term, as defined by Plaintiff, is not limited to telemarketing calls, and thus includes informational telephone calls that could not be actionable under the TCPA, even under Plaintiff's apparent interpretation of it.  Moreover, telemarketing does not include calls "made in direct response to written and oral requests." *Newhart v. Quicken Loans Inc*., No. 9:15-CV-81250, 2016 WL 7118998, at *4 (S.D. Fla. Oct. 12, 2016).  "Such invited calls are not unsolicited telemarketing calls 'initiated' for the purpose of marketing a good or service."  Id. (citing 47 C.F.R. § 64.1200(f)(12)); see also *Jacobs v. Quicken Loans, Inc*., No. 15-81386-CIV, 2017 WL 4838567, at *3 (S.D. Fla. Oct. 19, 2017), reconsideration denied, 2017 WL 8751757 (S.D. Fla. Dec. 6, 2017) (calls not initiated by defendant does not constitute telemarketing); *Wick v. Twilio Inc*., No. C16-00914RSL, 2017 WL 2964855, at *5 (W.D. Wash. July 12, 2017) (message received was aimed at completing commercial transaction that the plaintiff initiated and thus the message did not constitute telemarketing).  For the avoidance of doubt, the University is thus responding to this request by using the definition supplied by Plaintiff, but in so doing, the University is not conceding that any particular "Dialed Call" is either a telemarketing call or a telephone solicitation.

Notwithstanding this objection, Post University admits and denies the following:

- August 10, 2017 (Rita Francisco) – Post University admits it placed this call to the TELEPHONE NUMBER.

2

- August 11, 2017 (Victoria Meehan) (text) – Post University admits it placed this call to the TELEPHONE NUMBER.

- August 11, 2017 (Nicole Sciascia) – Post University denies that it placed this call to the TELEPHONE NUMBER.

- August 11, 2017, approximately 2:55 PM (Rita Francisco) – Post University admits it placed this call to the TELEPHONE NUMBER.

- August 11, 2017, approximately 3:46 PM (Rita Francisco) – Post University admits it placed this call to the TELEPHONE NUMBER.

- August 13, 2017 (Victoria Meehan) (call and text) – Post University admits it placed a call to the TELEPHONE NUMBER on this date, but denies that it sent a text message on this date.

- August 15, 2017 (Rita Francisco) – Post University admits it placed this call to the TELEPHONE NUMBER.

- August 15, 2017 (Victoria Meehan) – Post University admits it placed this call to the TELEPHONE NUMBER.

- August 25, 2017 - Post University admits that it placed this call to the TELEPHONE NUMBER.

- August 30, 2017 - Post University admits that it placed this call to the TELEPHONE NUMBER.

- October 18, 2017 (Kimberly Williams) – Post University admits it placed this call to the TELEPHONE NUMBER.

- January 11, 2018 (Rita Francisco) – Post University admits it placed this call to the TELEPHONE NUMBER.

- July 17, 2018 (Connie Reilly) (text) – Based on the records available to it, Post University can neither admit nor deny that Connie Reilly sent a text to the TELEPHONE NUMBER on this date, and on this basis, denies it.

**REQUEST FOR ADMISSION NO. 21**

Admit that telephone number 203-583-3066 is or was one of YOUR telephone numbers, a telephone number YOU used, and/or a telephone number belonging to a current or former employee of YOURS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21**

Post University denies that 203-583-3066 was one of its telephone numbers, a telephone number used by it, or a telephone number belonging to an employee.

3

### SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 34

Post University admits that the email address was an email address that was monitored for inbound emails on April 4, 2018.

### REQUEST FOR ADMISSION NO. 35

Admit that the email address KWilliams@post.edu was, on June 6, 2018, an email address able to receive inbound emails.

### RESPONSE TO REQUEST FOR ADMISSION NO. 35

Post University admits that the email address was an email address able to receive inbound emails on June 6, 2018.

### REQUEST FOR ADMISSION NO. 36

Admit that the email address KWilliams@post.edu was, on June 6, 2018, an email address that was monitored for inbound emails.

### RESPONSE TO REQUEST FOR ADMISSION NO. 36

Post University admits that the email address was an email address able to receive inbound emails on June 6, 2018.

### SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 36

Post University admits that the email address was an email address that was monitored for inbound emails on June 6, 2018.

Dated: January 25, 2019          Respectfully submitted,

By: */s/ Adam Bowser*
Adam Bowser
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
adam.bowser@arentfox.com

*Attorney for Post University, Inc.*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, the foregoing was served electronically via email upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

/s/ *Brandi Howard*
Brandi Howard