# EXHIBIT S

 Melanie Davis <mdspecialist21@gmail.com>

## Your FAFSA is Here!
3 messages

**Meehan, Victoria** <VMeehan@post.edu>  Wed, Oct 11, 2017 at 12:24 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

Follow us on social media:





Dear Melanie,

The good news is you have done the hard part!

**Your 1718 FAFSA is currently on file at Post University.**

With the start of classes just around the corner, it's important to understand your financial aid award package and if going to college to change your life will be feasible for you. We have financial aid advisors available 7 days a week to discuss your options with you.

**To discuss your FAFSA and possibly get started in our October 23rd session please REPLY BACK:**

**The best phone number to reach me is:** _____

**The best time to call me is:** _____

Sincerely

*V Meehan*

Assistant Director of Admissions



Follow us on social media:





**Victoria Meehan**
Assistant Director of ADP Admissions
VMeehan@Post.edu
**w.** 203.596.4625
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

📄 **image006.emz**
2K

---

**Melanie Davis** <mdspecialist21@gmail.com>   Wed, Oct 11, 2017 at 6:42 PM
To: "Meehan, Victoria" <VMeehan@post.edu>

Please stop emailing, texting, sms, calls and voicemail!!

This is the third or fourth time I am asking to be removed from all of your lists!!

Thank you!
[Quoted text hidden]

---

**11 attachments**

 **image002.png**
3K

 **image003.png**
2K

 **image002.png**
3K

 **image001.png**
2K

 **image008.jpg**
13K

**image004.png**
3K


**image005.png**
31K

**image007.png**
2K

**image001.png**
2K

**image003.png**
2K

**image004.png**
3K

---

**Melanie Davis** <mdspecialist21@gmail.com>  Wed, Jul 18, 2018 at 10:09 AM
To: Jeremy Glapion <jmg@glapionlaw.com>



# EXHIBIT S-1

   Melanie Davis <mdspecialist21@gmail.com>

---

**New Year, New You- Classes now forming at Post University!**
2 messages

---

**Williams, Kimberly** <KWilliams@post.edu>　　　　　　　　　　　　　　Wed, Nov 8, 2017 at 3:47 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>





Melanie,

I hope this email finds you well.  You were previously working with our admissions team regarding enrollment for Post University's online accelerated programs. I know timing was off and you were unable to start in 2017. I wanted to let you know Post University is now registering students for courses that begin on January 8th 2018 and this is the first class of the New Year!

**Here are a few facts about Post University:**

MD000308

- We are regionally accredited.
- Our sessions are 8 weeks long (accelerated to help you finish quickly).
- NO set login times! You will not be required to be online at a specific time during the week.
- You can take 1 or 2 classes per 8 weeks.
- We have NO application fee.
- Please take a few moments to look over our website and our program offerings - PROGRAMS

# **YOUR FUTURE BEGINS TODAY!**

## Get started today by completing your FAFSA.

And you can complete your 2017/2018 FAFSA at

www.fafsa.ed.gov

Post University school code 001401

*Don't wait another year to begin working on your dreams! 2018 is a new year and a new you!*

If you are no longer interested in completing your degree, please respond to this email and I will update our records.

I look forward to assisting you with your goals. Feel free to reach me directly:

*Kimberly Williams*

*203.591.5144*

MD000309



**Kimberly Williams**
Admissions Counselor ADP - Team Lead
KWilliams@Post.edu
**w.** 203.591.5144
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

---

**Melanie Davis** <mdspecialist21@gmail.com>    Wed, Nov 8, 2017 at 4:04 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

Kimberly Williams, I have asked you and your colleagues to stop calling and emailing me. I was once interested and have had to change my mind.  I am no longer interested in applying to attend Post University!

Please let this be the last communication regarding your school.

Thank you!
[Quoted text hidden]

---

**3 attachments**


image003.jpg
12K


image002.jpg
17K

MD000310



**image001.png**
36K

MD000311

# EXHIBIT S-2

   Melanie Davis <mdspecialist21@gmail.com>

**Snowed In? We Can Help with Your FASFA!**
2 messages

**Meehan, Victoria** <VMeehan@post.edu>   Thu, Jan 4, 2018 at 9:24 AM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

Hi Melanie!

# Are you snowed in today and want to have a productive day?

# We can help you get your FAFSA done!



Meghan, our FAFSA Specialist is available!  Call (646)535-2426 or text (860) 554-1473 and she would be happy to help you!

You can also reach the Assistant Director of Admissions for assistance today at 203-529-5596.

Completing your FAFSA is a very important step in the admissions process and we don't want you to miss out on classes that start January 8, 2018!

MD000247



**Victoria Meehan**
Assistant Director of ADP Admissions
VMeehan@Post.edu
**w.** 203.596.4625
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

---

**Melanie Davis** <mdspecialist21@gmail.com>  Thu, Jan 4, 2018 at 10:53 AM
To: "Meehan, Victoria" <VMeehan@post.edu>

Please stop contacting me!  Not interested!!

Melanie
[Quoted text hidden]



image001.jpg
22K

# EXHIBIT S-3

 Melanie Davis <mdspecialist21@gmail.com>

---

**Post University would love to reconnect with you!**
2 messages

---

**Williams, Kimberly** <KWilliams@post.edu>  
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>
Wed, Apr 4, 2018 at 3:47 PM



Melanie

Post University would love to reconnect with you regarding starting online classes. At Post University, our online classes are accelerated and have no set login times. This flexibility is designed for you and your busy schedule!

We have classes beginning on **April 30th, 2018**, are you interested in starting?

Please use one of the following responses so I can update our records:

If **YES**, please respond with "YES" and I will contact you to get started.

If you are choosing to use Financial Aid, please fill out your 2017-2018 Financial Aid Application at www.fafsa.ed.gov and add our school code:  **001401**

TOP TEN REASONS TO BECOME A STUDENT AT POST U

MD000121

1. We aren't an "online school", we have a **campus that has been in located in Connecticut since 1890** and we offer the same classes online as on our campus so your diploma will not say that you earned your degree online.

2. **Our university is small and private**, offering students a more personable experience from start to graduation

3. We were just recently **ranked one of the Top 10 Programs in the Country for Return on Investment**. Meaning you are much more likely to make back the money you put into your education if you graduate from Post.

4. We hold a regional accreditation by NEASC, the **highest accreditation a university can have**.

5. We're also accredited with the Better Business Bureau and **have an A- rating**

6. Students can **graduate at a quicker pace than at other universities** – usually at least 6 months to 1 year faster.

7. Our online classes are extremely flexible allowing students to learn on their own time each week—**there are no set login times or live lectures.**

8. When online students graduate, they are given the opportunity to **come to campus and attend graduation in person.**

9. We're top ranked for the percentage of students that receive financial aid.

10. Our professors are all experts working in their field so you will receive the most up to date information available from those most qualified to give it.

If **NO**, please reply to this email with: Close File.

Sincerely,

**Kimberly Williams**

Admissions Counselor



Follow us on social media:



MD000122



**Kimberly Williams**
Admissions Counselor ADP - Team Lead
KWilliams@Post.edu
w. 203.591.5144
f. 203.841.1161

 

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

**Melanie Davis** <mdspecialist21@gmail.com>  Wed, Apr 4, 2018 at 5:34 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

This is the 5 or 6th time I have asked Post representatives to stop contacting me.

Please close my file!!! I will be forced to obtain legal action.

Melanie
[Quoted text hidden]

MD000123

# EXHIBIT S-4

 **Melanie Davis <mdspecialist21@gmail.com>**

---

**Post U has not forgotten about you!**
2 messages

---

**Williams, Kimberly** <KWilliams@post.edu>  Wed, Jun 6, 2018 at 12:09 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

Post University Accelerated Degree Program  |  Unleash Potential, Create Possibility, Change Lives | Since 1890



Hello,

Not too long ago you considered Post University for your education, I am touching base with you because we have not given up on you and your goals! We want to make sure you hadn't either.

Classes start at the end of this month and Post U requires just two applications to have your file reviewed.

To get started with our upcoming June 25th session please respond to this email with the *best time and number today* for us to connect or if you prefer you can call me directly at 203-591-5144.

I look forward to helping you achieve your academic and career goals!

MD000280

All the best!

 Sincerely,
Kimberly Williams, Admissions Advisor

**P. 203.591.5144**

Follow us on social media:



Post University Accelerated Degree Program  | Unleash Potential, Create Possibility, Change Lives | Since 1890



**Kimberly Williams**
Admissions Counselor ADP - Team Lead
KWilliams@Post.edu
**w.** 203.591.5144
**f.** 203.841.1161



800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

MD000281

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.



**image002.png**
59K

---

**Melanie Davis** <mdspecialist21@gmail.com>  Wed, Jun 6, 2018 at 12:17 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

Please stop emailing me! I'm not interested anymore!  I have told everyone who has contacted me by phone and email!!
[Quoted text hidden]

MD000282