# EXHIBIT T

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| 2142 | Y | 11/4/2016 | 2/17/2017 | (D) Not In Service |
|  |  |  | 5/17/2017 | (D) Not In Service |
|  |  |  |  |  |
| 1302 | Y | 12/14/2016 | 1/5/2017 | (D) Left Voicemail |
|  |  |  | 1/6/2017 | (D) No Message Left |
|  |  |  | 2/8/2017 | (D) Left Voicemail |
|  |  |  |  |  |
| 0224 | Y | 1/25/2017 | 3/22/2017 | (N) no message left |
|  |  |  | 4/4/2017 | (D) No Message Left |
|  |  |  |  |  |
| 9832 | Y | 3/22/2018 | 4/10/2018 | (D) No Message Left |
|  |  |  | 5/8/2018 | (D) No Message Left |
|  |  |  | 6/11/2018 | (D) No Message Left |
|  |  |  |  |  |
| 4941 | Y | 2/13/2018 | 3/16/2018 | (D) No Message Left |
|  |  |  | 4/27/2018 | (D) No Message Left |
|  |  |  |  |  |
| 0060 | Y | 12/13/2017 | 12/23/2017 | (D) Left Voicemail |
|  |  |  | 12/23/2017 | (N) RE inquired text/ email/ LVM |
|  |  |  | 12/27/2017 | (D) Left Voicemail |
|  |  |  |  |  |
| 2705 | N - inadvertently included in original list | 10/18/2017 | 12/28/2017 | (D) No Message Left |
|  |  |  |  |  |
| 3404 | Y | 10/21/2017 | 11/8/2017 | (D) No Message Left |
|  |  |  | 12/11/2017 | (D) No Message Left |
|  |  |  | 1/10/2018 | (D) No Message Left |
|  |  |  | 2/27/2018 | (D) No Message Left |
|  |  |  | 7/31/2018 | (D) No Message Left |
|  |  |  |  |  |

| Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| 0078 | Y | 3/7/2017 | 3/21/2017 | (D) No Answer |
| | | | 3/24/2017 | (D) No Answer |
| | | | 4/12/2017 | (D) No Answer |
| | | | 6/20/2017 | (D) No Answer |
| | | | 6/20/2017 | (N) LVM |
| | | | | |
| 6820 | Y | 10/13/2016 | 2/8/2017 | (D) Voicemail Not Setup |
| | | | 2/23/2018 | (D) Not In Service |
| | | | | |
| 2841 | Y | 1/25/2017 | 2/7/2017 | (D) Left Voicemail |
| | | | 2/16/2017 | (D) No Message Left |
| | | | 4/4/2017 | (D) No Message Left |
| | | | 5/31/2017 | (D) Left Voicemail |
| | | | | |
| 6963 | Y | 12/16/2016 | 1/24/2017 | (D) No Message Left |
| | | | 2/8/2017 | (D) No Message Left |
| | | | 2/24/2017 | (D) No Message Left |
| | | | 3/14/2017 | (D) No Message Left |
| | | | 3/22/2017 | (D) No Message Left |
| | | | | |
| 1043 | N | 1/5/2017 | | Email only - inadvertently included in original list |
| | | | | |
| 8816 | Y | 12/13/2016 | 12/28/2016 | (D) Busy Tone |
| | | | 3/15/2017 | (D) Text |
| | | | | |
| 2420 | Y | 8/8/2016 | 11/10/2016 | (D) No Message Left |
| | | | 12/28/2016 | (D) No Message Left |
| | | | 1/6/2017 | (D) No Message Left |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 1/12/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | 1/17/2017 | (N) No msg. left |
| | | | 1/18/2017 | (N) No msg. left |
| | | | 6/1/2017 | (N) nml/email |
| | | | | |
| 5595 | Y | 9/26/2016 | 10/13/2016 | (D) No Answer |
| | | | 10/26/2016 | (D) No Message Left |
| | | | 11/21/2016 | (D) No Message Left |
| | | | 1/18/2017 | (D) No Message Left |
| | | | | |
| 9177 | Y | 7/7/2016 | 9/6/2016 | (D) Left Voicemail |
| | | | 10/19/2016 | (D) No Message Left |
| | | | | |
| 2675 | Y | 10/27/2015 | 8/25/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 9/21/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 3037 | Y | 8/11/2016 | 8/15/2016 | (D) No Message Left |
| | | | 8/19/2016 | (D) Contacted |
| | | | 9/1/2016 | (D) No Message Left |
| | | | 3/27/2017 | (D) No Message Left |
| | | | | |
| 117 | Y | 6/29/2016 | 8/4/2016 | (D) Not in Service |
| | | | 9/20/2016 | (D) Not in Service |
| | | | 3/23/2017 | (D) Not in Service |
| | | | 5/18/2017 | (D) Not in Service |
| | | | 5/22/2017 | (D) Not in Service |
| | | | | |
| 383 | Y | 7/12/2016 | 7/22/2016 | (D) No Message Left |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 11/22/2016 | (D) No Message Left |
| | | | 12/10/2016 | (D) No Message Left |
| | | | | |
| 2552 | Y | 6/24/2016 | 7/12/2016 | (D) Busy Tone |
| | | | 7/15/2016 | (D) Not In Service |
| | | | 7/20/2016 | (D) Not In Service |
| | | | | |
| 2554 | Y | 5/11/2016 | 5/26/2016 | (D) No Message Left |
| | | | 3/30/2017 | (D) No Message Left |
| | | | | |
| 6785 | Y | 4/22/2016 | 4/30/2016 | (D) No Message Left |
| | | | 5/3/2016 | (D) No Message Left |
| | | | 5/9/2016 | (D) No Message Left |
| | | | 5/10/2016 | (D) No Message Left |
| | | | 5/11/2016 | (D) No Message Left |
| | | | | |
| 1695 | Y | 4/26/2016 | 4/28/2016 | (D) Left Voicemail |
| | | | 5/2/2016 | (D) Left Voicemail |
| | | | 5/4/2016 | (D) Left Voicemail |
| | | | 5/6/2016 | (D) Left Voicemail |
| | | | 5/9/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/20/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/24/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 6/23/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 7/13/2016 | (D) Left Voicemail |
| | | | | |
| 7114 | Y | 4/13/2016 | 4/25/2016 | (D) Busy Tone |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 4/28/2016 | (D) Left Voicemail |
| | | | 5/3/2016 | (D) Busy Tone |
| | | | 5/6/2016 | (D) Left Voicemail |
| | | | 5/9/2016 | (D) No Message Left |
| | | | | |
| 9969 | Y | 12/23/2015 | 4/19/2016 | (D) Left Voicemail |
| | | | 5/19/2016 | (D) No Message Left |
| | | | 5/19/2016 | (D) Text |
| | | | | |
| 0473 | Y | 10/27/2015 | 4/13/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/12/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 6/3/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 9/7/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 9/29/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 10/17/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 6974 | Y | 11/1/2015 | 4/5/2016 | (D) No Answer |
| | | | 6/14/2016 | (D) No Answer |
| | | | 9/26/2016 | (D) No Answer |
| | | | | |
| 3912 | Y | 1/12/2016 | 4/5/2016 | (D) Not In Service |
| | | | 5/23/2016 | (D) Wrong Number |
| | | | | |
| 7341 | Y | 2/16/2016 | 3/31/2016 | (D) No Message Left |
| | | | 5/27/2016 | (D) No Message Left |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | | |
| 3067 | Y | 3/14/2016 | 3/22/2016 | (D) No Message Left |
| | | | 4/4/2016 | (D) No Message Left |
| | | | 4/5/2016 | (D) No Message Left |
| | | | 4/11/2016 | (D) No Message Left |
| | | | 4/13/2016 | (D) No Message Left |
| | | | | |
| 1220 | Y | 3/11/2016 | 3/15/2016 | (D) Left Voicemail |
| | | | 3/16/2016 | (D) Left Voicemail |
| | | | 3/16/2016 | (D) No Message Left |
| | | | 3/17/2016 | (D) Left Voicemail |
| | | | 3/17/2016 | (D) No Message Left |
| | | | 3/18/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/23/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/29/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/30/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/5/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/5/2016 | (N) lvm |
| | | | | |
| 9586 | Y | 12/29/2015 | 3/2/2016 | (D) Left Voicemail |
| | | | 3/31/2016 | (D) Left Voicemail |
| | | | 4/30/2016 | (D) Left Voicemail |
| | | | 6/4/2016 | (D) Left Voicemail |
| | | | | |
| 9498 | Y | 1/19/2016 | 1/27/2016 | (D) No Message Left |
| | | | 2/18/2016 | (D) Left Voicemail |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 2/26/2016 | (D) No Message Left |
| | | | 3/3/2016 | (D) No Message Left |
| | | | 3/18/2016 | (D) No Message Left |
| | | | 3/31/2016 | (D) Left Voicemail |
| | | | | |
| 7451 | Y | 1/27/2016 | 2/17/2016 | (D) No Message Left |
| | | | 2/25/2016 | (D) No Message Left |
| | | | 2/28/2016 | (D) No Message Left |
| | | | 2/29/2016 | (D) No Message Left |
| | | | 3/1/2016 | (D) No Message Left |
| | | | | |
| 0957 | Y | 1/8/2016 | 2/16/2016 | (D) Left Voicemail |
| | | | 2/23/2016 | (D) No Message Left |
| | | | 2/29/2016 | (D) Left Voicemail |
| | | | 3/24/2016 | (D) Left Voicemail |
| | | | 5/3/2016 | (D) Left Voicemail |
| | | | | |
| 2133 | Y | 12/17/2015 | 2/16/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/3/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/22/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/7/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/22/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/5/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/11/2016 | Contact Attempted: No Means of Attempt Recorded |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 5/27/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 5504 | Y | 2/3/2016 | 2/11/2016 | (D) No Message Left |
| | | | 2/17/2016 | (D) No Message Left |
| | | | 3/2/2016 | (D) No Message Left |
| | | | 3/9/2016 | (D) No Message Left |
| | | | 4/12/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/26/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/31/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 5842 | Y | 12/17/2015 | 1/13/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 2/3/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/1/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/17/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/19/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/5/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/24/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 6/20/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 7/20/2016 | Contact Attempted: No Means of Attempt Recorded |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 8/31/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 10/17/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 11/30/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 2/17/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/28/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/27/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | 7/3/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 937 | Y | 8/13/2015 | 9/3/2015 | Contact Attempted: No Means of Attempt Recorded |
| | | | 10/21/2015 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 025 | Y | 10/1/2015 | 10/21/2015 | Contact Attempted: No Means of Attempt Recorded |
| | | | 12/4/2015 | Contact Attempted: No Means of Attempt Recorded |
| | | | 1/6/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 1/28/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 2/24/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| 544 | Y | 5/8/2015 | 10/9/2015 | Contact Attempted: No Means of Attempt Recorded |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "Rejected Lead") | Date Marked As Rejected Lead | Call Dates (After Marked as Rejected Lead) | Call Dispositions |
|---|---|---|---|---|
| | | | 3/8/2017 | Contact Attempted: No Means of Attempt Recorded |
| | | | | |
| ████████8107 | Y | 5/14/2015 | 8/17/2015 | Contact Attempted: No Means of Attempt Recorded |
| | | | 1/14/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 3/10/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/1/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 4/19/2016 | Contact Attempted: No Means of Attempt Recorded |
| | | | 5/4/2016 | Contact Attempted: No Means of Attempt Recorded |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| 1969 | Y | 10/4/2016 | 10/18/2016 | (N) "SW" |
| | | | 11/8/2016 | (N) "sw" |
| | | | 12/23/2016 | (N) "left voicemail - sent text" |
| | | | 1/2/2017 | (N) SW |
| | | | 1/4/2017 | (N) "SW" |
| | | | 1/5/2017 | (N) "lvm" |
| | | | 1/5/2017 | (N) "TEXT" |
| | | | 1/6/2017 | (N) "LVM" |
| | | | 1/9/2017 | (N) "Sent text" |
| | | | 1/10/2017 | (N) "VM OUT" |
| | | | 1/26/2017 | (N) "lm, txt" |
| | | | 3/21/2017 | (N) "sent text; Called, but nml" |
| | | | 4/26/2017 | (N) "called, and text" |
| | | | 5/3/2017 | (N) "vm full." |
| | | | | |
| 1778 | Y | 12/7/2016 | 12/22/2016 | (N) "text |
| | | | 2/17/2017 11:02 | (N) "student hung up called student back and sent text" |
| | | | 3/10/2017 | (N) "call out" |
| | | | 3/20/2017 | (N) "s/w student" |
| | | | | |
| 9943 | Y | 11/7/2018 | 11/20/2018 | (N) "call/text" |
| | | | 11/29/2018 | (N) "Cal/text" |
| | | | 12/4/2018 | (N) "CALL/TEXT" |
| | | | 3/6/2019 | (N) "Not in service" |
| | | | | |
| 6160 | Y | 10/22/2018 | 11/2/2018 | (N) "LVM, text" |
| | | | 11/15/2018 | (N) "LVM, text" |
| | | | | |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| ██████0602 | Y | 9/18/2018 | 10/3/2018 | (N) "phone is NIS" |
| | | | 2/13/2019 | (N) "NIS.sent text" |
| | | | 2/26/2019 | (N) "text" |
| | | | 3/6/2019 | (N) "TEXT OUT" |
| | | | | |
| ██████9786 | Y | 8/30/2018 | 9/10/2018 | (N) text |
| | | | 9/13/2018 | (N) "VM OUT" |
| | | | 11/14/2018 | (N) "LVM" |
| | | | 5/2/2019 | (N) "discon" |
| | | | | |
| ██████1571 | Y | 6/15/2018 | 6/18/2018 | (N) "LVM" |
| | | | 6/20/2018 | (N) "NML" |
| | | | 6/25/2018 | (N) "sent text" |
| | | | 7/19/2018 | (N) "lvm" |
| | | | 8/1/2018 | (N) "lvm/txt" |
| | | | 8/20/2018 | (N) "lvm/txt" |
| | | | 8/29/2018 | (N) "NML" |
| | | | | |
| ██████9362 | Y | 6/7/2018 | 6/12/2018 | (N) "lvm/text" |
| | | | 6/20/2018 | (N) "nml" |
| | | | 6/25/2018 | (N) "lvm" |
| | | | 7/2/2018 | (N) "text" |
| | | | 8/21/2018 | (N) "text" |
| | | | 9/28/2018 | (N) "text" |
| | | | 2/28/2019 | (N) "hang up, sent text" |
| | | | | |
| ██████6575 | Y | 5/8/2018 | 5/15/2018 | (N) "lm, text" |
| | | | 6/27/2018 | (N) "no vm left; text" |
| | | | 8/22/2018 | (N) "lm, text" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | | |
| 4938 | Y | 2/13/2018 | 2/15/2018 | (N) "text out" |
| | | | 2/20/2018 | (N) "NIS? Texted" |
| | | | 2/28/2018 | (N) "text" |
| | | | 3/5/2018 | (N) "texted" |
| | | | 3/12/2018 | (N) "LM" |
| | | | 4/19/2018 | (N) "no answer" |
| | | | 6/28/2018 | (N) "LM" |
| | | | | |
| 6317 | Y | 1/30/2018 | 1/31/2018 | (N) "sws" |
| | | | 2/9/2018 | (N) "text" |
| | | | 2/21/2018 | (N) "LM/ text" |
| | | | 2/21/2018 | (N) sws |
| | | | 5/3/2018 | (N) "NIS" |
| | | | | |
| 0206 | Y | 11/30/2017 | 2/13/2018 | (N) "#NIS" |
| | | | 4/25/2018 | (N) "lvm" |
| | | | 5/2/2018 | (N) "NIS" |
| | | | | |
| 5424 | Y | 1/30/2018 | 2/16/2018 | (N) "lm" |
| | | | 3/7/2018 | (N) "lvm" |
| | | | | |
| 4195 | Y | 2/2/2018 | 2/3/2018 | (N) "lvm/text" |
| | | | 2/15/2018 | (N) "Left a message w/ someone else" |
| | | | | |
| 7562 | Y | 11/28/2017 | 2/2/2018 | (N) "#NIS" |
| | | | 2/22/2018 | (N) "Wrong Number" |
| | | | | |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| ████4487 | Y | 12/14/2017 | 1/19/2018 | (N) "LVM and text." |
| | | | 1/26/2018 | (N) "not able to contact std on the phone" |
| | | | | |
| ████8265 | Y | 12/13/2017 | 12/21/2017 | (N) "lvm sent text" |
| | | | 1/9/2018 | (N) "VM/text" |
| | | | 1/10/2018 | (N) "text" |
| | | | | |
| ████9850 | Y | 11/24/2017 | 12/20/2017 | (N) "nml,text" |
| | | | 1/9/2018 | (N) "sws" |
| | | | 1/26/2018 | (N) "sws" |
| | | | | |
| ████8144 | Y | 9/14/2017 | 12/20/2017 | (N) "LVM/TXT" |
| | | | 12/22/2017 | (N) "lvm on both numbers/texted" |
| | | | 12/27/2017 | (N) "lvm" |
| | | | 1/8/2018 | (N) "left VM" |
| | | | 1/12/2018 | (N) "lm" |
| | | | | |
| ████0533 | Y | 12/1/2017 | 12/5/2017 | (N) "vm box full/sent text" |
| | | | 12/7/2017 | (N) "vm box full" |
| | | | 1/17/2018 | (N) "called for student left vm" |
| | | | 3/28/2018 | (N) "left vm and text" |
| | | | 4/3/2018 | (N) "left vm" |
| | | | | |
| ████8527 | Y | 11/2/2017 | 11/20/2017 | (N) "left message with someone else: call back after 2" |
| | | | 12/13/2017 | (N) "text" |
| | | | 12/14/2017 | (N) "Call out, text" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 12/19/2017 | (N) "NIS" |
| | | | 12/28/2017 13:57 | (N) "S/W someone - Call back 1:30" |
| | | | 12/28/2017 14:45 | (N) "Hang Up" |
| | | | 1/8/2018 | (N) "Tx" |
| | | | 2/7/2018 | (N) "phone not accepting calls" |
| | | | | |
| 9572 | Y | 1/10/2017 | 1/26/2017 | (N) "text. vmail." |
| | | | 9/6/2017 | (N) "CALL/TEXT OUT" |
| | | | 9/8/2017 | (N) "lvm" |
| | | | 9/13/2017 | (N) sws |
| | | | 9/27/2017 | (N) "Both phone numbers are not in service. Text." |
| | | | 11/14/2017 | (N) "both number are still not in service" |
| | | | 12/27/2017 | (N) "call out not in service" |
| | | | | |
| 4323 | Y | 8/23/2017 | 11/8/2017 | (N) "lm" |
| | | | 1/9/2018 | (N) "lm and text" |
| | | | 2/13/2018 | (N) "no answer called" |
| | | | 4/25/2018 | (N) "lvm" |
| | | | 7/18/2018 | (N) "lm" |
| | | | | |
| 2151 | Y | 9/1/2017 | 11/2/2017 | (N) "lvm, and text" |
| | | | 12/4/2017 | (N) "text and lvm" |
| | | | 2/21/2018 | (N) "called, sent text" |
| | | | 5/18/2018 | (N) "sent text" |
| | | | | |
| 5597 | Y | 8/23/2017 | 9/1/2017 | (N) "lvm" |
| | | | 9/21/2017 | (N) "lvm" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 10/6/2017 | (N) "text" |
| | | | 2/2/2018 | (N) "text" |
| | | | 3/23/2018 | (N) "LVM" |
| | | | | |
| 9000 | Y | 5/10/2017 | 5/16/2017 | (N) sws |
| | | | 6/7/2017 11:03 | (N) sws |
| | | | 6/7/2017 5:12 | (N) sws |
| | | | 6/8/2017 9:28 | (N) "left message" |
| | | | 6/8/2017 2:50 | (N) "left message" |
| | | | 6/9/2017 1:21 | (N) "text" |
| | | | 6/9/2017 2:42 | (N) "lm" |
| | | | 6/10/2017 | (N) "left message" |
| | | | 6/12/2017 | (N) "text" |
| | | | 6/13/2017 3:11 | (N) "text" |
| | | | 6/13/2017 6:58 | (N) "vm" |
| | | | 6/15/2017 | (N) "left message/text" |
| | | | 6/18/2017 | (N) "left message" |
| | | | 6/19/2017 1:50 | (N) "Sent text" |
| | | | 6/19/2017 2:46 | (N) "sws" |
| | | | 6/19/2017 7:03 | (N) "Left VM/Sent Text" |
| | | | 6/20/2017 10:08 | (N) "text" |
| | | | 6/20/2017 7:02 | (N) "left message" |
| | | | 6/21/2017 5:00 | (N) "sent text" |
| | | | 6/21/2017 6:00 | (N) "called and lm" |
| | | | 6/21/2017 6:33 | (N) "sw" |
| | | | 6/26/2017 10:21 | (N) "texted" |
| | | | 6/26/2017 4:33 | (N) "texted" |
| | | | 6/27/2017 2:41 | (N) "Sws" |
| | | | 6/27/2017 5:58 | (N) "No answer" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 6/28/2017 | (N) "phone not accepting calls" |
| | | | 6/29/2017 11:13 | (N) "NIS, sent text, email" |
| | | | 6/29/2017 11:23 | (N) "not accepting calls, sent  text" |
| | | | 6/30/2017 | (N) "still not accepting calls--sent text" |
| | | | 7/1/2017 10:32 | (N) "text" |
| | | | 7/1/2017 12:49 | (N) "No answer" |
| | | | 7/2/2017 10:58 | (N) "left  vm, text message" |
| | | | 7/2/2017 11:29 | (N) "text" |
| | | | 7/2/2017 3:48 | (N) "sw" |
| | | | 7/2/2017 6:21 | (N) "text" |
| | | | 7/3/2017 9:47 | (N) "text" |
| | | | 7/3/2017 3:57 | (N) "lvm (x2), text" |
| | | | 7/3/2017 5:53 | (N) "text" |
| | | | 7/3/2017 6:00 | (N) "call" |
| | | | 8/31/2017 | (N) "NIS" |
| | | | 12/8/2017 | (N) "NIS" |
| | | | 1/12/2018 | (N) "NIS" |
| | | | | |
| 4486 | Y | 8/14/2017 | 8/24/2017 | (N) "NO vm setup, sent txt" |
| | | | 2/1/2018 | (N) "no vm setup- she called right back tho and HU when i said who i was sent txt" |
| | | | 2/14/2018 | (N) "No Longer Interested" |
| | | | 10/1/2018 | (N) "ACD: SWS" |
| | | | | |
| 2044 | Y | 8/2/2017 | 8/8/2017 | (N) "Call out/ text sent" |
| | | | 9/22/2017 | (N) "call, OE text" |
| | | | | |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| 973 | Y | 7/26/2017 | 7/31/2017 | (N) "LVM" |
| | | | 8/2/2017 | (N) "LVM" |
| | | | 8/7/2017 | (N) "LVM" |
| | | | 8/25/2017 | (N) "LVM" |
| | | | 1/30/2018 | (N) "LVM" |
| | | | | |
| 0686 | Y | 6/13/2017 | 6/28/2017 | (N) "NIS" |
| | | | 8/3/2017 | (N) "NIS" |
| | | | 8/11/2017 | (N) "NIS" |
| | | | | |
| 5683 | Y | 6/19/2017 | 6/21/2017 | (N) "LM" |
| | | | 7/5/2017 | (N) "LM" |
| | | | 8/8/2017 | (N) "LM" |
| | | | 11/10/2017 | (N) "LM" |
| | | | 12/5/2017 | (N) "text" |
| | | | | |
| 8008 | Y | 4/10/2017 | 4/25/2017 | (N) "LVM" |
| | | | 8/7/2017 | (N) "NML + text" |
| | | | | |
| 4276 | Y | 2/13/2017 | 4/25/2017 | (N) "lm-stu called txt now last night, called back lm" |
| | | | 6/12/2017 | (N) "SWS" |
| | | | 6/13/2017 | (N) "LVM" |
| | | | 6/14/2017 | (N) "sent text" |
| | | | | |
| 9941 | Y | 4/13/2017 | 4/20/2017 | (N) "nml" |
| | | | 6/22/2017 | (N) "nml & text" |
| | | | | |
| 2329 | Y | 7/7/2016 | 4/19/2017 | (N) "VMNSU/txt" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 4/28/2017 | (N) "VMNSU/txt" |
| | | | 6/28/2017 | (N) "VMNSU/ text" |
| | | | | |
| 8999 | Y | 1/6/2017 | 1/20/2017 | (N) "Left VM" |
| | | | 4/14/2017 | (N) "SWS" |
| | | | 4/17/2017 | (N) "LM with someone else" |
| | | | | |
| 1629 | Y | 3/1/2017 | 4/13/2017 | (N) "LVM/Text" |
| | | | 4/17/2017 | (N) "SW" |
| | | | | |
| 1363 | Y | 2/3/2017 | 3/20/2017 | (N) "Left vm, & text" |
| | | | 3/23/2017 | (N) "Left vm, sent text" |
| | | | 4/7/2017 | (N) "lm/text" |
| | | | 4/19/2017 | (N) "lm" |
| | | | 4/20/2017 | (N) "left VM" |
| | | | 6/2/2017 | (N) "lvm" |
| | | | 6/27/2017 | (N) "left vm, text" |
| | | | 8/23/2017 | (N) "text" |
| | | | 10/24/2017 | (N) "text" |
| | | | | |
| 8646 | Y | 3/8/2017 | 3/9/2017 | (N) "nml" |
| | | | 4/7/2017 | (N) "call" |
| | | | 5/2/2017 | (N) "NIS" |
| | | | 6/6/2017 | (N) "Hang up" |
| | | | | |
| 0446 | Y | 3/3/2017 | 3/3/2017 | (N) "hung up on me" |
| | | | 3/8/2017 | (N) "left vmail" |
| | | | 4/4/2017 | (N) "lm and texted" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 4/18/2017 | (N) "STU hungup after the phone rang once" |
| | | | 4/19/2017 | (N) "texted" |
| | | | 4/21/2017 | (N) "lvm" |
| | | | 4/28/2017 | (N) "STU hungup" |
| | | | 2/7/2018 | (N) "Hang up" |
| | | | | |
| 9841 | Y | 2/13/2017 | 2/17/2017 | (N) "LM" |
| | | | 2/24/2017 | (N) "TEXTED/CALLED" |
| | | | 6/15/2017 | (N) "left voicemail" |
| | | | 7/16/2018 | (N) "LVM" |
| | | | | |
| 8575 | Y | 12/19/2016 | 2/8/2017 | (N) "SWS" |
| | | | 3/2/2017 | (N) "LVM" |
| | | | 4/5/2017 | (N) "lvm" |
| | | | 5/22/2017 | (N) "lvm" |
| | | | | |
| 4466 | Y | 11/22/2016 | 1/25/2017 | (N) "called" |
| | | | 8/2/2017 | (N) "call" |
| | | | | |
| 4612 | Y | 1/5/2017 | 1/24/2017 | (N) "lm" |
| | | | 2/3/2017 | (N) "lm" |
| | | | | |
| 2692 | Y | 10/27/2016 | 11/8/2016 | (N) "sent Text" |
| | | | 12/23/2016 | (N) "left msg w/ person on home, left voicemail on cell" |
| | | | 1/5/2017 | (N) "called and left message with someone. Sent text" |
| | | | 1/13/2017 | (N) "SW" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 2/21/2017 | (N) "home phone number- Is a wrong number!" |
| | | | 2/21/2017 | (N) "text" |
| | | | 3/21/2017 | (N) "called, and text" |
| | | | | |
| ████ 2159 | Y | 11/7/2016 | 12/22/2016 | (N) "lm & sent txt" |
| | | | 3/2/2017 | (N) "s/w hung up" |
| | | | 3/22/2017 | (N) "hung up after id" |
| | | | | |
| ████ 4502 | Y | 9/19/2016 | 11/21/2016 | (N) "lm" |
| | | | 3/10/2017 | (N) "Left message with someone else" |
| | | | 3/13/2017 | (N) "No msg. left" |
| | | | 3/16/2017 | (N) "No msg. left" |
| | | | 3/20/2017 | (N) "No msg. left" |
| | | | 3/27/2017 | (N) "No msg. left" |
| | | | 3/28/2017 | (N) "No msg. left" |
| | | | 3/30/2017 | (N) "Left msg. w/ someone else - STU was not in" |
| | | | 5/25/2017 | (N) "LVM" |
| | | | 6/7/2017 | (N) "Not Interseted" |
| | | | 6/12/2017 | (N) sws |
| | | | | |
| ████ 9409 | Y | 9/21/2016 | 11/3/2016 | (N) "LM" |
| | | | 3/7/2017 | (N) "Busy Tone" |
| | | | | |
| ████ 3170 | Y | 10/19/2016 | 10/31/2016 | (N) "vm" |
| | | | 11/2/2016 | (N) "vm full" |
| | | | 11/4/2016 | (N) "lmw mother" |
| | | | 11/7/2016 | (N) "vm" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | | |
| 5429 | Y | 9/2/2016 | 10/18/2016 | (N) "LM" |
| | | | 12/15/2016 | (N) "LVM" |
| | | | | |
| 1221 | Y | 5/26/2016 | 6/2/2016 | (N) "lm" |
| | | | 6/17/2016 | (N) "nml" |
| | | | 6/21/2016 | (N) "nml" |
| | | | 7/27/2016 | (N) "nml" |
| | | | 8/31/2016 | (N) "nml" |
| | | | 10/13/2016 | (N) "nml sent text" |
| | | | 10/20/2016 | (N) "mb full" |
| | | | 10/25/2016 | (N) "text" |
| | | | 2/1/2017 | (N) "LM" |
| | | | 4/15/2017 | (N) "wrong number" |
| | | | | |
| 6685 | Y | 8/21/2015 | 10/13/2016 | (N) "LVM" |
| | | | 12/16/2016 | (N) "lm" |
| | | | | |
| 2776 | Y | 9/26/2016 | 9/27/2016 | (N) "lvm" |
| | | | 1/26/2017 | (N) "NIS" |
| | | | 3/7/2017 | (N) "NIS" |
| | | | 3/22/2017 | (N) "NIS" |
| | | | 4/21/2017 | (N) "WRONG NUMBER" |
| | | | | |
| 3876 | Y | 6/30/2016 | 2/1/2017 16:02 | (N) "LV" |
| | | | 2/1/2017 16:06 | (N) sws |
| | | | 2/1/2017 17:09 | (N) "LVM" |
| | | | | |
| 3513 | Y | 6/7/2016 | 8/1/2016 | (N) "lm" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 9/13/2016 | (N) "lm" |
| | | | | |
| ████8877 | Y | 6/1/2016 | 7/7/2016 | (N) "no answer" |
| | | | 3/5/2019 | (N) "no message - text" |
| | | | | |
| ████0122 | Y | 6/24/2016 | 7/6/2016 | (N) "busy tone" |
| | | | 7/18/2016 | (N) "LVM" |
| | | | 7/25/2016 | (N) "LVM" |
| | | | 8/11/2016 | (N) "Called, na/nml" |
| | | | 9/9/2016 | (N) "LVM" |
| | | | 1/10/2018 | (N) "na/nml" |
| | | | | |
| ████8598 | Y | 6/30/2016 | 7/1/2016 | (N) "lm" |
| | | | 7/12/2016 | (N) "nml" |
| | | | 8/11/2016 | (N) "lvm" |
| | | | 8/31/2016 | (N) "left vm" |
| | | | | |
| ████1093 | Y | 5/12/2016 | 5/26/2016 | (N) sws |
| | | | 6/13/2016 | (N) sws |
| | | | 9/13/2016 | (N) sws |
| | | | 2/1/2017 | (N) sws |
| | | | | |
| | | | 11/29/2017 | (N) sws |
| | | | 12/5/2017 | (N) "message" |
| | | | 12/5/2017 | (N) sws |
| | | | 12/21/2017 | (N) sws |
| | | | 12/28/2017 | (N) "lvm" |
| | | | 1/8/2018 | (N) "Call: Spoke" |
| | | | 1/29/2018 | (N) "VM" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 5/15/2018 | (N) sws |
| | | | 6/29/2018 9:35 | (N) "VM" sws |
| | | | 6/29/2018 12:59 | (N) sws |
| | | | 8/18/2018 | (N) sws |
| | | | | |
| 4442 | Y | 4/29/2016 | 5/5/2016 | (N) "no vm left" |
| | | | 5/6/2016 | (N) "vm full" |
| | | | 5/9/2016 | (N) "vm full" |
| | | | 5/10/2016 | (N) "vm full" |
| | | | 5/19/2016 | (N) sws |
| | | | | |
| 2880 | Y | 4/20/2016 | 5/2/2016 15:38 | (N) "nis" |
| | | | 5/2/2016 16:11 | (N) "lvm" |
| | | | 5/9/2016 | (N) sws |
| | | | | |
| 0003 | Y | 4/17/2016 | 4/22/2016 | (N) "vm" |
| | | | 4/25/2016 | (N) "no vm" |
| | | | 4/26/2016 | (N) "no vm" |
| | | | 4/29/2016 | (N) "text/no vm" |
| | | | 5/29/2016 | (N) "no vm" |
| | | | 6/8/2016 | (N) "no vm" |
| | | | 11/21/2016 | (N) "nml" |
| | | | | |
| 4486 | Y | 4/15/2016 | 4/21/2016 | (N) "nml" |
| | | | 6/2/2016 | (N) "left vm" |
| | | | | |
| 5386 | Y | 4/11/2016 | 4/19/2016 | (N) "no answer, sent text" |
| | | | 1/5/2017 | (N) "no answer, sent text" |
| | | | 6/16/2017 | (N) "hang up" |

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | | |
| ▒1280 | Y | 4/6/2016 | 4/11/2016 | (N) "Continued to ring/could not leave message" |
| | | | 5/3/2016 | (N) "Came up as no one is available to take call" |
| | | | 5/27/2016 | (N) "Sent text message" |
| | | | 7/25/2016 | (N) 'left message with someone" |
| | | | 3/23/2017 13:36 | (N) sw |
| | | | 3/23/2017 17:05 | (N) sw |
| | | | | |
| 140 | Y | 3/3/2016 | 4/7/2016 | (N) "vm" |
| | | | 6/8/2016 | (N) "vm" |
| | | | 9/12/2016 | (N) sws |
| | | | | |
| 332 | Y | 9/1/2015 | 1/28/2016 | (N) "vm not setup" |
| | | | 3/7/2016 | (N) "vm not setup" |
| | | | 3/31/2016 | (N) "vm not setup" |
| | | | | |
| 003 | Y | 8/25/2015 | 1/27/2016 16:04 | (N) "PHONE NOT ACCEPTING INCOMING CALLS" |
| | | | 1/27/2016 16:29 | (N) "sw" |
| | | | 3/31/2016 10:26 | (N) "left vm" |
| | | | 3/31/2016 10:08 | (N) "text" |
| | | | 3/31/2016 | (N) "sw" |
| | | | 4/5/2016 | (N) "left vm" |
| | | | 4/6/2016 | (N) called |
| | | | 4/11/2016 | (N) "phone not accepting incoming calls" |
| | | | 4/28/2016 | (N) "text" |
| | | | 5/11/2016 | (N) "text" |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| | | | 5/16/2016 | (N) "was unable to leave vm; texted her" |
| | | | 5/24/2016 15:31 | (N) "couldn't leave message" |
| | | | 5/24/2016 15:54 | (N) "text" |
| | | | 6/2/2016 | (N) "left vm" |
| | | | 6/21/2016 | (N) "text" |
| | | | 7/6/2016 | (N) "left vm" |
| | | | 7/26/2016 | (N) "LVM" |
| | | | 8/9/2016 | (N) "LM" |
| | | | 8/12/2016 | (N) "LM" |
| | | | 8/16/2016 | (N) "text" |
| | | | 8/18/2016 10:13 | (N) "LVM" |
| | | | 8/18/2016 19:42 | (N) "hung up" |
| | | | 8/22/2016 (1:16 PM) | (N) "VM" |
| | | | 8/22/16 (3:27 PM) | (N) "text" |
| | | | 8/25/2016 | (N) "LVM" |
| | | | | |
| 0355 | Y | 1/16/2019 | 1/31/2019 | (N) call |
| | | | 2/28/2019 | (N) text |
| | | | 3/12/2019 | (N) text |
| | | | | |
| 2599 | Y | 12/16/2018 | 1/15/2019 | (N) text |
| | | | 3/1/2019 | (N) text |
| | | | 3/4/2019 | (N) text |
| | | | | |
| 0387 | Y | 8/14/2018 | 8/30/2018 | (N) "nml/txt" |
| | | | 10/27/2018 | (N) "LVM" |
| | | | 10/28/2018 | (N) "call and text" |
| | | | | |

PU00017503

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as "opportunity lost") | Date Marked As Opportunity Lost | Call Dates (After Marked as Lost Opportunity) | Call Dispositions |
|---|---|---|---|---|
| ██████0002 | Y | 8/16/2016 | 8/23/2016 | (N) sws |
|  |  |  | 8/4/2017 | (N) "text" |
|  |  |  |  |  |
| ██████0051 | Y | 8/27/2015 | 4/6/2016 | (N) "no answer" |
|  |  |  | 4/22/2016 | (N) "no answer" |

PU00017503