# EXHIBIT U

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3   ------------------------------)

 4   MELANIE DAVIS,                )    CASE NO.:

 5         Plaintiff,              )    18-81004-CIV

 6      vs.                        )

 7   POST UNIVERSITY, INC.,        )

 8         Defendant.              )

 9   ------------------------------)

10

11

12       DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13   AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14              DATE:  APRIL 11, 2019

15                    HELD AT:

16               WYNDHAM SOUTHBURY

17              1284 Strongtown Road

18              Southbury, Connecticut

19

20

21

22

23

24   Reporter: Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

Page 202

1    A.    TrueDialog.
2    Q.    Any others?
3    A.    Not to my recollection, no.
4    Q.    When an admissions counselor -- and I'm
5    saying admissions counselor and I'm using that
6    interchangeably with admissions department -- made a
7    telephone call to a prospective student, were they
8    trained to log that call in the CRM system?
9    A.    Absolutely.
10   Q.    And when they send a text to a prospective
11   student, same thing?
12   A.    Yes.
13   Q.    Any outreach to a prospective student was
14   supposed to be logged; is that correct?
15   A.    Any outreach and/or documentation of
16   correspondence is to be housed in the CRM system.
17   Q.    Is there any way to monitor -- does Post
18   have any way to monitor compliance with that
19   requirement?
20   A.    Can you expand on that, please.
21   Q.    Did Post have any way to determine whether
22   admissions counselors or other admissions department
23   members making phone calls and outreach were
24   actually logging that outreach into the CRM system?
25   A.    Not at scale.