# EXHIBIT V

