# EXHIBIT W

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS,**<br><br>                    Plaintiff,<br><br>v.<br><br><br>**POST UNIVERSITY, INC.**<br><br>                    Defendant. | Civil Case No.: 18-cv-81004-RLR<br><br>**Plaintiff's First Set of Interrogatories** |

PROPOUNDING PARTY:    Melanie Davis ("Plaintiff")

RESPONDING PARTIES:    Post University, Inc. ("Defendant")

SET NUMBER:    One (1)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Post University, Inc., through counsel, hereby responds to the First Set of Interrogatories ("Interrogatories") propounded to it by Plaintiff Melanie Davis ("Plaintiff").

These responses are made solely for the purpose of the above-captioned proceeding. Each response is subject to all appropriate objections, including competency, relevancy, propriety and admissibility, which would require the exclusion of any response set forth herein if the question of materiality were asked of, or any response were made by, a witness present and testifying in Court. All such objections are expressly reserved. The fact that any demand herein has been answered should not be taken as an admission of relevancy, admissibility or any fact set forth in the Interrogatories. All responses are given on the basis of a good faith effort to locate requested information. Upon additional information being located throughout the course of discovery, Defendant will supplement its responses.

## RESPONSES AND OBJECTIONS TO INTERROGATORIES

### INTERROGATORY NO. 1

State and describe the job duties and responsibilities of YOUR Admissions Counselors, Admissions Team Leads, and Directors and Assistant Directors of Admissions.

### RESPONSE TO INTERROGATORY NO. 1

Post University objects to this request on the grounds that the duties and responsibilities of Post University's Admissions Counselors, Team Leads, and Directors and Assistant Directors

1

of Admissions are not relevant to whether any TCPA violation occurred. Subject to and without waiving this objection, Directors of Admissions supervise Assistant Directors.

Assistant Directors are responsible for, among other essential functions, the day-to-day operations of the employees in the Admissions department; interviewing potential admissions counselor candidates; evaluating admissions counselors to determine any training needs for both new and existing employees to consistently meet and exceed performance metrics; performance reviews; disciplining employees and elevate to next level if necessary; addressing complaints and resolving problems; ensuring that all admissions activities and prospective student interactions are documented in the University's official tracking system (CRM), and reported to the appropriate personnel; evaluating and resolving student inquiries, issues, and problems; and ensuring that all operations and activities within the Admissions Department are conducted in compliance with the University's policies and procedures and any applicable legal requirements.

Team Leads are responsible for, among other essential functions, responding to student inquiries regarding admission and communicate with applicants, accepted students, and matriculated students before, during, and after the admissions process; conducting interviews with prospective students; providing support to the Assistant Director of Admissions; assisting in the development and management of new and current staff; staff scheduling, and enforcing established goals set forth for each team member to ensure all goals are being met; ensuring all established policies and procedures along with the departmental expectations are being followed; performing conflict resolution with students and staff members; working with academic advisors and faculty to identify students who are having academic problems and strive to overcome these issues to promote student success and retention; coordinating discipline issues with student services; understanding and ensuring that applicable policies, procedures, regulations and laws regarding higher education enrollment are being followed; when applicable based on the prospective student's or student's military status, assisting veterans with issues related to their veterans' benefits, resolving academic related issues and cases in GoArmyEd, performing degree audits on Military Student Records as directed or required, and completing the graduation report for all GoArmyEd military enrolled students on the GoArmyEd portal.

Admissions counselors are responsible for responding to student inquiries regarding admission and program offerings; interviewing prospective students and assessing eligibility for enrollment at the University; guiding prospective students through the admissions process; and coordinating discipline issues with student services.

**INTERROGATORY NO. 2**

State and describe all sources through which YOU obtained contact information for prospective students.

**RESPONSE TO INTERROGATORY NO. 2**

Post University objects to this request on the grounds that describing all sources through which Post University obtains contact information for prospective students is not relevant to Plaintiff's claims in this case. Plaintiff herself admittedly contacted the University directly to inquire about enrolling at the University, completed an application, and performed additional pre-

enrollment steps prior to informing University personnel that she could no longer attend the University "at [this] time."

Subject to and without waiving this objection, Post University obtains contact information of prospective students inquiring into potentially enrolling at the University from prospective students themselves. The University does not contact individuals unless they have expressed an interest in attending the University. Although there are many different ways a prospective student can initiate contact directly with the University, examples include through Post University's website or through the individual contacting the University through other means, for example, by calling the University directly, like Plaintiff.

Prospective students can also provide their contact information to the University by responding to Post University information hosted on third-party websites and provided to the University through third-party lead aggregators. For example, a prospective student could encounter a website banner regarding the University on a given website, click on that banner, and decide to provide their contact information through a submission form like the one below:

3

# Yes! I would like more information from Post University Online.

| | |
|---|---|
| **Program of Interest:** | [Select one: ▼]* |
| **First Name:** | [          ]* |
| **Last Name:** | [          ]* |
| **Email Address:** | [          ]* |
| **Address:** | [                    ]* |
| **City:** | [          ]* |
| **State:** | [Select one: ▼]* |
| **Zip Code:** | [          ]* |
| **Country:** | [Select one: ▼]* |
| **High School Graduation Year:** | [Select one: ▼]* |
| **Phone:** | [   ][   ][      ]* |
| **Education Level:** | [Select one: ▼]* |
| **When would you like to start:** | [Select one: ▼]* |
| **Are you or your spouse associated with the U.S. Military:** | [Select one: ▼]* |

Clicking the "Request Information" button below constitutes your express written consent to be called and/or texted by Post University at the number(s) you provided, regarding furthering your education. You understand that these calls may be generated using an automated technology.

*Required Information

[Request Information]

4

**INTERROGATORY NO. 3**

State and describe YOUR sources of revenue.

**RESPONSE TO INTERROGATORY NO. 3**

Post University objects to this request on the grounds that Post University's sources of revenue are not relevant to whether any TCPA violation occurred. Subject to and without waiving this objection, Post University's revenue is derived primarily from tuition on courses taught by the University. The particular source of revenue for each student's tuition due would need to be analyzed on a student-by-student basis, as any given student could be satisfying any applicable tuition obligations through federal student loans and/or grants, through veterans' benefits (in which case the veteran can be entitled to a free education at the University), or by the student paying tuition and fees directly.

Dated: October 29, 2018

Respectfully submitted,

By: */s/ Adam Bowser*
Adam Bowser
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, DC 20006-5344
(202) 857-6000 (telephone)
(202) 857-6395 (facsimile)
adam.bowser@arentfox.com

*Attorney for Post University, Inc.*

## **VERIFICATION**

I, Elaine Neely, Chief Regulatory Officer for Post University, Inc., believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of October, 2018.

Elaine Neely, Chief Regulatory Officer, Post University


/s/ *Elaine Neely*
Elaine Neely

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, the foregoing was served electronically via email upon the following:

Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com
*Attorneys for Plaintiff*

/s/ *Brandi Howard*
Brandi Howard