# EXHIBIT Y

```
                                                          Page 1

 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF FLORIDA
 3   _____
     MELANIE DAVIS,              )Civil Case
 4                               )No.: 18-cv-81004-RLR
                   Plaintiffs,)
 5                               )
     v.                          )
 6                               )
     POST UNIVERSITY, INC.,      )
 7                               )
                   Defendants.)
 8                               )
     _____)
 9
10
11            DEPOSITION OF CONSTANCE REILLY
12
13
14
15   DATE:          February 8, 2019
16   TIME:          9:00 a.m.
17   HELD AT:       Wyndham Southbury
                    Southbury, Connecticut
18
19
       By:          Sarah J. Miner, RPR, LSR #238
20
21
22
23
24
25
```

Page 53

```
 1    list."  Correct?
 2         A. Correct.
 3         Q. And you just testified that you understand it
 4    was to mean "do not call."  Correct?
 5         A. Correct.
 6         Q. So where is that understanding coming from
 7    that it is to mean "do not call"?
 8         A. Getting new CRM.
 9         Q. So I am talking still --
10         A. No, I understand --
11         Q. Oh, I --
12         A. -- but because we got the new system, I
13    learned a little bit more about what "remove from
14    list" means.
15         Q. Prior to getting the new CRM, though, you did
16    not understand "remove from list" to only be "do not
17    call."  Is that correct?
18         A. Yes, that is correct.
19         Q. But you don't have insight into whether other
20    admissions counselors used "remove from list" the same
21    way as you prior to the new CRM?
22         A. Correct, yeah.
23         Q. Going back to the document.  You made notes
24    to "What is a rejected lead"?  You said, "It is a no."
25    Am I reading that correctly?
```

Page 54

1        A. Yes.
2        Q. Is that your way of summarizing what a
3    "rejected lead" is?
4        A. Yeah.
5        Q. And to the right of "what is a rejected
6    lead," there seems to be a list.  "Never answered."
7        A. Yes.
8        Q. And then coming off of that, you have "call
9    10 times first"?
10       A. Yes.
11       Q. Can you elaborate on those two notes if you
12   recall what those mean?
13       A. You reject a lead if they never answered or
14   responded, which I believe represents text message,
15   after 10 attempts at outreaching.
16       Q. The next, after the comma is "wrong number."
17       A. Correct.
18       Q. And coming off that is a note "don't call
19   again"?
20       A. Correct.
21       Q. My question about that is, is that note --
22   does that note mean don't call someone who says wrong
23   number again?
24       A. Yes.
25       Q. Okay.  Did that take precedent over the