# EXHIBIT Z

```
                                                      Page 1

 1            UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF FLORIDA

 3    ------------------------------)

 4    MELANIE DAVIS,                )    CASE NO.:

 5           Plaintiff,             )    18-81004-CIV

 6       vs.                        )

 7    POST UNIVERSITY, INC.,        )

 8           Defendant.             )

 9    ------------------------------)

10

11

12       DEPOSITION OF SEAN COOLEY, INDIVIDUALLY

13    AND AS DESIGNATED REPRESENTATIVE OF POST UNIVERSITY

14              DATE:  APRIL 11, 2019

15                    HELD AT:

16              WYNDHAM SOUTHBURY

17             1284 Strongtown Road

18            Southbury, Connecticut

19

20

21

22

23

24    Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25
```

1    Sometimes there are still things that might preclude
2    a student or an opportunity to move forward, if the
3    opportunity was a former student and because of
4    certain reasons they can't come -- they can't move
5    forward with their -- with coming back to Post, at
6    that juncture, we wouldn't reopen that opportunity
7    with that student.  But for the sake of this, it
8    would follow that same logic, that we would reopen
9    an opportunity if someone had expressed interest
10   about moving forward with their process again.
11        Q.   So maybe I can simplify it in a different
12   way, and I think we're getting there.  It's somewhat
13   confusing and I get that.
14             If a lead remained in the rejected state
15   after a call was made to the rejected lead, is it
16   safe to assume that Post still considers that to be
17   a rejected lead?
18        A.   Yes.
19        Q.   Because the protocol was to move them out
20   of the rejected state if they provided the necessary
21   information to remove them from that state; correct?
22        A.   Correct.
23        Q.   The same with respect to an opportunity,
24   if a lost opportunity remained a lost opportunity
25   after a call is made, it's safe to assume that Post

Page 279

1  still considers them to be a lost opportunity;
2  correct?
3      A.   Correct.
4           MR. GLAPION:  I'm going to just tidy
5  up one last section.  A lot of it was presumably
6  asked and answered, just sort of spread all over the
7  place.  So I'll give you a standing
8  asked-and-answered objection to save your voice and
9  save you from doing it.
10          MR. BOWSER:  Is this about sales?
11          MR. GLAPION:  It's about sales, I'm
12  sorry.  I'm sorry, I have to do it.
13 BY MR. GLAPION:
14     Q.   Okay.  So just follow this with me and
15 I'll try to break it down in a way that's relatively
16 agreeable.  I know it took a little while.
17          So prospective students, one way or
18 another, reach out to Post; correct?
19     A.   Correct.
20     Q.   And at that point, they become leads?
21     A.   Correct.
22     Q.   And those leads by going through the
23 process in --
24     A.   16.
25     Q.   -- in 16, ultimately that's the process