UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated**,**<br><br>            **Plaintiff,**<br>   v.<br><br>**POST UNIVERSITY, INC.,**<br><br>            **Defendant.** | Civil Case No.  18-cv-81004<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

## MOTION FOR CLARIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE

Defendant Post University, Inc. (the "University") moves the Court for clarification of the briefing schedule for Plaintiff's Motion for Class Certification (the "Motion") (Dkt. No. 68). Counsel for the University has conferred with Counsel for Melanie Davis, and she does not object to the University seeking clarification from the Court.

On May 22, 2019, this Court granted the University and Ms. Davis' (together, the "Parties") Consent Motion to File Overlength Briefs in Support of and in Opposition to Plaintiff's Motion for Class Certification, and to Enlarge the Briefing Schedule. (Dkt. Nos. 54 and 55).  As set forth in the Consent Motion, the Parties' agreed that the enlarged briefing schedule was warranted, in part, because Plaintiff would be filing an overlength brief, and the associate who has been working on this matter for the University is now on maternity leave. Dkt. Nos. 54 at 1-2.[1]  In its Order, the Court ruled that "[t]he parties are permitted to file briefs in support of and in opposition to the Plaintiff's Motion for Class Certification of not more than 25

---

[1]     In addition, Plaintiff filed her Second Amended Complaint on June 28, 2019, *see* Dkt. No. 67, thus requiring a response by July 12.

1

pages.  The Defendant shall have *21 days* from the filing of the Plaintiff's motion to file its response, and the Plaintiff shall have *14 days* to file her reply." (Dkt. No. 55) (emphasis added).

On June 10, 2019, the Court issued an order in response to the Parties' Joint Motion to Amend the Scheduling Order (Dkt. No. 64), and without reference to its prior ruling above, the Court provided the following: "**July 12, 2019.** The Plaintiff shall file her motion for class certification. The Defendant shall file its response in opposition within **fourteen (14) days** of being served with the motion. The Plaintiff will then have **seven (7) days** to file her reply." (Dkt. No. 50).

As a result of the two Orders, the University seeks clarification from the Court that the briefing deadlines and page length rulings remain as stated in its May 22, 2019 Order (Dkt. No. 55), as the Parties agreed to, and as the Court previously ordered.  That is, that the Parties can file briefs in support of and in opposition to Plaintiff's Motion up to 25 pages, that Defendant has **21 days** to file its response to Plaintiff's Motion, and Plaintiff has **14 days** to file her reply.

Dated: July 8, 2019

        /s/ Mary Joanne Dowd
        Mary Joanne Dowd, # 368970
        Adam Bowser, (admitted *pro hac vice*)
        Brandi G. Howard, (admitted *pro hac vice*)
        ARENT FOX LLP
        1717 K Street, N.W.
        Washington, DC 20006-5344
        (202) 857-6000 (telephone)
        (202) 857-6395 (facsimile)
        mary.dowd@arentfox.com
        adam.bowser@arentfox.com
        brandi.howard@arentfox.com

*Attorneys for Post University, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2019, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

    Bradford R. Sohn
THE BRAD SOHN LAW FIRM PLLC
2600 South Douglas Rd., Suite 1007
Coral Gables, Florida 33134
Tel: (786) 708-9750
Fax: (305) 397-0650
brad@sohn.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: (732) 455-9737
Fax: (732) 709-5150
jmg@glapionlaw.com

*Attorneys for Plaintiff*

                                                                s/ Mary Joanne Dowd
                                                                Mary Joanne Dowd