UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>                   Plaintiff,<br><br>v.<br><br>**POST UNIVERSITY, INC.**,<br><br>                   Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

### Plaintiff Melanie Davis' Motion for Partial Summary Judgment

Pursuant to Fed. R. Civ. P. 56, Plaintiff Melanie Davis hereby seeks partial summary judgment on the following issues:

1. She received more than one call from Defendant Post University, Inc. ("PU") in a 12-month period.
2. She received those calls on her cellular telephone number.
3. Those calls were telemarketing.

As set forth in the Memorandum attached hereto, there is no genuine issue of material fact for these issues, and they are ripe for disposition as a matter of law. *Transcon. Gas Pipe Line Co. v. 6.04 Acres*, 910 F.3d 1130, 1154 (11th Cir. 2018). Should the Court grant this Motion, the remaining issues are whether PU had the policies and procedures required under 47 U.S.C. § 64.1200(d) and, if not, damages (including whether its failures were knowing or willful).

**Dated:** July 19, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I filed the foregoing Motion and accompanying memorandum and exhibits through the Court's electronic filing system and thereby served all filing users, including Defendant's counsel of record.

**Dated:** July 19, 2019

s/ Bradford R. Sohn_____
Bradford R. Sohn
Fla. Bar. No. 98788
**THE BRAD SOHN LAW FIRM PLLC**
2600 South Douglas Rd, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
brad@sohn.com

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
(*Pro Hac Vice*)