## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**POST UNIVERSITY, INC.,**<br><br>                    Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

**<u>Declaration of Jeremy M. Glapion In Support of Plaintiff's Motion for Summary Judgment</u>**

I, Jeremy M. Glapion, declare as follows:

1.      I am the founder of Glapion Law Firm and a member in good standing of the State Bars of New Jersey and New York. I am admitted *pro hac vice* for this matter as counsel for Plaintiff Melanie Davis.

2.      I make this declaration in support of Plaintiff's Motion for Summary Judgment. I am fully familiar with the facts set forth herein.

3.      Attached hereto as Exhibit A is a true and accurate copy of PU00011106 as Defendant produced in discovery in this matter. This was Exhibit 16 to PU's 30(b)(6) deposition.

4.      Attached hereto as Exhibit B is a true and accurate copy of PU00000038-39 as Defendant produced in discovery in this matter.

5.      Attached hereto as Exhibit C is a true and accurate subset of MD000887, Plaintiff's Call Detail Report. The full document was produced by Sprint in response to a subpoena to Sprint. For privacy, the exhibit is limited only to those inbound calls from and outbound calls to Post University, though the full exhibit was produced to Defendant in this matter, and the first 6 digits of Plaintiff's phone number are redacted.

6.      Attached hereto as Exhibit D is a true and accurate copy of MD000907-910, a document entitled "Key to Understanding CDMA Call Detail Reports" which was produced to Plaintiff by Sprint in response to a subpoena to Sprint, and produced to Defendant in this matter.

7.      Attached hereto as Exhibit E is a true and accurate copy of MD000009 as downloaded directly through Plaintiff's online Sprint account portal and produced to Defendant in this matter, with an unrelated telephone number and Plaintiff's account number redacted.

8.      Attached hereto as Exhibit F is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000199-200 as produced to Defendant in this matter.

9.      Attached hereto as Exhibit G is a true and accurate copy of PU00000003 as Defendant produced in discovery in this matter.

10.     Attached hereto as Exhibit H is a true and accurate copy of PU00000028 as Defendant produced in discovery in this matter.

11.     Attached hereto as Exhibit I is a true and accurate copy of PU00000062-64 as Defendant produced in discovery in this matter.

12.     Attached hereto as Exhibit J is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000396-398, with (redactions of attorney-client communications as the result of Plaintiff forwarding these emails to counsel) as produced to Defendant in this matter.

13.     Attached hereto as Exhibit K is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000413-414 as produced to Defendant in this matter.

14.     Attached hereto as Exhibit L is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000308-311 as produced to Defendant in this matter.

15.     Attached hereto as Exhibit M is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000232-333 as produced to Defendant in this matter.

16.     Attached hereto as Exhibit N is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000247-248 as produced to Defendant in this matter.

17.     Attached hereto as Exhibit O is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000121-23 as produced to Defendant in this matter.

18.     Attached hereto as Exhibit P is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000280-282 as produced to Defendant in this matter.

19.     Attached hereto as Exhibit Q is a true and accurate copy of screenshots showing July 17 text messages from and to Defendant, labeled MD000001-4, as produced to Defendant in this matter.

20.     Attached hereto as Exhibit R is a true and accurate copy of PU00011779-80 as Defendant produced in discovery in this matter.

21.     Attached hereto as Exhibit S is a true and accurate copy of an email exchange taken directly from Plaintiff's Gmail account, and labeled as MD000509-510 as produced to Defendant in this matter.

22.     Also included with the filing of Plaintiff's Motion are true and accurate excerpts and copies from the depositions of Post University's 30(b)(6) designated witness, Sean Cooley, and of Post University employees Victoria Meehan and Constance Reilly.

23.     Also included with the filing of Plaintiff's Motion are true and accurate copies the declarations of Plaintiff Melanie Davis and of former Post University employees Sarah Markham and Susanna Shigo.

24.     If called upon, I could testify about the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2019, at Wall, NJ.

3

*/s/ Jeremy M. Glapion*_____
Jeremy M. Glapion

# EXHIBIT A



**New Lead Arrives**

**Status: Qualifying**

10 attempts are made to contact lead

Lead is not contacted or is contacted but is not qualified/interested

**Status: Rejected**

Contact made

Interest confirmed

Lead is Converted

Lead becomes an Opportunity

**Sales Category: Qualify**

**Sales Stage: Interviewing**

Interview Opportunity Assessment

**Sales Category: Qualify**

**Sales Stage: Qualified**

Send Application

**Sales Category: Documents**

Manually Change **Sales Stage: Application Sent**

*Possible Sales Stage at any time: Request Transfer Eval

**Sales Category: Documents**

**Sales Stage: Financial Plan Determined**

FAFSA arrives but FAA needs more info need to ATP

Receive Application
**Sales Category: Documents**
Create plan to receive FAFSA
Write and send Recommendation

All info comes in and Student is ATP'd

FAFSA arrives, all docs in. Student is ATP'd

FAFSA arrives, is not able to be ATP'd

FAFSA does not arrive

**Sales Category: Enroll**

**Sales Stage: Ready to Enroll**

Student does Not Participate

**Manually Change Sales Stage Action to Closed/Lost**

**Sales Category: Lost**

**Sales Category: Register**

**Sales Stage: Student Package Created**

Register Student

**Sales Category: Attend**

**Sales Stage: Anticipating Orientation**

Student Participates

**Sales Category: Attend**

**Sales Stage: Closed/Won**

PU00011106

# EXHIBIT B

**Post** UNIVERSITY®
EST. 1890
Post Makes It Personal

Associate Name: _____     Today's Date: _____
Supervisor Name: _____     Next Review: _____

## Post University – End of Mod Assessment

| Key Performance Indicators | Behaviors | Behavioral Benchmark | Actual |
|---|---|---|---|
| Lead-to-PCAS | Lead Management | 12% | |
| PCAS-to-APP | Interview Acumen | 60% | |
| APP-to-FAFSA | Collaboration/Outreach | 70% | |
| FAFSA-to-ATP | Collaboration/Outreach | 80% | |
| ATP-to-START | Stitch-In/Follow-Up | 80% | |
| START-to-Persistence | Student Support/Connections | 75% | |

### Professional Goals/Motivations
In reviewing the Mid Mod Assessment, did I meet or exceed my professional goals? Why or why not?

### Talents/Strengths to Maximize
In reviewing the Mid Mod Assessment, did you maximize your talents and strengths? How?

### Development Opportunities
In reviewing the Mid Mod Assessment, did you improve on the Key Performance Indicators that you identified?

### Individual Development Plan/Action Items
How will I build upon this past Mod's results to start off this Mod strong?

Associate Signature: _____     Supervisor Signature: _____
Today's Date: _____     Today's Date: _____

PU00000038



Associate Name: _____    Today's Date: _____

Supervisor Name: _____    Next Review: _____

**Post University – End of Mod Assessment**

**Non-Negotiable Behaviors**

| Non-Negotiable Behaviors | Meets Expectations | Needs Development | Notes |
|---|---|---|---|
| Make it an Extraordinary Experience | | | |
| Authentic… Keep It Real | | | |
| KISS (Keep It Simple) | | | |
| Explain "Why" Seek 1st to Understand, then to be understood | | | |
| Integrity | | | |
| Trust | | | |
| Professionalism | | | |
| Every Student Matters | | | |
| Respectful | | | |
| Straight Talk/Be Transparent | | | |
| Own the Moment | | | |
| No Victims/Hierarchy/Heroes | | | |
| Accountable | | | |
| Lead through Innovation | | | |

PU00000039

# EXHIBIT C

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CALLING_NBR | CALLED_NBR | DIALED_DIGITS | MOBILE ROLE | START_DATE | END_DATE | DURATION (SEC) | Call Type | NEID |
| 2 | ▮-4599 | (844) 246-9758 | (1844) 246-9758 | Outbound | 08/09/2017 17:39:48 | 08/09/2017 18:22:07 | 2539 | Voice | 207 |
| 3 | (203) 564-9763 | ▮-4599 | | Inbound | 08/09/2017 18:33:10 | 08/09/2017 18:33:10 | 0 | Text Detail | 198 |
| 4 | (203) 564-9763 | 6-4599 | | Inbound | 08/09/2017 18:33:11 | 08/09/2017 18:33:11 | 0 | Text Detail | 198 |
| 5 | (203) 596-8364 | ▮-4599 | -325 | Inbound | 08/11/2017 14:50:22 | 08/11/2017 14:53:48 | 206 | Voice | 207 |
| 6 | (203) 596-8364 | -325 | ▮-4599 | Routed_Call | 08/11/2017 14:50:22 | 08/11/2017 14:53:48 | 206 | Voice | 207 |
| 7 | (203) 596-4625 | (6245000) 000-0901 | ▮-4599 | Routed_Call | 08/13/2017 15:40:56 | 08/13/2017 15:42:29 | 93 | Voice | 207 |
| 8 | (203) 596-8364 | (6245000) 000-0901 | ▮-4599 | Routed_Call | 08/14/2017 15:55:18 | 08/14/2017 16:00:21 | 303 | Voice | 207 |
| 9 | (203) 596-8364 | (6245000) 000-0901 | ▮-4599 | Routed_Call | 08/15/2017 15:49:13 | 08/15/2017 15:51:17 | 124 | Voice | 207 |
| 10 | (203) 596-8364 | ▮-4599 | ▮-4599 | Routed_Call | 08/15/2017 15:49:13 | 08/15/2017 15:51:17 | 124 | Voice | 207 |
| 11 | (203) 596-4625 | ▮-4599 | -459 | Undetermined | 08/15/2017 15:49:14 | 08/15/2017 15:49:27 | 13 | Voice | 207 |
| 12 | (203) 596-4625 | ▮-4599 | ▮-4599 | Routed_Call | 08/15/2017 16:58:58 | 08/15/2017 17:00:22 | 84 | Voice | 207 |
| 13 | (203) 596-4625 | (6245000) 000-0901 | ▮-4599 | Routed_Call | 08/15/2017 16:58:58 | 08/15/2017 17:00:22 | 84 | Voice | 207 |
| 14 | (203) 596-4625 | ▮-4599 | -554 | Undetermined | 08/15/2017 16:58:59 | 08/15/2017 16:59:26 | 27 | Voice | 207 |
| 15 | (203) 433-7705 | ▮-4599 | | Inbound | 08/30/2017 17:42:23 | 08/30/2017 17:42:23 | 0 | Text Detail | 547 |
| 16 | (203) 433-7705 | ▮-4599 | | Inbound | 08/30/2017 17:42:24 | 08/30/2017 17:42:24 | 0 | Text Detail | 547 |
| 17 | ▮-4599 | (203) 433-7705 | | Outbound | 08/30/2017 12:43:17 | 08/30/2017 12:43:17 | 0 | Text Detail | 229 |
| 18 | (203) 591-5144 | (6245000) 000-0901 | ▮-4599 | Routed_Call | 10/18/2017 14:57:28 | 10/18/2017 14:58:53 | 85 | Voice | 207 |
| 19 | (203) 591-5144 | ▮-4599 | ▮-4599 | Routed_Call | 10/18/2017 14:57:28 | 10/18/2017 14:58:53 | 85 | Voice | 207 |
| 20 | (203) 591-5144 | ▮-4599 | -191 | Undetermined | 10/18/2017 14:57:29 | 10/18/2017 14:57:52 | 23 | Voice | 207 |
| 21 | (203) 596-8364 | ▮-4599 | ▮-4599 | Inbound | 01/11/2018 18:56:22 | 01/11/2018 18:58:03 | 101 | Voice | 207 |
| 22 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 15:56:45 | 07/17/2018 15:56:45 | 0 | Text Detail | 552 |
| 23 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 15:56:51 | 07/17/2018 15:56:51 | 0 | Text Detail | 552 |
| 24 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 15:56:59 | 07/17/2018 15:56:59 | 0 | Text Detail | 552 |
| 25 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 15:57:05 | 07/17/2018 15:57:05 | 0 | Text Detail | 552 |
| 26 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 15:57:12 | 07/17/2018 15:57:12 | 0 | Text Detail | 552 |
| 27 | ▮-4599 | (203) 802-5819 | | Outbound | 07/17/2018 16:00:22 | 07/17/2018 16:00:22 | 0 | Text Detail | 558 |
| 28 | ▮-4599 | (203) 802-5819 | | Outbound | 07/17/2018 16:00:23 | 07/17/2018 16:00:23 | 0 | Text Detail | 558 |
| 29 | ▮-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:01:34 | 07/17/2018 17:01:34 | 0 | Text Detail | 558 |
| 30 | ▮-4599 | ▮-4599 | | Inbound | 07/17/2018 17:03:09 | 07/17/2018 17:03:09 | 0 | Text Detail | 552 |
| 31 | ▮-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:05:31 | 07/17/2018 17:05:31 | 0 | Text Detail | 558 |
| 32 | (203) 802-5819 | ▮-4599 | | Inbound | 07/17/2018 17:09:04 | 07/17/2018 17:09:04 | 0 | Text Detail | 552 |
| 33 | ▮-4599 | (203) 802-5819 | | Outbound | 07/17/2018 17:13:28 | 07/17/2018 17:13:28 | 0 | Text Detail | 558 |
| 34 | ▮-4599 | (203) 591-5047 | (1203) 591-5047 | Outbound | 07/18/2018 10:18:07 | 07/18/2018 10:21:22 | 195 | Voice | 207 |

MD000887 (Subset)

# EXHIBIT D



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330    Fax: 816-600-3111

## Key to Understanding CDMA Call Detail Reports

**Calling number:**     This column reflects the number placing the call (the individual who initiated the call).    If the call is an outgoing call, this will be the Sprint PCS target number.

**Called number:**     This column reflects the number actually called.    In most cases this number will be the same as the number in the "Dialed Digits" column.    If the number has been forwarded, or if there is a routing number, then this will be reflected. If the number has a 11 in front of the area code, that means the call rolled to voicemail and was NOT answered by the customer.

**Dialed digits:**     This column reflects the digits that the caller enters into the keypad of the phone.    If the call is an incoming call, this will be the Sprint PCS target number.

**Mobile Role:**     Mobile Role (Type of Call).    Listed as outgoing, incoming, routed call or undetermined.

**Start Date:**     Date and time the call was initiated.

**End Date:**     Date and time the call was ended.

**Duration:**     Duration of call, in seconds.

**Call Type:**     Indicates the type of transaction on the network.    This includes, but not limited to: Voice, Text Detail, WiFi and Airave.

**NEID:**     This reflects which network element handled the call.



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330    Fax: 816-600-3111

## Key to Understanding CDMA Call Detail Reports, cont.

*Routed calls come in several varieties.    A TLDN (Temporary Local Directory Number) may be considered to be a bridge/router number to complete a call.    A TLDN will be represented by a number that may range from 3 to 10 digits in length.    Similar to TLDN, an IMRN (IP Multimedia Routing Number), will be used to route Apple WiFi Calls.    Another scenario is when a call is not answered, but is routed to voicemail. Calls routed straight to voicemail    may also have an "11" before the number indicated in the "Called_Nbr" column. For handsets using visual voicemail, these numbers may replace the "11" in the called number column: (800) 877-2400, (866) 677-8204, (866) 222-2604, and (877) 836-4746    The indicator that Sprint's Visual Voicemail platform was used within the session appears as 624500000XXXXXXX.

*WiFi Call Type: Please note that Sprint does not have the capability to determine the time stamp. These calls can be reflected in Switch time or GMT.

*The CDMA call detail report may indicate the sending and receipt of text messages and e-mail.    While not flagged as text messages, the line will indicate no duration, the dialed digits column will either be blank or will show an e-mail address, and the NEID column may contain one of the following numbers: 191-198 226-229 291-294

* On the CDMA network, Sprint maintains Gateway, SWATs (Soft Wireless Access Tandem) and MCGs (Media Gateway Controllers)    networks in areas where there are large Sprint customer populations. These provide the required extra space that helps Sprint maintain all of the calls.    When a call moves through a gateway or SWAT cell site information is not retained and is not recoverable.    NEIDs for Gateways 124-125, SWATs are 96, 184-190, 263, 363-365 and MGCs are 366-371

* Time Zones: Beginning 10/20/17 through present SMS text message time stamps are in Central. From 05/31/2017 through 10/19/2017, text message time stamps may have been GMT.    An indicator of GMT time zones include the NEID range of 540-559.    From October 12, 2010 through May of 2017 text message time stamps were kept in Central time zone. Records prior to October 12, 2010 are either in Central or Eastern time zone.    Sprint is unable to determine which time zone is reflected in records older than October 12, 2010.

*Please be advised: The time stamp reflected on call detail reports for Sprint CDMA during the time frame of 02/04/2018 through 02/28/2018 may have been affected by a storage related upgrade. During this period, transactions may be reflected in GMT instead of the time stamp native to the switch utilized in the transaction.    This includes, but is not limited to, Voice calls and SMS transactions.

MD000908



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330    Fax: 816-600-3111

## Key to Understanding CDMA Call Detail Reports, cont.

*Short codes, also known as short numbers, are special telephone codes, significantly shorter than full telephone numbers, which can also be used to address SMS and MMS messages from mobile phones or fixed phones. Short codes are often associated with automated services. An automated program can handle the response and typically requires the sender to start the message with a command word or prefix. A list of short codes is not maintained by Sprint as number of short codes is extensive and constantly growing. Example of a short code- the customer may want updates pertaining to their favorite sports team.   The customer would sign up with that team in order to receive text message updates relevant to the team.

* Please Note - Calls made on another carrier's network, will not appear on our CDR records.   If you suspect the device was roaming on another network, please obtain those records from the other carrier.

* Please Note - As of approximately September 2018, Sprint performed a soft-launch of a voice-over-LTE product.    Because of this launch, certain calls are routed through a specific network element that time-stamps these transactions in central time.    These transactions will not have location information and may appear on the records as call type 42 or Voice.

MD000909



**Sprint**
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Office: 800-877-7330    Fax: 816-600-3111

# Star Codes

Your request has been fulfilled, at least in part, by what is known as a CDMA CDR Report.    A CDMA CDR Report lists information about incoming/outgoing calls including the digits dialed on the handset.    As a dialing shortcut, PCS subscribers may use star codes (an asterisk (*) plus a short number sequence) when using our wireless telephones.    On call detail reports the star may be indicated by a letter "B". This code will appear in the dialed digits column of the CDMA CDR Report.    Following is a list of the most common star codes.    Additional star codes may exist in the market from which the call is made. Please contact the Subpoena Compliance Group at the number listed above for more information concerning star codes.

> *18 - Ping the nearest tower, call delivery activate
> *180 - Call delivery deactivate
> *2 - Customer Care
> *3 - Payment Center
> *31 - Three Way Calling
> *4 - Account information
> *5 - Spanish Customer care
> *67 - Caller ID block
> *68 - Override caller ID block
> *70 - Cancel call waiting for that call
> *711 - Customer Care
> *72 - Activates call forwarding
> *720 - Deactivates call forwarding
> *73 - Call forwarding no answer
> *74 - Call forward busy
> *811 - Customer Care
> *82 - Override caller ID block- for that call
> *911 - 911
> *073 - Cancel call forward no answer
> *074 - Cancel call forward busy

Other numbers which may appear in the dialed digits column:

> 411 - Directory assistance
> 611 - Customer Care
> 711 - Telecommunications Relay Service (hearing impaired)
> 911 - Can also dial 0911 or 1911
> c777 - Web Browsing (SINS)

MD000910

# EXHIBIT E



Account Number: ████12
Bill Period: Sep 09 - Oct 08, 2017

**Equipment Payment Schedule**

| ████41 | Apple iPhone 7 128GB |
|---|---|
| Lease Contract | WEB-L-48146128 |
| Lease Charge (9 of 17) | $34.59 |
| Remaining Lease Commitment | $276.72 |
| Purchase Option Price | $182.00 |
| Payments Remaining | 8 |
| Total Lease Amount Due - Includes unpaid charges & taxes | $111.06 |

**Sprint owns this device while you are leasing. Cancelling services will result in being charged the remaining monthly lease payments plus the device purchase option price. The Lease Charge does not reflect any promotional discounts.**

| ████-4599 | Apple iPhone 6 Plus 64GB Gold Pre-owned |
|---|---|
| Installment Contract | WEB-48146126 |
| Amount Financed (Principal Amount) | $314.76 |
| Principal Amount (9 of 24) | $13.12 |
| Paid to Date (Principal Amount) | $104.96 |
| Payments Remaining | 15 |
| Payoff Amount (Principal) | $236.04 |
| Total Principal Amount Due | $39.36 |

**The Principal Amount does not reflect any promotional discounts.**

MD000009

# EXHIBIT F



Melanie Davis <mdspecialist21@gmail.com>

# URGENT: RECOMMENDATION STARTED. MELANIE DAVIS. PLEASE CALL ADMISSIONS UNLESS APPT IS SET. 203-596-8364 PLEASE SUBMIT FAFSA.

2 messages

**Francisco, Rita** <RFrancisco@post.edu>                     Fri, Aug 11, 2017 at 3:46 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>
Cc: "Meehan, Victoria" <VMeehan@post.edu>

RECOMMENDATION: POST UNVIRSITY STUDENT BIO.

*Melanie Davis*

*Melanie is extremely motivated to go back to school and graduate with her Bachelors degree in Human Services from Post University. Melanie seemed a bit reluctant at first to learn about POSTU. A unfamiliar school yet, once she saw how personal we make it, how supportive we are, and the resources we have, she was open to learn more. Melanie has a passion in serving the community through counseling. She is very motivated to get her degree and counsel since she has some previous college credits and is ready to excel. She seems very caring and genuine, dedicated, and diligent. Melanie is excited about the program, especially the fact that there are no set log in times, tutoring, and Career Services to assist in finding a job as soon as she becomes a student. Melanie has a passion for helping those in need to and would be a great addition to Post University. I strongly recommend her for the Bachelors of Science in HS program that begins on August 28th.*

*To be continued…..*

**\*IF STUDENT IS  INTERESTED IN ENROLLING RECOMMNEDATION WILL BE SUBMITTED. APPT MADE FOR 8/13. PLEASE SUBMIT FAFSA AND CALL 203-591-5144 IF YOU NEED ASSISTANCE TOMORROW\*\***



**Rita Francisco**
ADP Admissions Counselor
RFrancisco@Post.edu
**w.** 203.596.8364

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

MD000199

**Melanie Davis** <mdspecialist21@gmail.com>                    Sun, Aug 13, 2017 at 8:44 PM
To: "Francisco, Rita" <RFrancisco@post.edu>
Cc: "Meehan, Victoria" <VMeehan@post.edu>

Hello Rita!

Although I was very impressed with the information I was given on our call, things have changed from my original plan.  Apparently I was a bit too eager for knowledge and jumped the gun so to speak.  Unaware of things taking place, I now have time constraints and scheduling issues that will not allow me to move forward with school. This is the reason why fasfa was not completed.  I will keep the information you have given me for my future, should things change back to what they were before.

I do appreciate the time and effort you have put into providing me with such a fantastic outlook on your school program!

Thank you!

Melanie
[Quoted text hidden]

MD000200

# EXHIBIT G

**Activities List** | Back to Opportunity Detail

Help | Printer Friendly

**Completed Activities**    Log A Call

All 0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z [            ] Go

| | Subject | Type | Activity | Due Date | Completed Date ▼ | Status | Alias | Created: Date | Created By |
|---|---|---|---|---|---|---|---|---|---|
| Edit ▾ | DO NOT CALL- NOT INTERESTED | Call | Task | 1/11/2018 | 1/11/2018 06:58 PM | Completed | Rita Francisco | 1/11/2018 06:58 PM | Rita Francisco |
| Edit ▾ | voicemail | Call | Task | 10/18/2017 | 10/18/2017 02:57 PM | Completed | Kimberly Williams | 10/18/2017 02:57 PM | Kimberly Williams |
| Edit ▾ | HS Trans/Lost Recd Ofc HS Trans/Graduated 1993 | Document | Task | 8/10/2017 | 8/16/2017 07:22 AM | Completed | Nicole Sciascia | 8/10/2017 08:42 AM | Nicole Sciascia |
| Edit ▾ | EC: Opportunity Lost - Close/Complete all tasks related to transcripts. | To Do | Task | 8/15/2017 | 8/16/2017 07:22 AM | Completed | Nicole Sciascia | 8/15/2017 05:02 PM | Victoria Meehan |
| Edit ▾ | Tuition Planner:  Opportunity Closed/Deferred or Closed/Lost | To Do | Task | 8/15/2017 | 8/15/2017 05:09 PM | Completed | Carissa Wasikowski | 8/15/2017 05:02 PM | Victoria Meehan |
| Edit ▾ | Vm | Call | Task | 8/15/2017 | 8/15/2017 05:00 PM | Completed | Victoria Meehan | 8/15/2017 05:00 PM | Victoria Meehan |
| Edit ▾ | LVM about student calling me to start next MOD or see what she is so nervous about. | Call | Task | 8/15/2017 | 8/15/2017 03:51 PM | Completed | Rita Francisco | 8/15/2017 03:51 PM | Rita Francisco |
| Edit ▾ | N/A to Google Voice Call | Call | Task | 8/15/2017 | 8/15/2017 12:19 PM | Completed | Rita Francisco | 8/15/2017 12:19 PM | Rita Francisco |
| Edit ▾ | Vm and text about FAFSA | Call | Task | 8/13/2017 | 8/13/2017 03:43 PM | Completed | Victoria Meehan | 8/13/2017 03:43 PM | Victoria Meehan |
| Edit ▾ | recommendation | Call | Task | 8/11/2017 | 8/11/2017 03:46 PM | Completed | Rita Francisco | 8/11/2017 03:46 PM | Rita Francisco |
| Edit ▾ | I told student AD will close out file by Monday if FAFSA is not submitted this weekend 8./11 | Call | Task | 8/11/2017 | 8/11/2017 02:55 PM | Completed | Rita Francisco | 8/11/2017 02:55 PM | Rita Francisco |
| Edit ▾ | Faxed TRF to Retention Center at Olympic Heights HS, FL 8/11 | Call | Task | 8/11/2017 | 8/11/2017 02:16 PM | Completed | Nicole Sciascia | 8/11/2017 02:16 PM | Nicole Sciascia |
| Edit ▾ | Sent recommendation/welcome text | Call | Task | 8/11/2017 | 8/11/2017 09:11 AM | Completed | Victoria Meehan | 8/11/2017 09:11 AM | Victoria Meehan |
| Edit ▾ | Application Received - Contact Student (Manager Task) | To Do | Task | 8/9/2017 | 8/11/2017 09:11 AM | Completed | Victoria Meehan | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | Send Online Application Link to Prospective Student | To Do | Task | 8/9/2017 | 8/10/2017 02:00 PM | Completed | Rita Francisco | 8/9/2017 06:13 PM | Rita Francisco |
| Edit ▾ | Application Received | To Do | Task | 8/9/2017 | 8/10/2017 01:37 PM | Completed | Rita Francisco | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | Financial Aid Advisor: Application Received - Contact Student | To Do | Task | 8/10/2017 | 8/10/2017 11:00 AM | Completed | Carissa Wasikowski | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | NOTES>> | Call | Task | 8/10/2017 | 8/10/2017 09:12 AM | Completed | Rita Francisco | 8/10/2017 09:12 AM | Rita Francisco |
| Edit ▾ | Appt 8/11 to discuss FAFSA | Call | Task | 8/10/2017 | 8/10/2017 09:12 AM | Completed | Rita Francisco | 8/10/2017 09:12 AM | Rita Francisco |
| Edit ▾ | EC: Transcript Request Form | HS Transcript Request | Task | 8/9/2017 | 8/10/2017 08:42 AM | Completed | Nicole Sciascia | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | Completed TRF | Document | Task | 8/9/2017 | 8/9/2017 06:54 PM | Completed | Rita Francisco | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | Completed Application | Document | Task | 8/9/2017 | 8/9/2017 06:54 PM | Completed | Rita Francisco | 8/9/2017 06:54 PM | Integration User |
| Edit ▾ | Student has completed the Online Application | Other | Task | 8/9/2017 | 8/9/2017 06:53 PM | Completed | Rita Francisco | 8/9/2017 06:53 PM | Integration User |
| Edit ▾ | Student has started the Application | Other | Task | 8/9/2017 | 8/9/2017 06:43 PM | Completed | Rita Francisco | 8/9/2017 06:43 PM | Integration User |

All 0-9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Number of records displayed: 75 ▾

GZJ KDKV'J ''

Date - 2017-08-25T14:51:11
Message - Class starts next week for Post U's Online Degree Program! There's still time to get started: call 203-568-1652. TxtSTOP2end
From number - +12034337702

Date - 2017-08-30T17:42:24
Message - Post University has not received your 2017/2018 FAFSA. You can access this financial aid application at fafsa.ed.gov (school code: 001401). Class begins this week, so if you need assistance, please call us at 203-568-1652 Msg&DataRatesMayApply
From number - +12034337705

Date - 2017-08-30T17:43:18
Message - STOP
To Number - +12034337705

Date - 2017-08-30T17:43:20
Message - You have been opted out of all subscriptions: Post_University_Info_Alerts. No more messages will be sent. Help at www.truedialog.com/help or 877-501-4276
From Number - +12034337705

# EXHIBIT I

| | |
|---|---|
| **From:** | Melanie Davis <mdspecialist21@gmail.com> |
| **Sent:** | Thursday, September 21, 2017 2:56 PM |
| **To:** | Valluzzo, Carissa |
| **Subject:** | Re: *Urgent*-Response Required - No |
| **Attachments:** | image001.png |

Hello Carissa!

Thank you for following up with me.  I am unable to attend school at time.  I was very interested at the time I contacted your school.  Shortly afterwards, my life was interrupted by unpleasant events and I am no longer able to continue my plans for school.

You may close my file.

Thank you!

Melanie


On Thu, Sep 21, 2017 at 10:20 AM Valluzzo, Carissa <CValluzzo@post.edu> wrote:



To Whom It May Concern:

PU00000062

A while back, we had received a request for more information regarding Post University's online degree programs. I'm sorry it didn't work out for you for the previous sessions. Our next session is coming up and I was seeing if this was something you were still interested in! I would be happy to answer any questions that you have and tell you more about the University at your earliest convenience! **You are welcome to call me at 203.596-4673 or text me at 860-407-4413.**

**Post University has classes beginning on October 23rd with plenty of time to get your file finalized!**

Please use one of the following responses so I can update our records:

If **YES**, please reply YES.

If **NO**, please reply to this email with: Close File.

Post University's online degree program courses are offered in eight-week modules, six times a year. You'll find that our program offers:

- Flexibility and convenience -- without sacrificing quality

- A chance to engage in highly interactive and relevant courses taught by professors skilled at stepping outside the text and into the real-world

- The benefits of a traditional New England college experience -- without having to go to campus
- Immediate opportunities to apply what you're learning in class to your career
- Access to a team of academic and student support specialists whose sole purpose is to be a champion of your success
- A chance to transfer credits from other accredited colleges and universities as they fit into your degree plan.

If you have any questions at all or would like to get your future started please do not hesitate to contact me. I look forward to assisting you as you make strides toward your academic and career goals!

Sincerely,

**Carissa Valluzzo**

Admissions Counselor

PU00000063





**Carissa Valluzzo**
ADP Admissions Counselor
CValluzzo@Post.edu
**w.** 203.596.4673

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

3

GZJ KDKV'L''

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

**Your FAFSA is Here!**
3 messages

**Meehan, Victoria** <VMeehan@post.edu>                                      Wed, Oct 11, 2017 at 12:24 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

Follow us on social media:





Post Makes It Personal ™

Dear Melanie,

The good news is you have done the hard part!

**Your 1718 FAFSA is currently on file at Post University.**

With the start of classes just around the corner, it's important to understand your financial aid award package and if going to college to change your life will be feasible for you. We have financial aid advisors available 7 days a week to discuss your options with you.

**To discuss your FAFSA and possibly get started in our October 23rd session please REPLY BACK:**

**The best phone number to reach me is: _____**

**The best time to call me is: _____**

Sincerely

*V Meehan*

Assistant Director of Admissions

MD000396



Follow us on social media:





**Victoria Meehan**
Assistant Director of ADP Admissions
VMeehan@Post.edu
**w.** 203.596.4625
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

 **image006.emz**
2K

---

**Melanie Davis** <mdspecialist21@gmail.com>                           Wed, Oct 11, 2017 at 6:42 PM
To: "Meehan, Victoria" <VMeehan@post.edu>

Please stop emailing, texting, sms, calls and voicemail!!

This is the third or fourth time I am asking to be removed from all of your lists!!

Thank you!
[Quoted text hidden]

---

**11 attachments**

 **image002.png**
3K

 **image003.png**
2K

 **image002.png**
3K

 **image001.png**
2K

 **image008.jpg**
13K

MD000397



**image004.png**
3K

**image005.png**
31K

**image007.png**
2K

**image001.png**
2K

**image003.png**
2K

**image004.png**
3K

---

**Melanie Davis** <mdspecialist21@gmail.com>
To: Jeremy Glapion <jmg@glapionlaw.com>

Wed, Jul 18, 2018 at 10:09 AM



---

MD000398

# EXHIBIT K

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

**It's Not Too Late *Please Reply***
1 message

**Meehan, Victoria** <VMeehan@post.edu>                                    Wed, Oct 18, 2017 at 8:37 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>



Dear Melanie,

It is not too late for you to change your life through education!

Post University offers 24/7 tutoring, lifelong career services assistance and unparalleled flexibility and support.

Once before you told us that was what you wanted from a school, is that still the case?

**To get started in our October 23rd session please REPLY BACK:**

**The best phone number to reach me is: _____**

**The best time to call me is: _____**

Sincerely

*V Meehan*

Assistant Director of Admissions

MD000413



Call 203-596-4625 or text 203-493-4816

Questions?  Contact me via my direct lines:

Follow us on social media:





**Victoria Meehan**
Assistant Director of ADP Admissions
VMeehan@Post.edu
**w.** 203.596.4625
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

📄 **image002.emz**
2K

MD000414

# EXHIBIT L

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

---

**New Year, New You- Classes now forming at Post University!**

2 messages

---

**Williams, Kimberly** <KWilliams@post.edu>                     Wed, Nov 8, 2017 at 3:47 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>





Melanie,

I hope this email finds you well.  You were previously working with our admissions team regarding enrollment for Post University's online accelerated programs. I know timing was off and you were unable to start in 2017. I wanted to let you know Post University is now registering students for courses that begin on January 8th 2018 and this is the first class of the New Year!

**Here are a few facts about Post University:**

MD000308

- We are regionally accredited.

- Our sessions are 8 weeks long (accelerated to help you finish quickly).

- NO set login times! You will not be required to be online at a specific time during the week.

- You can take 1 or 2 classes per 8 weeks.

- We have NO application fee.

- Please take a few moments to look over our website and our program offerings - PROGRAMS

# YOUR FUTURE BEGINS TODAY!

## Get started today by completing your FAFSA.

And you can complete your 2017/2018 FAFSA at

www.fafsa.ed.gov

Post University school code 001401

*Don't wait another year to begin working on your dreams! 2018 is a new year and a new you!*

If you are no longer interested in completing your degree, please respond to this email and I will update our records.

I look forward to assisting you with your goals. Feel free to reach me directly:

*Kimberly Williams*

*203.591.5144*

MD000309





**Kimberly Williams**

Admissions Counselor ADP - Team Lead

KWilliams@Post.edu

**w.** 203.591.5144

**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

---

**Melanie Davis** <mdspecialist21@gmail.com>                    Wed, Nov 8, 2017 at 4:04 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

Kimberly Williams, I have asked you and your colleagues to stop calling and emailing me. I was once interested and have had to change my mind.  I am no longer interested in applying to attend Post University!

Please let this be the last communication regarding your school.

Thank you!

[Quoted text hidden]

---

**3 attachments**

 **image003.jpg**
12K

 **image002.jpg**
17K

MD000310



**image001.png**
36K

MD000311

GZJ KDKV'O '''

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

**New Year, New You, Don't Miss Out!**
1 message

**Valluzzo, Carissa** <CValluzzo@post.edu>                                    Thu, Dec 7, 2017 at 11:28 AM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>



## POST UNIVERSITY

**Don't Wait Another Minute, Classes Begin January 8th!**

XXX,

Now's the perfect time to get the education you need on your own time.

**Enroll today** to take an important step forward in achieving your personal and professional goals.  We offer:

- 100% accelerated online classes
- The highest level of college accreditation & are ranked top 20 in the U.S.
- A career-focused education, and high employment rates for students
- Small class sizes in a personalized setting
- A program that is based on our 125-year-old traditional campus—your degree **WILL NOT** specify that you completed your degree online



**Melanie,Dear Melanie,**
**Contact me today at (203) 596-4673 for assistance, or get started on your own using the buttons above.**

I look forward to welcoming you to the Post University family! ☺

*Carissa Valluzzo* | ADP Admissions Counselor

800 Country Club Road • Waterbury, CT 06723 • post.edu/online



**Carissa Valluzzo**
ADP Admissions Counselor
CValluzzo@Post.edu
**w.** 203.596.4673

MD000232



800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

MD000233

# EXHIBIT N

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

---

**Snowed In? We Can Help with Your FASFA!**

2 messages

---

**Meehan, Victoria** <VMeehan@post.edu>                                    Thu, Jan 4, 2018 at 9:24 AM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

## Hi Melanie!

# Are you snowed in today and want to have a productive day?

## We can help you get your FAFSA done!



Meghan, our FAFSA Specialist is available!  Call (646)535-2426 or text (860) 554-1473 and she would be
happy to help you!

You can also reach the Assistant Director of Admissions for assistance today at 203-529-5596.

Completing your FAFSA is a very important step in the admissions process and we don't want you to miss
out on classes that start January 8, 2018!

MD000247



**Victoria Meehan**
Assistant Director of ADP Admissions
VMeehan@Post.edu
**w.** 203.596.4625
**f.** 203.841.1161

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 · 800.345.2562 · Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

**Melanie Davis** <mdspecialist21@gmail.com>                    Thu, Jan 4, 2018 at 10:53 AM
To: "Meehan, Victoria" <VMeehan@post.edu>

Please stop contacting me!  Not interested!!

Melanie
[Quoted text hidden]



**image001.jpg**
22K

# GZJ KDKV'Q'''

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

**Post University would love to reconnect with you!**
2 messages

**Williams, Kimberly** <KWilliams@post.edu>                                    Wed, Apr 4, 2018 at 3:47 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>



Melanie

Post University would love to reconnect with you regarding starting online classes. At Post University, our online classes are accelerated and have no set login times. This flexibility is designed for you and your busy schedule!

We have classes beginning on **April 30th, 2018**, are you interested in starting?

Please use one of the following responses so I can update our records:

If **YES**, please respond with "YES" and I will contact you to get started.

If you are choosing to use Financial Aid, please fill out your 2017-2018 Financial Aid Application at www.fafsa.ed.gov and add our school code:  **001401**

TOP TEN REASONS TO BECOME A STUDENT AT POST U

1.  We aren't an "online school", we have a **campus that has been in located in Connecticut since 1890** and we offer the same classes online as on our campus so your diploma will not say that you earned your degree online.

2.  **Our university is small and private**, offering students a more personable experience from start to graduation

3.  We were just recently **ranked one of the Top 10 Programs in the Country for Return on Investment**. Meaning you are much more likely to make back the money you put into your education if you graduate from Post.

4.  We hold a regional accreditation by NEASC, the **highest accreditation a university can have**.

5.  We're also accredited with the Better Business Bureau and **have an A- rating**

6.  Students can **graduate at a quicker pace than at other universities** – usually at least 6 months to 1 year faster.

7.  Our online classes are extremely flexible allowing students to learn on their own time each week—**there are no set login times or live lectures.**

8.  When online students graduate, they are given the opportunity to **come to campus and attend graduation in person.**

9.  We're top ranked for the percentage of students that receive financial aid.

10. Our professors are all experts working in their field so you will receive the most up to date information available from those most qualified to give it.

If **NO**, please reply to this email with: Close File.

Sincerely,

**Kimberly Williams**

Admissions Counselor



Questions?  Contact me via my direct lines:

Follow us on social media:



MD000122



**Kimberly Williams**
Admissions Counselor ADP - Team Lead
KWilliams@Post.edu
**w.** 203.591.5144
**f.** 203.841.1161

 

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

**Melanie Davis** <mdspecialist21@gmail.com>                                        Wed, Apr 4, 2018 at 5:34 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

This is the 5 or 6th time I have asked Post representatives to stop contacting me.

Please close my file!!!  I will be forced to obtain legal action.

Melanie
[Quoted text hidden]

MD000123

# EXHIBIT P

 Gmail

**Melanie Davis <mdspecialist21@gmail.com>**

---

## Post U has not forgotten about you!
2 messages

---

**Williams, Kimberly** <KWilliams@post.edu>                    Wed, Jun 6, 2018 at 12:09 PM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>

---

Post University Accelerated Degree Program  |  Unleash Potential, Create Possibility, Change Lives | Since 1890



**Post Makes It Personal**

Hello,

Not too long ago you considered Post University for your education, I am touching base with you because we have not given up on you and your goals! We want to make sure you hadn't either.

Classes start at the end of this month and Post U requires just two applications to have your file reviewed.

To get started with our upcoming June 25th session please respond to this email with the *best time and number today* for us to connect or if you prefer you can call me directly at 203-591-5144.

I look forward to helping you achieve your academic and career goals!

MD000280

**All the best!**



Sincerely,
Kimberly Williams, Admissions Advisor

**P. 203.591.5144**

Follow us on social media:



Post University Accelerated Degree Program | Unleash Potential, Create Possibility, Change Lives | Since 1890



**Kimberly Williams**
Admissions Counselor ADP - Team Lead
KWilliams@Post.edu
**w.** 203.591.5144
**f.** 203.841.1161



800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

MD000281

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.



**image002.png**
59K

---

**Melanie Davis** <mdspecialist21@gmail.com>                    Wed, Jun 6, 2018 at 12:17 PM
To: "Williams, Kimberly" <KWilliams@post.edu>

Please stop emailing me! I'm not interested anymore!  I have told everyone who has contacted me by phone and email!!
[Quoted text hidden]

MD000282

GZJ KDKV'S '''

Case 9:18-cv-81004-RKA   Document 53-3   Entered on FLSD Docket 07/19/2019   Page 58 of 67

.ıll Sprint 🌐

📶 ➚ ⏰ 10% 🔋



(203) 802-5819

ⓘ

Text Message
Yesterday 4:56 PM

(1/5)Hello Melanie, this is Connie with Post University's admissions

(2/5)office. You were working with our admissions team last year at this time to get registered for our Fall session. I know life got in the way and you were

(3/5)unable to begin with us last year. Are you still interested in earning a Bachelor's degree in Human Services?

(4/5)We'd love to help you get back on track towards your educational

(5/5)and career goals. Reply back to this text message to

Text Message

MD000001



**(203) 802-5819**

you were

(3/5)unable to begin with us last year. Are you still interested in earning a Bachelor's degree in Human Services?

(4/5)We'd love to help you get back on track towards your educational

(5/5)and career goals. Reply back to this text message to discuss enrollment options for Fall 2018.

I have asked your organization over 8 different times to take me off your contact list! Please do not contact me regarding enrollment to Post University! Any further communication from Post will allow me to file a complaint for harassment.

Text Message

MD000002

Case 9:18-cv-81004-RKA   Document 53-4 filed on 17/19/2019   Page 60 of 67



■■ Sprint

**(203) 802-5819**

I have asked your organization over 8 different times to take me off your contact list! Please do not contact me regarding enrollment to Post University! Any further communication from Post will allow me to file a complaint for harassment.

Yesterday 6:01 PM

I would like to have a copy of Post University's Do-not-call-list please! You may send it to my address on your file.

Thank you!

Melanie Davis

We do not disclose student information. Your file has been closed.

Text Message

MD000003

Case 9:18-cv-81004-RKA   Document 53-1 Entered on FLSD Docket 07/19/2019   Page 61 of 67

.ıll Sprint

(203) 802-5819

I'm am not asking for any student information.  I am asking for Post University's Do not call Manuel. My file being closed with your organization did not stop you from contacting me after several requests!

You will not be contacted by us again

Connie, I have heard that before a few times. But here we are. I know you are just following directions. So, I am requesting the Post University's Do-Not-Call manual. I am going to make sure I don't receive any other communication from this school.

Thank you!

Text Message

MD000004

# EXHIBIT R

## Cooley, Sean

From:      Cooley, Sean
Sent:      Wed 7/18/2018 3:34 PM (GMT-04:00)
To:        Neely, Elaine
Cc:        Schechter, Richard
Bcc:
Subject: RE: ACD Call Received- Student Requesting a Copy of our "Do Not Call Policy"

I'm deferring that question to Rich

**From:** Neely, Elaine
**Sent:** Wednesday, July 18, 2018 3:32 PM
**To:** Cooley, Sean <SCooley@Post.edu>
**Cc:** Schechter, Richard <RSchechter@Post.edu>
**Subject:** Re: ACD Call Received- Student Requesting a Copy of our "Do Not Call Policy"

Do we have a written policy?

On Jul 18, 2018, at 3:30 PM, Cooley, Sean <SCooley@Post.edu> wrote:

Good afternoon –

The below email was passed on to me and I wanted to do the same.  What should the next steps be?  I have already informed the AC that we will be handling communication with the inquiry moving forward.

Regards,

**From:** Winters, Annalynn
**Sent:** Wednesday, July 18, 2018 10:42 AM
**To:** Cooley, Sean <SCooley@Post.edu>
**Subject:** ACD Call Received- Student Requesting a Copy of our "Do Not Call Policy"
**Importance:** High

Good morning Sean,

I hope this message finds you well. At approximately 10:20 this morning I received an ACD call from a student named Melanie. She did not wish to provide her last name, and upon searching her email in CRM I didn't find an associated lead and/or opportunity. The student was very pleasant, and after she asked for our "Do Not Call Policy" I offered to look up her file to ensure that it was closed. She indicated that she was assured that this was already taken care of and that she simply wanted to be emailed a formal copy of our policy.

I obtained the student's email address so that the policy could be sent via email. Her email is mdspecialist21@gmail.com.

If you have any further questions or concerns in this regard please feel free to reach out!

All the best,

*-Annalynn Winters-Fuentes*

PU00011779

PU00011780

# EXHIBIT S

 Gmail

Melanie Davis <mdspecialist21@gmail.com>

**Post University - Financial Aid Grants & Loans**

McInerney, Tashina <tmcinerney@post.edu>                                Fri, Sep 7, 2018 at 11:34 AM
To: "mdspecialist21@gmail.com" <mdspecialist21@gmail.com>



Hello!

I know that the main concern about attending school is the cost of tuition. Submit your FAFSA and see what your award will be prior to enrolling in classes. It takes 48-72 hours for your FAFSA to process and come in to our financial aid department.



Once submitted a confirmation email is auto generated to the email address you used for your FAFSA. Please, forward the confirmation email to me at; Vmeehan@post.edu



Fill out the **2018/2019** FAFSA application at www.fafsa.ed.gov

Be sure that you are adding our school code: **001401.** This application should be filled out carefully and accurately.



Let me know if you have any questions or if there is anything that I can assist you with.

I am looking forward to being able to help you reach your long term educational goals!

Best Regards,

*Tashina McInerney*

**Admissions Counselor**

MD000509





Follow us on social media:

**Tashina McInerney**
ADP Admissions Counselor
tmcinerney@Post.edu
**w.** 203.596.4641
**f.** 203.841.1161



 

800 Country Club Rd., P.O. Box 2540, Waterbury, CT 06723-2540 • 800.345.2562 • Visit us at post.edu

📄 **image005.emz**
2K

MD000510