# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MELANIE DAVIS**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**POST UNIVERSITY, INC.**,<br><br>Defendant. | Civil Case No.: 18-cv-81004-RKA<br><br>Judge: Hon. Roy K Altman<br>Magistrate Judge: Hon. Dave Lee Brannon |

## DECLARATION OF MELANIE DAVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Melanie Davis and I declare, under penalty of perjury, that the following is true and correct.

2. The telephone number ending in 4599 is my personal cellular telephone number.

3. It was my personal cellular telephone number prior to my first contact with Post University, and remains so to this day.

4. The document labeled MD000009 is a true and accurate copy of a page from my Sprint bill that I took directly from my online account portal, with part of my account number and another telephone number on my account redacted.

5. Post University continued to call, text, and email me after I had expressed that I was unable to move forward, and after numerous do-not-call requests.

6. On August 13, I replied to an email from Post University informing it I would no longer be able to move forward with school.

7. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000199-200.

DocuSign Envelope ID: 877C307D-D2A6-4414-B1C8-544E4EBDCC04

8.  On October 11, I replied to an email from Post University demanding that it "stop emailing, texting, sms, calls and voicemail!" and asking to be removed from all of its lists.

9.  A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000396-98.

10. On October 18, PU emailed me and invited me to reply back to potentially get started in Post University's October 23 class session.

11. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000413-14.

12. On November 8, 2017, I replied to an email from Post University by writing, in part, that I was no longer interested and to "[p]lease let this be the last communication regarding your school."

13. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000308-311.

14. On December 7, 2017, Post University emailed me to encourage me to enroll in classes beginning on January 8, 2018.

15. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000232-33.

16. On January 4, 2018, I replied to an email from Post University by writing "Please stop contacting me! Not interested!!"

17. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000247-48.

18. On April 4, 2018, I replied to an email from Post University by writing, in part, "[t]his is the 5th or 6th time I have asked Post representatives to stop contacting me. Please close my file!!! I will be forced to obtain legal action."

19. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000121-23.

20. On June 6, 2018, I replied to an email from Post University by writing, in part, "[p]lease stop emailing me! I'm not interested anymore! I have told everyone who has contacted me by phone and email!!!"

21. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000280-82.

22. On July 17, 2018, Post University sent me a series of text messages at my telephone number ending in 4599.

23. True and accurate copies of these text messages and my responses are shown in the screenshots labeled MD000001-4, which were taken on July 18, 2018.

24. On September 7, 2018, PU sent me an email inviting me to submit my FAFSA.

25. A true and accurate copy of that email exchange taken directly from my Gmail inbox is shown in the document labeled MD000509-510.

26. On at least two occasions, I asked Post University for a copy of its written do-not-call policy, so I could act in accordance with it and finally get the calls to stop.

27. To date, no such policy has been provided to me.

28. All of Post University's calls, texts, and emails to me after I first informed Post University that I was unable to move forward were to encourage me to re-start or continue the

enrollment process that I had said I did not intend to continue, and/or gauge my interest in enrolling in an upcoming class session.

29. If called upon, I could testify about the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 7/18/2019 _____ (date).

DocuSigned by:

*Melanie Davis*

Melanie Davis
18364A8194929405...