Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3   _____
     MELANIE DAVIS,                  )Civil Case
 4                                   )No.: 18-cv-81004-RLR
                     Plaintiffs,)
 5                                   )
     v.                             )
 6                                   )
     POST UNIVERSITY, INC.,         )
 7                                   )
                     Defendants.)
 8                                   )
     _____)
 9
10
11           DEPOSITION OF CONSTANCE REILLY
12
13
14
15   DATE:          February 8, 2019
16   TIME:          9:00 a.m.
17   HELD AT:       Wyndham Southbury
                    Southbury, Connecticut
18
19
         By:        Sarah J. Miner, RPR, LSR #238
20
21
22
23
24
25
```

Page 15

```
 1          A. Yes.
 2          Q. At the top of the page, you see a telephone
 3     number is a 203-802-5819?
 4          A. Yes.
 5          Q. Do you recognize that number?
 6          A. Yes.
 7          Q. What number is that?
 8          A. My old Google Voice work account number.
 9          Q. And is that the Google Voice work account
10     number that you would use to text prospective leads?
11          A. Yes.
12          Q. Or that you would use to text leads?
13          A. Yes.
14          Q. Is that the Google Voice number that you
15     would occasionally use to call leads?
16          A. Only if I was working from home.
17          Q. Do you recognize these messages, the content
18     of these messages?
19          A. No.
20          Q. Do you know if you sent these messages?
21     Excuse me.  There are two different colors on here.  I
22     am sure you know how the text messaging works.
23          A. Yes.
24          Q. The lighter color are the ones my client
25     received, the darker ones being the one my client
```

# CONSTANCE REILLY
# FULL CONDENSED DEPOSITION TRANSCRIPT

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3    _____
      MELANIE DAVIS,                 )Civil Case
 4                                   )No.: 18-cv-81004-RLR
                      Plaintiffs,)
 5                                   )
      v.                             )
 6                                   )
      POST UNIVERSITY, INC.,         )
 7                                   )
                      Defendants.)
 8                                   )
      _____)
 9
10
11            DEPOSITION OF CONSTANCE REILLY
12
13
14
15    DATE:           February 8, 2019
16    TIME:           9:00 a.m.
17    HELD AT:        Wyndham Southbury
                      Southbury, Connecticut
18
19
         By:         Sarah J. Miner, RPR, LSR #238
20
21
22
23
24
25
```

Page 2

1  A P P E A R A N C E S:
2  For the Plaintiffs:
3  Jeremy M. Glapion, Esq.
   The Glapion Law Firm
4  1704 Maxwell Drive
   Suite 102
5  Wall, Connecticut  07719
   jmg@glapionlaw.com
6
7  For the Defendant:
8  Adam D. Bowser, Esq.
   Arent Fox LLP
9  1717 K Street, NW
   Washington, DC  20006-5344
10  adam.bowser@arentfox.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           I N D E X
2  WITNESS:                    Page
3  CONSTANCE REILLY
4  Direct Examination by Mr. Glapion      4
5         E X H I B I T S
6  Deposition
   Exhibits     Description        Marked
7  Exhibit 1   Screen job of text message   14
   Exhibit 2   Post University Mutual       18
8              Commitment to Success
   Exhibit 3   Post University New Hire     35
9              Training Manual
10  (The exhibits were included with the
    original transcript.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1            CONSTANCE REILLY,
2  having first been duly sworn by Sarah J. Miner, LSR, a
3  Notary Public in and for the State of Connecticut, was
4  examined and testified as follows:
5            DIRECT EXAMINATION
6  BY MR. GLAPION:
7      Q. So jumping right into it.  As I said before,
8  I don't want you to be nervous.  Certainly, if during
9  the course of this deposition you want to take a
10  break, need to take a break, shake off, use the rest
11  room, whatever the case may be, just let me know.  I
12  would only ask that if a question is pending or we are
13  almost done with a line of questions, that we finish
14  that question or line of questions before we take a
15  break.
16      Is that okay?
17      A. Sure.
18      Q. As you just heard, you are under oath.  That
19  is the same oath that you would be under if you were
20  in a court of law.
21      Do you understand that?
22      A. Yeah.  Yes.
23      Q. And your answers, as I think you just caught,
24  should be verbal.  Uh-huhs and huh-uhs may not
25  translate well, and I want to make life easier for the

Page 5

1  court reporter here.  If it is an uh-huh, it should be
2  a yes, if it is a huh-uh, it should be a no, that kind
3  of thing.
4      A. Okay.
5      Q. If you don't understand my questions, which
6  is very possible because I may ask a very bad
7  questions, just let me know and I'll do my best to
8  clarify it and we'll work through it together to make
9  sure you understand the question.  But when you do
10  answer the question, and if you do answer the
11  question, I will assume that you understood it.
12      Is that okay?
13      A. Uh-huh.  Yes.
14      Q. See, you are quick with this.
15      Are you aware of anything that might impair
16  your ability to testify truthfully today, medications,
17  mental conditions?
18      A. No.
19      Q. Did you meet with anyone to discuss this
20  case?
21      A. My --
22      Q. Without getting into what you have talked
23  about, did you meet with anyone to discuss this case?
24      A. Yes.  Adam.
25      Q. And is Adam your attorney?

2 (Pages 2 - 5)

Page 6

1    A. Yes.
2    Q. Are you paying for --
3    A. No.
4    Q. Have you agreed to pay anything for Adam to
5    be your attorney?
6    A. No.
7    Q. Are you familiar with this lawsuit?
8    A. Yes.
9    Q. What do you understand this lawsuit to be
10   about?
11   A. I believe it is like a complaint, I guess,
12   filed by someone who was outreached possibly by Post,
13   a potential student.
14   Q. Do you know what they could have been
15   outreached about?
16   A. Not specifically to this case.  We outreach
17   students for -- multiple students for a ton of
18   different reasons on any given day.
19   Q. What are some of those reasons?
20   A. So when a student requests information,
21   inquires, we would call them or text them or email
22   them to either set up or conduct a professional
23   college advisory session.  We might -- or we would
24   call them to help them with their school application.
25   We might or would call them to connect them to a

Page 7

1    financial aid adviser to either, you know, guide them
2    through the FAFSA, financial aid application, or
3    review their award if the FAFSA has come back.
4    Q. Were you saying outreach to these students?
5    A. Yes.
6    Q. I thought you said outrage.
7    A. I'm sorry.  Outreach.
8    Q. So you would outreach to students.  Got you.
9    What is your title at Post University?
10   A. Admissions counselor.
11   Q. How long have you been there?
12   A. A year and three months.
13   Q. So that would put your start date?
14   A. November 6, and then two weeks of training.
15   Q. November 6 of?
16   A. 2017.
17   Q. November 6, 2017.  Have you had any other
18   titles at Post besides admissions counselor?
19   A. I am the team mentor.  It is not like an
20   official title.
21   Q. What is that?
22   A. If we get a new admissions counselor, I work
23   with them until they feel comfortable.
24   Q. As an admissions counselor, what would you
25   say your day-to-day job responsibilities are?

Page 8

1    A. Following up with inquiries made by potential
2    students and guiding them through the admissions
3    process from when they ask for information until they
4    become registered in their courses, and everything in
5    between.
6    Q. When you say following up with inquiries made
7    by potential students, how would you follow up on
8    those inquiries?  Through what method would you follow
9    up on those inquiries?
10   A. Call, text and email.
11   Q. Would you call from a company provided phone?
12   A. Yes.
13   Q. What about text?
14   A. Not provided, but a work account.
15   Q. A work account.  Where would that work
16   account be or through what service, if you don't mind?
17   A. Google Voice.
18   Q. Google Voice, does that provide you with a
19   phone number?
20   A. Yes.
21   Q. Do you know what your Google Voice phone
22   number is?
23   A. I don't recall.
24   Q. But you do have a Google Voice account that
25   you use to text prospective students; is that correct?

Page 9

1    A. I had one.  I now use TextNow.
2    Q. Do you know when you stopped using the Google
3    Voice account?
4    A. I don't recall a specific date.  It was
5    Summer 2018.
6    Q. You said you have TextNow, is the one you
7    currently have?
8    A. Yes.
9    Q. Have you ever heard the term opportunity in
10   respect to a prospective student?
11   A. Yes.
12   Q. What is an opportunity?
13   A. An opportunity is anyone who has expressed
14   that they want to move forward in the admissions
15   process after their initial inquiry.
16   Q. How would they express that?  For example,
17   would it be just saying "I am interested," or is there
18   a formal step that has to be taken before you would
19   make them an opportunity?
20   A. They have to say "yes, I want to talk more."
21   Q. But not an application -- excuse me, an
22   application is not necessary to become an opportunity?
23   A. Correct.
24   Q. Earlier, you mentioned -- was it professional
25   college advisory session?

3 (Pages 6 - 9)

Page 10

1 A. Yes.
2 Q. Is that what a PCAS stands for?
3 A. Yes. We always say PCAS.
4 Q. PCAS. I will try to say that.
5 A. That is okay.
6 Q. Other than an opportunity, was there any
7 other category of prospective student? Let me scratch
8 that and ask a different question.
9 What -- before they became an opportunity,
10 what were they considered?
11 A. A lead.
12 Q. And a lead -- what is a lead?
13 A. Someone who submits an inquiry for
14 information about one of our programs.
15 Q. So you said you placed telephone calls to
16 prospective students. Did that include leads?
17 A. Yes, that's where it starts.
18 Q. Did that include opportunities?
19 A. Yes.
20 Q. Same with text message, did you text message
21 leads?
22 A. Yes.
23 Q. Did you text message opportunities?
24 A. Yes.
25 Q. Starting with leads, when you first called a

Page 11

1 lead, what would you -- how would you describe your
2 goal in calling that lead?
3 A. Determine --
4 MR. BOWSER: Objection. Compound.
5 BY MR. GLAPION:
6 Q. Certainly. One of the things I forgot to
7 mention in the beginning, you can answer the question
8 unless your attorney instructs you not to answer.
9 Usually that is going to be something like privilege,
10 things like that. I am going to try to stay away from
11 that. But he may object. You can still answer the
12 question. I will rephrase this question.
13 So you said you called leads. Correct?
14 A. Yes.
15 Q. When you called a lead, what was your goal?
16 A. To determine whether or not their interest
17 remains the same.
18 Q. Can you elaborate on what you mean by whether
19 their interest remains the same?
20 A. Sometimes a lead will submit an inquiry. And
21 if, you know, I call them, you know, two days later,
22 they may have selected a different school.
23 Q. So let's say you contact a student and their
24 interest remains the same, what would be the next step
25 on that phone call?

Page 12

1 A. To qualify them for the program.
2 Q. How would you go about qualifying them for
3 the program?
4 A. I would ask them if they have a high school
5 diploma or a GED, a computer, any military service.
6 Then you can move forward.
7 Q. Once that student -- excuse me.
8 Once that lead was qualified, what would be
9 the next step in the process?
10 A. Either scheduling or immediately continuing
11 into the Professional College Advisory Session,
12 depending on the student's schedule.
13 Q. Is it fair to characterize the Professional
14 College Advisory Session as an admissions interview?
15 A. Yes.
16 Q. And in that admissions interview, that
17 happens after you have prequalified the student. Is
18 that accurate?
19 A. Yes.
20 Q. Would your goal be the same when you would
21 text message a lead, the goals we just discussed,
22 would your goals be the same?
23 MR. BOWSER: Objection, compound.
24 BY MR. GLAPION:
25 Q. You can answer.

Page 13

1 A. Can you say the question again?
2 Q. Sure. So we just discussed the goals you
3 would have on the calls to leads. Would the goals be
4 different when you text message the lead?
5 A. No.
6 Q. Do you know what your desk phone number is in
7 the office, your work phone number?
8 A. Yes.
9 Q. What is that phone number?
10 A. 203-591-5237.
11 Q. Do you ever use your personal cell phone to
12 call or text prospective students?
13 A. No.
14 Q. Did you ever use any service other than
15 Google Voice or TextNow to call or text prospective
16 students?
17 A. No.
18 Q. Were you ever expected to work from home?
19 A. What do you mean by "expected"?
20 Q. Did you personally feel that there was an
21 expectation that you would work from home at any
22 point?
23 A. No.
24 Q. Did you ever work from home?
25 A. Yes.

4 (Pages 10 - 13)

Page 14

1    Q. Did you place calls to prospective students
2 from home?
3    A. Yes.
4    Q. How did you place those calls?
5    A. Through the TextNow app.
6    Q. Does the TextNow app allow phone calls to be
7 made?
8    A. Yes, same with Google Voice.
9    Q. So they both allow texts and phone calls?
10 Understood.
11   A. Uh-huh.
12     MR. GLAPION:  If we can mark this as Exhibit
13 1.
14     (Exhibit No. 1 marked for identification.)
15 BY MR. GLAPION:
16   Q. Take a second to look through this.  I will
17 represent to you the date does not show on here.
18 These text messages are from July 17th, 2018.
19     Have you had a chance to look through them?
20 Let me know when you are ready.
21   A. Can I write on this?  July 17, 2018.
22   Q. Yes.
23   A. Okay.
24   Q. Have you had a chance to look through the
25 text messages?

Page 15

1    A. Yes.
2    Q. At the top of the page, you see a telephone
3 number is a 203-802-5819?
4    A. Yes.
5    Q. Do you recognize that number?
6    A. Yes.
7    Q. What number is that?
8    A. My old Google Voice work account number.
9    Q. And is that the Google Voice work account
10 number that you would use to text prospective leads?
11   A. Yes.
12   Q. Or that you would use to text leads?
13   A. Yes.
14   Q. Is that the Google Voice number that you
15 would occasionally use to call leads?
16   A. Only if I was working from home.
17   Q. Do you recognize these messages, the content
18 of these messages?
19   A. No.
20   Q. Do you know if you sent these messages?
21 Excuse me.  There are two different colors on here.  I
22 am sure you know how the text messaging works.
23   A. Yes.
24   Q. The lighter color are the ones my client
25 received, the darker ones being the one my client

Page 16

1 sent.
2    Did you send the lighter text messages?
3    A. I have no recollection of this specific
4 interaction.
5    Q. But it is possible?
6    A. Yes, it is possible.
7    Q. Are you aware of any other Connie that works
8 in Post University admissions?
9    A. At the time, Connie Wolf.
10   Q. That is in July of 2018?
11   A. I can't say for sure her departure date, but
12 I believe at the time, yes.
13   Q. But just to be completely sure, the 5819
14 number at the top of the page is a number that you do
15 recognize as your Google Voice number?
16   A. Former.
17   Q. For your former Google Voice number?
18   A. Yes.
19   Q. Was that the Google Voice number that you had
20 in July 2018?
21   A. Yes.
22   Q. What is the email address associated with
23 your Google Voice account?
24   A. CReillyPost1@gmail.com.
25   Q. Did anyone instruct you to use Google Voice

Page 17

1 to contact prospective students?
2    A. In general?
3    Q. Sure.
4    A. Yes.
5    Q. Who instructed you to do that?
6    A. I believe it is just part of the onboarding
7 process.
8    Q. Was it an expectation that you would use
9 Google Voice to contact prospective students from time
10 to time?
11     MR. BOWSER:  Objection, foundation.
12 BY MR. GLAPION:
13   Q. You can answer.
14   A. Yes.
15   Q. Are you aware of other admission counselors
16 using Google Voice to contact prospective students?
17   A. Yes.
18   Q. When I say "prospective students," I am
19 encompassing both leads and opportunities.  If that
20 ever gets confusing, let me know.
21     With respect to TextNow, who instructed you
22 to use TextNow?
23   A. It is one -- it was one of the two options
24 for an admissions counselor to select to use to
25 outreach students.

5 (Pages 14 - 17)

1  Q. The other being Google Voice.  Correct?
2  A. Yes.
3  Q. If a student asked you for a copy of Post's
4  "do not call" policy, how would you respond?
5  A. I don't know.
6  Q. Is there a "do not call" policy that you
7  would be able to send that student?
8  A. I don't know.
9  Q. As you sit here today, are you aware of a "do
10 not call" policy that you would be able to send that
11 student?
12 A. No.
13    (Exhibit No. 2 marked for identification.)
14 BY MR. GLAPION:
15 Q. Do you need a break or anything?
16 A. No.
17 Q. Have you had a chance to read through this?
18 A. Yes.
19 Q. Do you recognize this document?
20 A. Not specifically.
21 Q. Do you see the -- under "employee," it says
22 "Connie Reilly."  Correct?
23 A. Yes.
24 Q. Is that you?
25 A. Yes.

1  Q. And the date is May 17th, 2018.  Correct?
2  A. Yes.
3  Q. If you look at the first paragraph right
4  below where it says the employee and supervisor name,
5  if you will read through that and let me know if that
6  refreshes your recollection on what this document is.
7  A. Yeah.
8  Q. Do you recall this document?
9  A. Yes.
10 Q. And what did you understand this document to
11 be?
12 A. Like a formal written plan for improvement.
13 Q. The last clause of that paragraph that you
14 just read discusses potential termination of
15 employment.
16    Do you see that?
17 A. Yes.
18 Q. Is it your understanding that if you failed
19 to implement or meet the formal written plan for
20 improvement that you could be terminated from
21 employment?
22 A. It is now.
23 Q. At the time, did you have concern?
24 A. No.
25 Q. Looking at the next section, there are four

1  headings.  Do you see those, "KPI, behaviors, behavior
2  benchmark and actual"?
3  A. Yes.
4  Q. Do you know what "KPI" stands for?
5  A. No.
6  Q. Under KPI, there is something that says "lead
7  to PCAS."
8     Do you understand what that means?
9  A. Yes.
10 Q. What does that mean?
11 A. The -- I don't know how to properly phrase
12 it.  The rate at which you convert a student from a
13 lead into actually conducting the PCAS.
14 Q. So basically the percentage of -- is it fair
15 to characterize this as the percentage of leads that
16 you were able to conduct the admission interview with?
17 A. Yes, that is better.
18 Q. I am trying.
19    And in the next line is "PCAS to app."  Do
20 you know what that means?
21 A. The same thing, percentage of interviews you
22 are able to help the student successfully complete the
23 actual school application.
24 Q. So that is -- I don't mean to keep rephrasing
25 what you said.  I just want to make sure I understand

1  it correctly.  That is the percentage of interviews
2  conducted that led to an application?
3  A. Yes.
4  Q. And the next is "App to FAFSA."  Do you know
5  what that means?
6  A. Percentage of applications that led to
7  completed FAFSA.
8  Q. And then "FAFSA to ATP"?
9  A. Percentage of FAFSAs that led to a financial
10 aid approval.
11 Q. Do you know what "ATP" stands for?
12 A. Ability to pay.
13 Q. And then "ATP to start," do you know what
14 that means?
15 A. The percent of students who have the ability
16 to pay that led to them starting in their courses.
17 Q. And the last one is "start to persistence."
18 Do you know what that means?
19 A. Students who started in their courses that
20 led to them continuing through the program.
21 Q. So we talked a bit before about your goals in
22 contacting and discussing -- or excuse me.  We talked
23 about your goals in contacting students.  Correct?
24 A. Yes.
25    MR. BOWSER:  Objection.  You said students

6 (Pages 18 - 21)

Page 22

1 there.
2 BY MR. GLAPION:
3    Q. Excuse me. Thank you.
4       We talked earlier about your goals in
5 contacting prospective students. Correct?
6    A. Yes.
7    Q. Was your goal -- was one of your goals in
8 contacting a lead to conduct a PCAS with that lead?
9    A. If the student wanted to.
10    Q. In an ideal scenario -- let's put it that
11 way.
12       In your ideal scenario in contacting a
13 student, would you conduct a PCAS on a lead if a
14 student was qualified?
15    A. Yes.
16    Q. Is it fair to say ideally the student would
17 be qualified? Let's try this another way.
18       Do you know how you were evaluated at Post?
19    A. Can you be more specific?
20    Q. Sure. Was your communication with
21 prospective students evaluated, the result of your
22 communication with prospective students?
23    A. Metrically, yes.
24    Q. Do you know what metrics were used to
25 evaluate the results of those calls?

Page 23

1    A. The things listed here, the percentages that
2 we just talked about.
3    Q. And so let's jump down to statement of the
4 problem. And it states "Connie received 399 leads."
5       Do you see that?
6    A. Yes.
7    Q. "Conducted 39 PCAS." Do you see that?
8    A. Yes.
9    Q. "Received 22 applications." Do you see that?
10    A. Yes.
11    Q. "Facilitated the receipt of 13 FAFSAs." Do
12 you see that?
13    A. Yes.
14    Q. And I believe it is eight ATPs. Do you see
15 that?
16    A. Yes.
17    Q. And it says, "Of the eight students that she
18 registered, I believe six started."
19       Do you see that?
20    A. Yes.
21    Q. "Her overall conversion rate for the module
22 was 1.5 percent."
23       Do you see that?
24    A. Yes.
25    Q. Are those the metrics that you understood

Page 24

1 that you were being evaluated on?
2    A. Yes.
3    Q. The first number that "Connie received 399
4 leads," did that include students who ultimately were
5 not qualified?
6    A. I don't recall.
7    Q. Do you have any understanding of whether
8 there was any -- let me rephrase this question.
9       Is there any reason you would not conduct a
10 PCAS with a lead other than the prospective student
11 not being qualified?
12    A. Yes.
13    Q. What are those reasons, or is that reason?
14    A. One example would be if the student was
15 unable to conduct the PCAS in that initial call, chose
16 to schedule an appointment for a later date and did
17 not ever respond to -- didn't keep their appointment.
18    Q. Do you know if such scenarios are included --
19 are taken into account in your evaluation?
20    A. I don't.
21    Q. So going back to goals and going back to what
22 we discussed as a plan for success, did you call it?
23 Is that right?
24    A. Improvement.
25    Q. Plan for improvement?

Page 25

1    A. Yes.
2    Q. And this document -- and you can tell me if
3 your understanding is different -- is finding faults
4 or a flaw in your conversion rate. Is that accurate?
5    A. No.
6    Q. What do you -- tell me where I got that
7 wrong, if you don't mind.
8    A. It reflects the behaviors that led to the
9 conversion rate.
10    Q. Correct. Okay. So if we look at her overall
11 conversion rate for the modules 1.5 percent.
12       Do you see that?
13    A. Yes.
14    Q. The next is "it should be between 3.5 and 4
15 percent."
16       Do you see that?
17    A. Yes.
18    Q. Is it your understanding then that there was
19 an issue or perceived issue with your ultimate
20 conversion rate?
21       MR. BOWSER: Objection. Asked and answered.
22 BY MR. GLAPION:
23    Q. You can answer.
24    A. Not the conversion rate. The behavior that
25 led to the conversion rate.

7 (Pages 22 - 25)

Page 26

1   Q. Can you clarify what you mean by that? I am
2 not sure I follow.
3     A. We are not a numbers-based school. We will
4 look at how a rep conducts their PCAS, their outreach,
5 everything that is in the rest of the paragraph.
6 Ultimately, that leads to percentages. We are more
7 focused on behavior.
8     Q. So your interpretation of this and your
9 understanding of this is that it is not a criticism of
10 the ultimate conversion rate and more of a criticism
11 or taking issue with the failings or deficiencies
12 prior to reaching that point.
13     Is that a fair characterization?
14     A. Yes.
15     Q. So going back to the lead, I want to walk
16 through these goals again. I know we have been
17 beating on this for a little bit.
18     You contact a lead. Correct? You have
19 contacted a lead. Correct?
20     A. Yes.
21     Q. When you contact that lead, your very first
22 goal, correct me if I am wrong, is to determine if
23 that lead is qualified.
24     A. Yes.
25     Q. If that lead is qualified, your very first --

Page 27

1 or your very next goal is to conduct a PCAS with that
2 lead. Is that correct?
3     A. Yes.
4     Q. Then once you conduct a PCAS with that lead,
5 your next goal is to get them to fill out an
6 application. Correct?
7     A. Yes.
8     Q. When they fill out an application, your next
9 goal is to get them to complete a FAFSA. Correct?
10     A. If they need financial aid.
11     Q. So looking at the KPIs then. So, in theory,
12 you could go directly from app to start if there is an
13 ability to pay. Is that accurate?
14     A. If the student chooses to pay out of pocket,
15 yes.
16     Q. At that point, you wouldn't need to get the
17 FAFSA. Correct?
18     A. Correct.
19     Q. So once you then determine the ability to pay
20 -- excuse me.
21     Once they have completed an application and
22 you have determined whether by FAFSA or out of pocket
23 whether the student can pay, the next goal is to get
24 them to start. Correct?
25     A. Yes.

Page 28

1   Q. So when you set out on the goal, your
2 ultimate goal is to -- is it fair to say your ultimate
3 goal is to get a student to start at Post University?
4     A. Not in that one call.
5     Q. So you say "not in that one call." So it is
6 a process. Correct?
7     A. Yes.
8     Q. And the process may consist of multiple
9 calls. Correct?
10     A. Yes.
11     Q. And the process may consist of multiple text
12 messages. Correct?
13     A. Yes.
14     Q. And the process may consist of multiple
15 emails. Correct?
16     A. Yes.
17     Q. And would you say that the goal of that
18 process -- the ideal goal of that process is to get a
19 student to start at Post University?
20     A. Yes.
21     Q. I want to look at the statement of the
22 problem section again. And it is the third line from
23 the bottom. It says, "Overcoming objections is an
24 integral part of the recruitment process."
25     Do you see that?

Page 29

1     A. Yes.
2     Q. And on the following page that is marked PU
3 00000133 -- for what it is worth, those are calls
4 Bates numbers. So if I say "look at this Bates
5 number," that is what it refers to, on the bottom
6 right.
7     A. Yes.
8     Q. You see that?
9     On that page, it is PU 00000133, it says,
10 "Connie will attend an overcoming objections training
11 session."
12     Do you see that?
13     A. Yes.
14     Q. What is meant by "overcoming objections"?
15     A. Helping the student work through any fears
16 they may have about starting, any misconceptions they
17 may have about school, college.
18     Q. Do you have any specific examples of what
19 kind of objections are meant to be overcome?
20     A. Misconception about federal student loans.
21     Q. Overcoming objections training sessions that
22 is referenced, did you attend that session?
23     A. I don't recall.
24     Q. Have you ever attended an overcoming
25 objections training session?

8 (Pages 26 - 29)

Page 30

1    A. Yes.
2    Q. Who conducted that training?
3    A. I don't remember.
4    Q. It is okay.  It is a perfectly fair answer.
5        The overcoming objections training session,
6  did that have written material as part of it?
7    A. I don't specifically remember.  I believe it
8  was more -- I couldn't say for sure.
9    Q. Were there any objections that you were told
10 not to try to overcome?
11   A. Yes.
12   Q. What were those?
13   A. Medical, death in the family.
14   Q. How would that be an objection?  Can you
15 clarify what is meant by that?
16   A. If the student began the admissions process,
17 intending to start, and in that time had a death in
18 the family or a medical problem.
19   Q. Are there any others that you can think of?
20   A. What was the original question?
21   Q. Were there any objections that you were told
22 not to try to overcome?
23   A. We evaluate that on a case-by-case basis.
24   Q. As you sit here today, however, you can't
25 think of any other objections that you were

Page 31

1  specifically told not to overcome.  Is that accurate?
2  Just to be clear, I am not asking what you would do in
3  a given situation, I am just asking whether there were
4  specific objections you were instructed not to
5  overcome.  I am not trying to trick you.
6    A. No, I understand.  I am trying very hard to
7  remember.
8    Q. I appreciate that.
9    A. Objections we were told not to overcome.  Can
10 I ask for clarification on that?
11   Q. Sure.
12   A. Do you mean if the student states a reason
13 and we are told not to ask further questions about it?
14 Because if a student objects in certain situations,
15 you know, you would ask, "Okay.  Why," so you could
16 clear up a misconception.  So I don't know at which
17 point you mean I wouldn't be -- overcome -- try.
18   Q. Let's take it step-by-step then.
19      Are there any objections that you were told
20 not to even ask further questions about?  I think
21 before you said medical and death in the family.
22 Would those be two objections that you were told not
23 to ask further questions about?
24   A. Yes.
25   Q. Were there any objections that you can think

Page 32

1  of that you were also told not to ask further
2  questions about?
3    A. I don't know.
4    Q. I know you said you don't know.  I am trying
5  to get clarification on that.  Is it that you don't
6  remember or you don't know?
7    A. I don't remember.
8    Q. Is there any document that would refresh your
9  recollection on that that you can think of that would
10 make you remember or help you remember?
11   A. I mean, I would have to see a student
12 specific file.
13   Q. I think we are going to take it step-by-step.
14 So that was the first category of documents -- excuse
15 me, the first category of objections that you were
16 told not to even ask questions about.
17      Were there other objections that you can
18 think of that you wanted to inquire further as to
19 the reason for that objection?
20   A. Yes.
21   Q. What were some of those objections or all of
22 them, if you can name them?
23   A. No longer interested.  I can't afford it.  I
24 changed my mind.  I chose -- I am talking with a
25 different school.  That an online program is

Page 33

1  completely remote with no support.
2    Q. Do you have any others that you can think of?
3    A. No.
4    Q. We would have been able to stop there, but
5  you were able to produce that new hire manual, which I
6  have to say I do appreciate you were able to provide
7  the new hire manual.  A lot of people won't actually
8  bring anything even if they are asked to their
9  deposition.  I appreciate that.
10      Are you good to continue or do you need a
11 break?  This is going to be the last section.  It is
12 probably lengthier than the others.
13      MR. BOWSER:  We have been going for about 50
14 minutes, if you want to take a quick break.
15      MS. GLAPION:  We can power through.  I am
16 fine either way.
17      THE WITNESS:  Can I just check in with you or
18 is that not allowed?
19      MR. BOWSER:  Off the record.
20      (Off-the-record discussion from 9:42 a.m. to
21 9:47 a.m.)
22 BY MR. GLAPION:
23   Q. Are you ready?
24   A. Yes.
25   Q. I just want to circle back to a couple of

9 (Pages 30 - 33)

Page 34

1 small points that I didn't ask about because sometimes
2 I forget things.
3      Did you look in your CReillyPost1@gmail.com
4 Google Voice account for any documents that would be
5 responsive to the subpoena?
6      A. Yes.
7      Q. Did you search for that telephone number
8 account?
9      A. All of that information in that account has
10 been deleted.
11      Q. If you made a text message or call now by
12 Google Voice, would you document that somewhere?
13      MR. BOWSER: Objection.
14 BY MR. GLAPION:
15      Q. When you made calls to prospective students,
16 were you required to document that you made those
17 calls or texts?
18      A. Yes.
19      Q. Where would you document that you made those
20 calls or texts?
21      A. In CRM, in the student's file.
22      Q. Did you have access to the CRM while you were
23 at home?
24      A. Yeah, yes.
25      Q. How did you have access to the CRM at home?

Page 35

1      A. Logging in online, website.
2      Q. Was it like a remote access type situation?
3      A. Yeah, yes.
4      Q. Is there any reason you can think of that a
5 call or text that you made to a prospective student
6 would not be documented on the CRM?
7      A. Human error.
8      Q. What do you mean by "human error"?
9      A. Forgetting to do it.
10      Q. So I want to look at the documents that you
11 produced. Again, I am appreciative of this.
12      (Exhibit No. 3 marked for identification.)
13      THE WITNESS: Are we using all of it? Should
14 I read it right now?
15 BY MR. GLAPION:
16      Q. I don't think you have to read all of it
17 right now. There are only going to be specific
18 sections I am asking about.
19      Are you familiar with this document? You can
20 skim through it. If you need to read through the
21 whole thing, we can certainly do that.
22      A. Yes.
23      Q. What is this document?
24      A. A combination of my new hire training packet
25 and a printed version of the Professional College

Page 36

1 Advisory Session slide show, PowerPoint.
2      Q. Throughout this document, there are notes and
3 circles and things and doodles.
4      Are those your notes and circles and doodles?
5      A. Yes.
6      Q. I was doodling on my note pad over here, so
7 don't worry. We all do it.
8      Was this the training manual for you when you
9 were first hired?
10      A. Yes.
11      Q. Do you recall when this training took place?
12      A. Between November 6th and whatever two weeks
13 away from that is.
14      Q. Okay. And have you received any subsequent
15 training after this?
16      A. Yes, the objection training.
17      Q. You don't recall, however, whether there was
18 any written material at the objection training?
19      A. I don't recall.
20      Q. Were the notes on this document all made at
21 the same time you were training?
22      A. No.
23      Q. I don't know if my question was unclear.
24      Did you add notes to this document after
25 training was completed?

Page 37

1      A. Yes.
2      Q. If you recall, or as we go through this and
3 if I point to certain notes, if it is possible for you
4 to recall if that was made at the time or after --
5      A. Oh, okay.
6      Q. -- just let me know.
7      A. Uh-huh.
8      Q. Just for clarity sake.
9      The very first page with the number at the
10 bottom, 7783, the third bullet point from the bottom
11 says, "Practice, practice, practice." And that is
12 under the category "expectations and how to get the
13 most out of training."
14      Do you see that?
15      A. Yes.
16      Q. How were you expected to practice during
17 training?
18      A. Mock PCAS interviews.
19      Q. When you say "mock PCAS interviews," was that
20 with real prospective students?
21      A. No.
22      Q. During training, did you call or text at any
23 point real prospective students?
24      A. Can I answer with a kind of?
25      Q. Sure, if you elaborate.

10 (Pages 34 - 37)

1    A. Okay.  Not talking about opportunities, but
2  specifically leads.  We stopped calling a lead for
3  management, you know, purposes after 10 attempts where
4  they do not engage.  During training, trainees towards
5  the end may be assigned a list of old leads, 10
6  attempts from, you know, previous terms.
7    Q. If you are curious what I am looking at, it
8  is real-time transcription.  I am not ignoring you.  I
9  want to make sure I fully grasp what you say.
10    A. That is okay.
11    Q. These leads that you called during training
12  were at one point at least prospective students.  Is
13  that fair?
14    A. Yes.  Can I add something?
15    Q. Sure.
16    A. If we got one on the phone, we were
17  instructed to transfer them to an active, seasoned
18  admissions counselor.  We did not do a PCAS in
19  training with a real person.
20    Q. What was the goal then -- or what was the
21  purpose of trainees calling old leads?
22    A. Practicing our voicemails.
23    Q. So if a live person answered, then in every
24  scenario they would be transferred to someone out of
25  training.  Is that accurate?

1    A. We might do the prequalifying questions, but
2  we would transfer them to a live admissions counselor.
3    Q. If we flip over to 7787.  Do you see it?
4    A. Yes.
5    Q. Towards the bottom third of the page, it
6  begins, "What is a lead?"
7      Do you see that?
8    A. Yes.
9    Q. The first bullet point says, "A lead is a
10  prospective student," and then it lists various ways
11  they become a prospective student.
12      Do you see that?
13    A. Yes.
14    Q. One of the items is "referrals."
15      Do you see that?
16    A. Yes.
17    Q. Do you know what that means in terms of how a
18  referral is a lead?
19    A. Yes.
20    Q. Can you tell me what that is?
21    A. A prospective student or current student has
22  a friend or family member who also wants to learn more
23  or attend Post.
24    Q. Did that referral -- scratch that.
25      Did you then call that referral?

1    A. Case-by-case.
2    Q. Was a referral lead intended to be treated
3  any differently than a lead that came in through other
4  channels?
5    A. No.
6    Q. So you would treat a referral lead -- in
7  deciding whether to call, text, email a lead, you
8  would treat a referral lead no differently in that
9  regard.  Is that accurate?
10      MR. BOWSER:  Objection.  Asked and answered.
11  BY MR. GLAPION:
12    Q. You can answer still.
13    A. Sometimes the student who was in the process
14  of admissions or a registered student would say, "My
15  sister wants to come here, but she is more comfortable
16  calling you."  And then the referral would reach out
17  to me, or it would go the other way around.  The
18  prospective or registered student would have a friend
19  who wants to go to Post, and they would give me their
20  information and I would call them.
21    Q. In the first scenario you just talked about,
22  a prospective student saying "my friend or so and so
23  is more comfortable if they call you," in that
24  scenario, would they still be put into the CRM system
25  as a lead?

1    A. Yes.
2    Q. Was there any flag or any way to note in the
3  CRM system that the person was in that first scenario,
4  that they are more comfortable calling you?
5    A. No.
6    Q. So it is possible then that despite that
7  scenario one instruction, this referral would be
8  called.  Is that correct?
9    A. You should leave a note that says something
10  indicating that, but, yes, technically, it is possible
11  that the lead would still get called.
12    Q. You say you should leave a note.
13    A. Uh-huh.
14    Q. Which is a great Arrested Development quote.
15  I don't know if you watched it, but --
16    A. Yes.
17    Q. -- a way to work it in there.  I appreciate
18  that.
19      You said you "should leave a note" and my
20  interpretation of that is you seemed somewhat
21  skeptical maybe of saying that.  Maybe I'm out to
22  lunch here, but I want to ask about that.
23      Are you aware of scenarios where people were
24  not leaving the notes they were supposed to?
25    A. Oh, I am not aware of anybody's else's

Page 42

1 actions, no.
2   Q. Were there occasions where you didn't leave a
3 note when you may have -- should have?
4   A. I can't say for sure.
5   Q. Doesn't that go back to the human error thing
6 we talked about before, possibly forgetting.  Is that
7 correct?
8   A. Yes.
9   Q. These referral leads -- and I know we just
10 sort of discussed they weren't necessarily treated
11 differently.  Is that accurate?
12   A. Yes.
13   Q. These referral leads, they never -- if you
14 were given a referral to someone who was already a
15 lead in Post's system, would you create a new lead for
16 that person?
17   A. If I was given a referral by one of my
18 students for their friend or family member and I
19 already found a file for them in the system, would I
20 make a new one?  Is that the question?
21   Q. Yes.
22   A. No.
23   Q. So -- but if there was no file or entry in
24 the CRM system for that referral, you would create a
25 new lead in the CRM for that referral.  Is that

Page 43

1 accurate?
2   A. Yes.
3   Q. These new lead referrals I'll call them, if
4 you don't mind.
5     These new lead referrals had never directly
6 expressed interest to you prior to becoming a lead in
7 the system.  Is that accurate?
8   A. Yes.  Yes.
9   Q. The only way that you knew that this person
10 was interested is because a third party told you or a
11 prospective student told you?
12   A. Correct.
13   Q. Or an actual student told you?
14   A. Correct.
15   Q. But to the best of your knowledge, if they
16 weren't already in the CRM system they didn't
17 separately inquire or express interest.  Is that
18 accurate?
19   A. Yes.
20   Q. The third bullet point says that, "If a lead
21 is not reached, the admissions counselor should leave
22 a voicemail introducing themselves and their reason
23 for calling, send an email and a text message."
24     Do you see that?
25   A. Yes.

Page 44

1   Q. Were you expected to do all of those things
2 the very first time you called a lead if they didn't
3 answer?
4   A. Yes.
5   Q. And that text message is what you would send
6 through Google Voice and then later TextNow as we
7 discussed?
8   A. Yes.
9   Q. Flip to the next page, which is on the back
10 of that one.  It is the page that is marked 7788 at
11 the bottom.
12   A. Yes.
13   Q. The very -- the little squiggly line, the
14 bracket -- is that a bracket?
15   A. I have no idea.
16   Q. Next to the three bullet points, "Look up in
17 CRM to make sure they don't already have a counselor."
18 And then there is a "- two months."
19     Do you see that?
20   A. Yes.
21   Q. Do you know what that "- two months" refers
22 to?
23   A. Yes.
24   Q. What does that refer to?
25   A. If the prospective student, whether it be a

Page 45

1 lead or opportunity, is already in the system and the
2 assigned admissions counselor has not outreached in
3 two months or more or, you know, if the student is not
4 -- you know, the student's file is closed because one
5 of the reasons we talked about, medical, that kind of
6 thing, then I would be allowed to reach out to that
7 student and put them under my name if they wanted to
8 reengage.
9   Q. The third bullet point on that page is --
10 says, "Any ACD call."
11     Do you see that?
12   A. Yes.
13   Q. What is an ACD call?
14   A. I don't know what ACD stands for, but it is
15 students who call us directly.
16   Q. That is just basically inbound calls.  Is
17 that accurate?
18   A. Yes, to the number listed on the Post
19 website, not my personal line.
20   Q. Got you.  Okay.  Next item -- or excuse me,
21 the next header says "Rejected lead."
22   A. Uh-huh, yes.
23   Q. And you see it says, "What is a rejected
24 lead?"  Actually, before I ask that question.
25     How would you -- is rejected lead an actual

12 (Pages 42 - 45)

1 category in the CRM system?

2     A. Yes.

3     Q. How would you reject a lead or make a lead

4 into a rejected lead?  Practically speaking, how would

5 you do it?

6     A. So in the lead file for the student, there is

7 a button that says "reject."  Brings you to another

8 page and you select "reject" and hit "okay."

9     Q. Was there any -- what was on the page that

10 popped up after -- or what is on the page that popped

11 up after you clicked "reject" lead?

12     A. Reject reason.

13     Q. Was that a required field?

14     A. Yes.

15     Q. Was the reject reason field free form or was

16 it a drop-down menu?

17     A. Drop-down menu, and a space for notes.

18     Q. Was the "notes" field required?

19     A. No.

20     Q. This is going to be like a pop quiz, I am

21 sorry.

22        Do you remember the fields that are in the

23 "reject reason"?

24     A. Some of them.  There were many.

25     Q. What were some that you do remember?  And it

1 is not a big deal if you only get all of them.  It is

2 just what you do remember.

3     A. Ten attempts, scholarship inquiry, not

4 qualified, enrolled after inquiry read, wrong number,

5 waiting for employment, personal, not interested, cost

6 of program, looking for program not offered,

7 transferred to main campus.  That is not all.  It is

8 all I have.

9     Q. That was impressive, I am not going to lie.

10 That was impressive.

11        Was there a separate drop-down field for "do

12 not call"?

13     A. For a lead?

14     Q. For a lead.  Excuse me.  This is in the

15 drop-down field when you click "reject" lead.

16     A. Right.  But we are not closing an opportunity

17 files, we are talking about rejecting a lead, right?

18     Q. We will get to opportunities later.  Right

19 now we are just talking about leads.

20     A. I don't -- see, we got a new CRM that's much

21 fancier.

22     Q. Let me address that.

23     A. And I think there is one that says not

24 interested.  I don't remember.

25     Q. So my main concern, to the extent it matters,

1 is prior to July 30th, 2018.  But in this case I'll

2 say prior to the new CRM system, do you recall if

3 there was a new "do not call" drop-down?

4     A. I do not recall.

5     Q. Is there a "do not call" drop-down now?

6     A. Yes.

7     Q. That is in the new CRM system?

8     A. Yes.

9     Q. Is that its own separate drop-down field?

10 You list categories.  Is that its own separate

11 category, or is it included in like not interested,

12 "do not call," things like that?

13     A. It is in that same drop-down menu.  It

14 doesn't say "do not call."  It says, in all caps, like

15 "remove from list."

16     Q. It does not say do not doll, it says "remove

17 from list."  Is that what you are testifying?

18     A. I think so.

19     Q. It is okay.

20     A. I think I would have to see -- I think I

21 would have to see the system in order to guarantee

22 that that is what it says.  So I am going to say I

23 don't really know.

24     Q. As you sit here today, though, do you recall

25 a distinct field that specifically indicates a do not

1 recall request?

2     A. No.

3     Q. Do you recall there being one in the previous

4 version of the CRM system?

5     A. No.

6     Q. Who is the current -- or what is the current

7 CRM system?  Do you know who the CRM provider is?

8     A. No.

9     Q. Do you know who the old one was?

10     A. No.

11     Q. Does Oracle CRM sound correct?

12     A. Yes.

13     Q. Is the current one 59?

14     A. I don't know.

15     Q. Just checking.  Throwing things out there.

16        Have you ever received a "do not call"

17 request?

18     A. Probably.

19     Q. When you received a "do not call" request,

20 how would you mark that in the system, if at all?

21 When I say the system, the CRM system.

22     A. For a lead?

23     Q. For a lead, yes.

24     A. Reject, "remove from list".

25     Q. That is under the current CRM system.

13 (Pages 46 - 49)

Page 50

1 Correct?
2     A. Sorry.  I thought we were talking about
3 Oracle.
4     Q. That is my apology.  Yeah, I am speaking
5 about what the previous CRM system.  So there was a
6 "remove from list" in the previous CRM system?
7     A. I believe for a lead that that was one of the
8 reject codes, yes.
9     Q. Was there any other reason you would use
10 "remove from list"?
11     A. I can't think of a specific reason, but if I
12 couldn't find a reason that was listed in the
13 drop-down, then I would use "remove from list".
14     Q. Is it fair then to characterize "remove from
15 list" as a catch-all for those reasons to reject that
16 were not included in the other drop-down options?
17     A. No.
18     Q. The reason I ask that is because you said if
19 you couldn't find a reason that was listed in the
20 drop-down, you would use "remove from list"?
21     A. Correct.
22     Q. So you answered no to my question that it's
23 not a catch-all, and I am having trouble reconciling
24 those two.  If you could help me do that.
25     A. Because it is not a policy.  It was my

Page 51

1 understanding, misconception.  It is not the Post
2 policy.  It is what I did because I didn't ask a
3 question.
4     Q. Understood.  Okay.  But your -- the way you
5 would handle is use "remove from list" as a catch-all,
6 regardless of whether it was a Post policy.  That was
7 how you used it?
8     A. If I couldn't use one of the other reasons in
9 the drop-down.
10     Q. So if there was a valid reason in your
11 opinion to reject a lead that was not covered by one
12 of the other items in the drop-down, you would use
13 "remove from list"?
14     A. Yes.
15     Q. Do you know what Post's policy was during the
16 Oracle time period for using "remove from list"?
17     A. No.
18     Q. Do you know how other admissions counselors
19 used "remove from list"?
20     A. Right now or --
21     Q. I think -- well, do you know when you started
22 using this new CRM system, approximately?
23     A. Winter, November, December.
24     Q. So I am speaking strictly about before this
25 new CRM system.

Page 52

1     A. I did not understand prior to this new
2 system.
3     Q. You did not understand what?  I am sorry.
4     A. You asked if I understood the policy for
5 using "remove from list."  Right?
6     Q. Correct.
7     A. That you were referring to before new CRM?
8     Q. Yes.
9     A. And the answer is no, I didn't understand the
10 policy.
11     Q. Are you aware if there was a policy?
12     A. I am not aware.
13     Q. As you sit here today, can you recall whether
14 there was or wasn't a policy?
15     A. No.
16     Q. I had asked right before this, are you aware
17 how other admissions counselors used "remove from
18 list"?  Do you have any insight into how other
19 admissions counselors may have used it?
20     A. I mean, I can't speak for other admissions
21 counselors, but I believe it was intended to mean "do
22 not call."
23     Q. So a moment ago, and just to sort of
24 reconcile this testimony, you said you didn't
25 understand Post's policy with respect to "remove from

Page 53

1 list."  Correct?
2     A. Correct.
3     Q. And you just testified that you understand it
4 was to mean "do not call."  Correct?
5     A. Correct.
6     Q. So where is that understanding coming from
7 that it is to mean "do not call"?
8     A. Getting new CRM.
9     Q. So I am talking still --
10     A. No, I understand --
11     Q. Oh, I --
12     A. -- but because we got the new system, I
13 learned a little bit more about what "remove from
14 list" means.
15     Q. Prior to getting the new CRM, though, you did
16 not understand "remove from list" to only be "do not
17 call."  Is that correct?
18     A. Yes, that is correct.
19     Q. But you don't have insight into whether other
20 admissions counselors used "remove from list" the same
21 way as you prior to the new CRM?
22     A. Correct, yeah.
23     Q. Going back to the document.  You made notes
24 to "What is a rejected lead"?  You said, "It is a no."
25 Am I reading that correctly?

14 (Pages 50 - 53)

Page 54

1    A. Yes.
2    Q. Is that your way of summarizing what a
3  "rejected lead" is?
4    A. Yeah.
5    Q. And to the right of "what is a rejected
6  lead," there seems to be a list.  "Never answered."
7    A. Yes.
8    Q. And then coming off of that, you have "call
9  10 times first"?
10    A. Yes.
11    Q. Can you elaborate on those two notes if you
12  recall what those mean?
13    A. You reject a lead if they never answered or
14  responded, which I believe represents text message,
15  after 10 attempts at outreaching.
16    Q. The next, after the comma is "wrong number."
17    A. Correct.
18    Q. And coming off that is a note "don't call
19  again"?
20    A. Correct.
21    Q. My question about that is, is that note --
22  does that note mean don't call someone who says wrong
23  number again?
24    A. Yes.
25    Q. Okay.  Did that take precedent over the

Page 55

1  requirement you discussed to call lead 10 times?
2    A. Absolutely.
3    Q. And with respect to "don't speak English,"
4  did that take precedent over calling someone 10 times?
5    A. Yes.
6    Q. Same, "no GED," would you still call someone
7  with no GED 10 times before rejecting them?
8    A. No.
9    Q. Was there any -- are there any other
10  categories of rejected lead that you were taught at
11  training?
12    A. Yes.  The ones that we talked about earlier.
13    Q. Medical and death in the family, or were
14  there other ones?
15    A. Enrolled after inquiry, cost of program,
16  requested program not offered, transfer to main
17  campus.
18    Q. No, I understood.  The list we went through
19  on the drop-down.
20      Were you taught in training to reject a lead
21  who said "do not call"?
22    A. I did not recall.
23    Q. Would you have made a note if that was one of
24  the categories that you were trained on?  Knowing
25  yourself, do you think you would have probably made a

Page 56

1  note?
2    A. Probably, yes.
3    Q. What if a lead said "not interested," were
4  you supposed to reject that lead?
5    A. We would try to assess why in case there was
6  a misconception, like we talked about earlier about
7  costs or online schooling.  But ultimately, yes, you
8  would reject that lead.
9    Q. The third bullet point says, "When do we call
10  rejected leads?"
11      Do you see that?
12    A. Yes.
13    Q. Were you permitted to call rejected leads?
14    A. Some rejected leads, yes.
15    Q. What do you mean by "some rejected leads"?
16    A. Mostly the 10 attempt leads who never
17  answered.
18    Q. Were there any rejected leads that you were
19  told not to call?
20    A. Wrong numbers, not qualified for program, no
21  GED, no high school, transferred to main campus,
22  wanted nursing school.  If a student said don't -- you
23  know, "Take me off your list, don't call."
24    Q. You were trained not to call someone who said
25  "don't call"?  And I want to be clear, I am

Page 57

1  distinguishing between what you as a good upstanding
2  Connie Reilly would do versus what you were actually
3  trained on.
4      So were you trained to call a lead that was
5  "do not call"?
6    A. Yes.
7    Q. In what way were you trained?  Actually,
8  backing up.  We just established there was not a "do
9  not call" drop-down.  Correct?
10    A. Correct.
11    Q. So how would you know that a lead was "do not
12  call" in order to avoid them as you just said you were
13  instructed to do?
14    A. If there was a note in their file.
15    Q. A note separate from the drop-down list.
16  Correct?
17    A. Correct.
18    Q. And these are free-form notes -- excuse me,
19  you would type those notes in?
20    A. Yes, correct.
21    Q. And those notes -- that was not a required
22  field.  Is that correct?
23    A. Correct.
24    Q. Did you always -- when you used the "remove
25  from list" field, did you all put in a note?

Page 58

1    A. I don't know.
2    Q. Is it possible on occasion you didn't?
3    A. It is possible.
4    Q. Does it say anywhere in this training manual
5 that you should not call leads that say "don't call"?
6    A. I would have to read through the whole
7 manual.
8    Q. And when it says the notes next to "When do
9 we call rejected leads," did you note any categories
10 of leads that you were not to call?
11    A. No.
12    Q. And the only note that you made for "don't
13 call again" is on wrong number.  Is that accurate?
14    A. Yes.
15    Q. It says, "Can revisit on a slow day."  Your
16 note, do you see that?
17    A. Yes.
18    Q. You had discretion on when to call rejected
19 leads?
20    MR. BOWSER:  Objection, compound.
21 BY MR. GLAPION:
22    Q. You can answer.
23    A. Yes.
24    Q. There is another note that says, "30 days?"
25 Do you know what that note means?

Page 59

1    A. No, not anywhere.
2    Q. That is okay.  Did you ever reach a lead that
3 told you that they previously asked not to be called?
4    A. I don't remember.
5    Q. Did you ever reach a rejected lead that said
6 they previously asked not to be called?
7    A. I don't remember.
8    Q. Have you ever heard of the term "power hour"?
9    A. Yes.
10    Q. What is a power hour?
11    A. A power hour is when our team blocks out an
12 hour and our AD instructs us on what lists we should
13 call, a group of students in any stage of the
14 admissions process to call specifically during that
15 hour.
16    Q. Was a power hour ever used to call rejected
17 leads?
18    MR. BOWSER:  Objection, compound.
19    THE WITNESS:  I don't recall specifically.
20 BY MR. GLAPION:
21    Q. When you were provided -- were you provided
22 -- how were you provided these leads to call during
23 the power hour?
24    A. It varied.
25    Q. What did it vary?  How did it vary?

Page 60

1    A. Sometimes you would build a list with those
2 qualifications that the AD gave you in CRM, or, you
3 know, the AD would help you build the list.  And
4 sometimes we were given just a printed list.
5    Q. On that printed list, do you recall what
6 categories are shown?
7    A. No, I don't.
8    Q. And the criteria -- excuse me.  The
9 qualifications that the AD gave you, you would use
10 those to find prospective students to call during that
11 power hour?
12    A. Yes.
13    Q. So as an example, just so I make sure I
14 understand this correctly.  Would an AD say something
15 like, "Call everyone one who has been rejected after
16 10 calls"?
17    A. Yes.
18    Q. Are you aware of a specific instance of that
19 type of instruction?
20    A. Not a specific instance, no.
21    Q. I think you answered this, but I will ask
22 you.  Are you aware of any instances where one of the
23 qualifications included rejected leads?
24    MR. BOWSER:  Objection, compound.
25    THE WITNESS:  I am not aware of a specific

Page 61

1 incident, but if that were to have happened it would
2 have been 10 attempts or higher.  No one would ever
3 say, "Find all the rejected leads in the history of
4 time and call them."
5 BY MR. GLAPION:
6    Q. Do you recall, however, any circumstances in
7 which the power hour was used to call leads who had
8 been rejected?
9    MR. BOWSER:  Objection, compound.
10    THE WITNESS:  Yes.
11 BY MR. GLAPION:
12    Q. Do you remember the specific details of any
13 of those power hours or just generally that it
14 happened?
15    A. Just generally that it happened.
16    Q. We have been talking about leads, and we are
17 going to go back through a lot of the same stuff with
18 respect to opportunities.  I think you have asked
19 before whether I was talking about leads or what, and
20 I limited things specifically to leads.  So what is
21 the rejected lead equivalent for an opportunity?  Is
22 there one?
23    A. Closed opportunity.
24    Q. Have you ever heard the term "lost
25 opportunity"?

16 (Pages 58 - 61)

Page 62

1    A. Yes. The official code is closed, lost
2 "closed/lost."
3    Q. Under what circumstances would you close an
4 opportunity?
5    A. A lot of different reasons.
6    Q. If an opportunity asked you not to call, were
7 you instructed to close that opportunity?
8    A. Yeah, yes.
9    Q. Were the fields -- who instructed you to do
10 that?
11    A. My team lead on my AD.
12    Q. Were you instructed to do that at the new
13 hire training?
14    A. I don't remember.
15    Q. How do you, practically speaking, close an
16 opportunity?
17    A. There is a separate opportunity page in the
18 file. There is a drop-down menu, just like rejecting.
19    Q. Did that drop-down menu have all of the same
20 options for a rejected lead?
21    A. No.
22    Q. Did that have "remove from list"?
23    A. Yes.
24    Q. During these power hours -- were you ever
25 expected to call closed opportunities?

Page 63

1    A. Some, yes.
2    Q. When you say "some," can you think of any
3 specific examples of when you were to call closed
4 opportunities?
5    A. Sorry. When I was --
6    Q. During a power hour, did you ever -- were you
7 ever told to call a group of people that included
8 closed opportunities?
9    A. Yes.
10    Q. Do you recall the qualification for any of
11 those power hours in which you were instructed to call
12 closed opportunities?
13    A. No specific power hour comes to mind.
14    Q. Was there ever a power hour where the
15 qualification was closed opportunity?
16    A. Yes, definitely.
17    Q. Just full-stop closed opportunity?
18    A. Oh, God no. Sorry. No.
19    Q. But there were power hours where that was one
20 of the qualifications. Is that correct?
21    A. "Closed/lost opportunity" is the umbrella
22 term. Underneath that you have the reason you closed
23 the file. That is what the student is labeled as.
24    Q. Okay.
25    A. So never would you call every closed/lost

Page 64

1 opportunity. You would be directed to call a specific
2 group of closed/lost opportunities.
3    Q. Were you during a power hour expected to call
4 "remove from list"?
5    A. No.
6    Q. Were you ever expected to call people who had
7 a closed opportunity or a rejected lead that had
8 nothing in the notes field?
9    A. I don't recall.
10    Q. I will go back to in terms of we were talking
11 about whether you were told to remove from the list
12 someone who said -- a lead who said "don't call me
13 again." Who instructed you to do that?
14    A. I mean, I don't remember a specific instance,
15 but if it were to have happened, it would have been
16 one of my supervisors.
17    Q. Do you recall if they discussed that at the
18 training?
19    A. I don't recall.
20    Q. What is Post's "do not call" policy?
21    A. I don't know.
22    Q. And are you aware of any documents that
23 explain Post's "do not call" policy?
24    A. No, I am not.
25    Q. Are you aware of any documents that explain

Page 65

1 not to call someone who says "don't call"?
2    A. No, I am not.
3    Q. I want to move to -- jump ahead a little bit
4 on these documents to the page that end or -- at the
5 bottom is 7802.
6    A. When we are done with this question, can I
7 use the bathroom?
8    Q. Certainly. Since we are jumping ahead to a
9 page, if you want to break now, this would be --
10    A. Okay. You said 780 --
11    Q. 2.
12    A. I'll be right back.
13    (Recess taken from 10:37 a.m. to 10:47 a.m.)
14 BY MR. GLAPION:
15    Q. I want to go back and clean up a couple of
16 quick points. Kind of jumping all over the place
17 before we get to this document, before I forget.
18    When we talked earlier about looking at your
19 Google Voice account. Do you remember that?
20    A. Remember we talked about it?
21    Q. Yes.
22    A. Yes.
23    Q. When you said everything in there was
24 deleted?
25    A. Yes.

17 (Pages 62 - 65)

Page 66

1    Q. Who deleted it?
2    A. I did.
3    Q. Why?
4    A. Long story.  I had the Google Voice app
5  downloaded to my iPhone for the rare instance I worked
6  for home.  My mom has an android, and she sent me an
7  invitation to a Google photo album in a text.  I
8  clicked the link and it prompted me to sign in.  And I
9  did not realize that it had my Post Gmail account for
10  work in the user name.  And I just assumed it is going
11  to be my personal one.  And I used the same password
12  for everything.  So I did that, hit "accept," viewed
13  the album.
14       Later, at some point, realized that that
15  action had sync'd my iPhone photo data to my Google
16  Voice account for work and that any student that I was
17  texting with through that Google Voice account would,
18  therefore, have access to viewing all of my photos if
19  they also had a Google Voice account, which lots of
20  our students do.
21    Q. That doesn't sound secure at all.
22    A. I think it is secure.  I think I am just not
23  great at technology.  So the moment I realized that, I
24  went through and I thought that I had just deleted the
25  whole account, but I have learned that it is

Page 67

1  incredibly hard to delete a Google -- like a Gmail
2  account.  So what I had done was cleared all of the
3  data in that account, but not actually closed it.
4    Q. How did you clear the data in that account,
5  not step by step, but I mean, did that include the
6  text messages that were in the account?
7    A. Yes.
8    Q. And did you double check to see whether the
9  text messages were still in the account?
10    A. Yes.
11    Q. Did you double check in response to the
12  subpoena?  I am sorry.
13    A. I don't remember the time, but it was recent.
14    Q. Okay.  Did you ever receive a request not to
15  call you -- excuse me, a request not to call a lead or
16  opportunity via email?
17    A. Not that I can recall.
18    Q. Was there a number of calls per day you were
19  expected to make?
20    A. No.
21    Q. Do you have -- how many calls per day do you
22  make?
23    A. It very much so depends on the day.
24    Q. What is the range?
25    A. Anywhere from 40 to 200.

Page 68

1    Q. Assuming you are working a full day, how long
2  is a full workday for you?
3    A. Eight hours, eight and a half.
4    Q. Assuming you are working the full eight and a
5  half hour day, what factors would affect where you
6  fall in that range?
7    A. If you are successful in conducting the
8  Professional College Advisory Session with a student,
9  depending on how far they go in the process in that
10  one call, it could take anywhere from 30 minutes to an
11  hour and a half.  So therefore, call volume would be
12  lower in that day.
13       And then if you got more than -- if you ended
14  up on more than one, two, sometimes three of those
15  calls, your call volume is lower that day.
16    Q. Did you ever receive any feedback or
17  criticism on having a low call volume on a particular
18  day?
19    A. Yeah.
20    Q. What was that, generally speaking, if you can
21  recall what was that feedback?
22    A. Like if high, you know -- 35 calls on an
23  eight and a half hour day and not a single one of them
24  lasted more than leaving a voicemail.  And there are a
25  lot of factors that would go into that.

Page 69

1    Q. Would you expect to receive some negative
2  feedback, but let me know if you don't understand what
3  I mean by that, would you expect to receive negative
4  feedback if you made one call a day?
5    A. No.  No.
6    Q. Elaborate, please, why that would be not
7  negative feedback?
8    A. If you -- you know, if instead of -- instead
9  of making phone calls, you just text and email, that
10  is rare, but like I have gone to work with laryngitis,
11  you know.
12    Q. I understand.  Was there a minimum number of
13  leads that you feel you were expected to contact
14  regardless of whether it was email, text or phone per
15  day?
16    A. No.
17    Q. Did you ever call a lead that you knew would
18  not answer?
19    A. What do you mean?
20    Q. Did you ever make a telephone call to a lead
21  that was, say, flagged or in a note field said "not in
22  service"?
23    A. Do you mean like intentionally to get call
24  volume up?
25    Q. Yes.

18 (Pages 66 - 69)

Page 70

1    A. No, never.
2    Q. Are you aware of other admission counselors
3 doing that?
4    A. No.
5    Q. So now I do want to jump to 7802. Are these
6 your notes?
7    A. Yes.
8    Q. If you will look what says, "FA objections."
9 That is your handwriting, so you can tell me if I am
10 not reading it correctly.
11    A. No, that is correct.
12    Q. Does that stand for financial aid objections?
13    A. Yes.
14    Q. Were these -- there appear to be four dashes
15 underneath "FA objections." Is that correct?
16    A. Yes.
17    Q. Were these ways in which you were trained to
18 overcome FA objections?
19    A. They are suggestions, but not scripted.
20    Q. These examples, are they your own examples or
21 were they provided to you?
22    A. A combination of both of those things.
23    Q. The third -- well, I guess technically the
24 fourth because there was a dash under the first one,
25 but the fourth says, "Making this back when you are

Page 71

1 salaried at 50k full time not living paycheck" to
2 paycheck -- "paycheck to PC" Do you see that?
3    A. Yes.
4    Q. I'm assuming PC stands for paycheck.
5    A. Yeah. Yes.
6    Q. Is that your own example or was that an
7 example you were trained on?
8    A. That is my own example.
9    Q. So you independently came up with that as a
10 way to overcome a financial aid objection?
11    A. Okay. Sorry. I misunderstood. The general
12 statement is something we were trained on. The dollar
13 amount is a placeholder for when you get to that part
14 of the PCAS and you go through the student, you know,
15 career choices and projections with them. So that is
16 not what I said to every student. It is degree
17 specific.
18    Q. Understood. So the different degrees would
19 have different dollar amounts attached to this
20 example?
21    A. Yes.
22    Q. I want to look quickly at 7815. What is this
23 depicting?
24    A. The life cycle of a student as it was when I
25 was in training.

Page 72

1    Q. The life cycle as it pertains to Post, not
2 like they were going to die?
3    A. Yes, from lead, you know, initial inquiry to
4 participating in class or -- yes, participating in
5 class.
6    Q. And your note says, "Opportunity, file" and
7 there is an angle bracket "CRM"?
8    A. Yes.
9    Q. What does that mean?
10    A. I believe that it means that is the moment
11 when you -- the student becomes an opportunity and is
12 no longer a lead.
13    Q. And that arrow points to preliminary
14 qualifiers. So if I am interpreting this correctly,
15 it is after the preliminary qualifiers assuming they
16 answer those in a way that qualifies them, they would
17 become an opportunity?
18    A. Not necessarily. If the student answers the
19 phone and says, "Yes, I am super interested. I am at
20 work right now. Call me at 6:00." You would convert
21 them into an opportunity. I think it is the moment
22 that they verbalize, confirm the interest off the
23 initial request.
24    Q. I want to go to 7819, which we discussed, but
25 I am going to ask briefly. I just want to go over it

Page 73

1 again.
2    You see the second heading -- fourth heading,
3 if you include day five, 9:00 a.m., it says
4 "referrals."
5    A. Yes.
6    Q. Can you take a look and read through this.
7 And then my question is: Is this an example of how to
8 obtain referrals from students or prospective
9 students?
10    A. Yes. Okay.
11    Q. Is that accurate, are these examples of how
12 to obtain referrals from prospective students or
13 current students?
14    A. Yes.
15    Q. And these referrals, as we discussed before,
16 they would be treated as new leads assuming they
17 weren't already in the system. Correct?
18    A. Yes.
19    Q. And they would be treated the same as any
20 other lead. Correct?
21    A. Yes.
22    Q. That includes the initial outreach where if
23 you don't get them on the phone, you call, text,
24 email. Correct?
25    A. Correct.

19 (Pages 70 - 73)

Page 74

1    Q. It is also subject to the 10 times minimum
2  (sic) if they don't answer.  Correct?
3    A. Ten times maximum.
4    Q. Correct.  10 times maximum.  Actually, let me
5  ask about that.
6        Could you reject a lead who didn't answer
7  prior to reaching 10 calls?
8        MR. BOWSER:  Objection.  Asked and answered.
9        THE WITNESS:  Like just for the sake of it?
10 Because there are a hundred reasons to reject a lead.
11 BY MR. GLAPION:
12   Q. Let's say you called a lead 10 times, never
13 answered.
14   A. Then you reject.
15   Q. What if you call a lead eight times and they
16 don't answer?
17   A. No.
18   Q. So it is a 10 times minimum (sic) without
19 answering.  Correct?  The expectation was --
20   A. Yeah, but you would never -- yeah, yeah.
21   Q. And referrals that were treated as new leads
22 were subject to that same requirement.  Correct?
23   A. Yes.
24   Q. I want to look at -- we are almost done.  I
25 want to look at 7825.  Actually, 7825 to 7827, but it

Page 75

1  is the same question about each one.  There is a
2  reference to prequalifying calls with your team.
3        Do you see that?
4    A. Yes.
5    Q. Are -- references to prequalifying references
6  with your team, does that refer to what you were
7  talking about earlier how during training you would
8  call older leads?
9    A. Yes.
10   Q. I want to look at 7833.  I am not going to
11 ask about any specific columns.  Certainly, you can
12 read it if you would like.  I am curious what this is
13 showing.
14   A. Okay.  Hold on.  Okay.  So it looks like this
15 is a specific stage of a student being an opportunity,
16 a list of students who are a specific stage of being
17 an opportunity, which is called -- the list is called
18 the pipeline.
19   Q. Were you ever given a list that looked like
20 this?
21   A. I couldn't say for sure.
22   Q. During the power hours we discussed earlier,
23 were you ever given a list of leads separate from the
24 CRM system?
25   A. Well, they were generated in the CRM system

Page 76

1  so they come from CRM, but they would be printed and
2  given to me, sure.  There is not like there is a
3  secret list of additional people.
4    Q. The list -- regardless of its origin, during
5  the power hour, there were occasions you would given a
6  printed list?
7    A. I think origin matters.  They came from CRM.
8    Q. The list came from CRM, but you were given a
9  list of leads to call, you were given a printed list?
10   A. Correct.
11   Q. And on that printed list, did the printed
12 list look like this?
13   A. I can't recall specifically.  I mean,
14 probably not.  If I am calling people, there has to be
15 a phone number, so no.
16   Q. That is a very good point.  Do you recall
17 what fields that were on the list that you were given
18 that were printed out?
19   A. Not all of them.
20   Q. Did it include the prospective student's
21 name?
22   A. Yes.
23   Q. Did it include the prospective student's
24 phone number?
25   A. Yes.

Page 77

1    Q. Did it include the prospective student's
2  status in the pipeline?
3    A. Yes.
4    Q. Did it include whether the student was a lost
5  opportunity or a closed opportunity?
6    A. Yes.
7    Q. Did it include whether a student was a
8  rejected lead -- excuse me, a prospective student was
9  a rejected lead?
10   A. So with a list like this, you wouldn't have
11 any leads.  This would be only opportunities.
12   Q. I understand.  Right now -- I am sorry for
13 the confusion.  I am not talking about this list.  I
14 am talking about the list you would receive, that was
15 printed out during a power hour.
16   A. Okay.
17   Q. Would that contain a field showing whether
18 the person to be called was a rejected lead or
19 lost/closed opportunity?
20   A. Yes.
21   Q. Would it have a field for the reason that
22 that person is a lost opportunity or rejected lead?
23   A. I can't say for sure.  I mean, it should.
24   Q. But do you recall whether it did?
25   A. No.

20 (Pages 74 - 77)

Page 78

1    Q. Did it include notes that admissions
2 counselors may have made on that particular file?
3    A. No, I don't think so.
4    Q. Prior to calling the leads on the printed
5 list, did you look up the leads in the CRM system?
6    A. Sometimes.
7    Q. Were you instructed to do so?
8    A. I don't know. I don't -- I don't think so.
9 I don't know. I don't know is my answer.
10    Q. During these power hours, approximately how
11 many leads or how many prospective students would be
12 on the printed list?
13    A. It could be anything like a list like this
14 that has, you know, 30. It could be two full pages
15 with 100.
16    Q. Was the expectation during those power hours
17 that you would call all of the leads on that list?
18    A. No.
19    Q. What was the expectation then?
20    A. As many as you could.
21    Q. So that is a time constraint. So if you ran
22 out of time during the hour, you wouldn't be expected
23 to keep calling the list. Is that correct?
24    A. Correct.
25    Q. Were there anything -- was there anything

Page 79

1 else -- during that hour, were you expected to call
2 each lead or as many of the leads as you could?
3    A. The goal -- our expectation for each power
4 hour varied.
5    Q. Is there a scenario you can think of where
6 you were given a list during a power hour that you
7 were not expected to call as many as you could?
8    A. It might be a texting power hour.
9    Q. Fair enough. So including this question,
10 both calls and texts?
11    A. Okay.
12    Q. Let me ask the question this way. During a
13 power hour, were you expected to contact via call or
14 attempt to contact via call or text as many of the
15 leads on the list as possible during that hour?
16    A. No. The goal would have been to, like, speak
17 with as many students as you could without rushing the
18 process. So if you got one on the phone and it took
19 you the whole hour, you accomplished the goal.
20    Q. Did you have discretion to skip any of the
21 leads on the power hour list?
22    A. No.
23    Q. On what scenarios would you look up on CRM
24 someone on a power hour list?
25    A. If the FAFSA status was received, I may want

Page 80

1 to look and see what year that FAFSA was received
2 because we are about to move into the '19, '20 FAFSA,
3 so you just -- you know, if it's not here, it's '18,
4 '19.
5    Q. If a lead's category was rejected, would you
6 look it up in CRM?
7    A. No.
8    Q. If an opportunity category was lost or closed
9 opportunity, would you look that up in CRM?
10    A. No.
11    Q. So these lists -- is it fair to say that you
12 were calling these lists except for the scenario you
13 just gave of the FAFSA status that you were calling
14 these lists blindly with the exception of what is
15 included on the printed form?
16    A. Yes.
17    Q. Is it possible -- let me ask a different way.
18    You had no way of knowing from a printed form
19 if a rejected lead was rejected and marked and removed
20 from the list unless you looked it up in CRM.
21 Correct?
22    A. Or the list was filtered with that display
23 column printed and given to me.
24    Q. Was that display column typically printed and
25 given to you?

Page 81

1    A. Yeah. I can't say it was every time.
2    Q. Sometimes it was?
3    A. Sure, yes.
4    Q. Sometimes it wasn't?
5    A. I really can't remember specifics of, you
6 know, sometimes it was, sometimes it wasn't.
7    Q. And if it wasn't given to you -- if that
8 display column wasn't given to you, unless you looked
9 up a rejected lead in CRM, you would not know the
10 reason they were rejected. Is that correct?
11    A. That is correct.
12    Q. Same thing for loss and closed opportunity.
13 Correct?
14    A. That is correct.
15    Q. The last item. We are almost done.
16    I want to go back to the discussion we had
17 where I had asked about Post's "do not call" policy
18 and whether they had one or whether there were
19 documents, and you said you don't know and not that
20 you could recall.
21    Do you remember that discussion? It was
22 right before break.
23    A. Yeah. Yes.
24    Q. But I think you also said that you were
25 trained to not call someone who said "don't call"?

21 (Pages 78 - 81)

Page 82

1    A. Yes.
2    Q. So what is the origin of that training not to
3  call somebody who said "don't call" if not a policy --
4  a Post "do not call" policy?
5    A. I just assume a policy is something that is
6  written down explicitly.  So when you ask for a
7  policy, my answer is no because I was never, to best
8  of my recollection, handed a piece of paper that said
9  that.  Yeah, it was verbalized.
10    Q. It was verbalized, you said, by your team
11  lead?
12    A. Yes.
13    Q. And I think there was another --
14    A. My AD.
15    Q. Is that Ms. Meehan?
16    A. Yes.
17    Q. And she verbalized not to call someone who
18  said "don't call"?
19    A. Yes.
20    Q. Do you remember when this was?
21    A. No, not specifically.
22    Q. Do you remember what exactly she said?
23    A. No, I don't remember specifics.
24    Q. Do you remember in what context was it said?
25  For example, was it in a meeting?

Page 83

1    A. I really don't remember the specifics.  I
2  would imagine like a case-by-case basis, "Hey, this
3  student said 'do not call,' what do I do?"  And then
4  she -- one of them would say do X, Y, Z, but you know,
5  I can't give you a setting or a --
6    Q. Without you inquiring as to what to do in the
7  case of a student who asked "do not call," were you
8  ever told what to do in the case of a student who
9  asked you not to call?
10    A. Yeah.
11    Q. And when?
12    A. You know, during training when I started on
13  the team.
14    Q. So this training -- on the first page of the
15  document, you circled Shannon Madore -- I'm probably
16  pronouncing that wrong --
17    A. No, that's right.
18    Q. Is that the training development manager --
19  excuse me -- is that the person who conducted your
20  training?
21    A. Yes.
22    Q. She instructed you not to call a student who
23  said "do not call"?
24    A. I know this is not helpful, but I don't
25  remember who said it.  I don't remember what they

Page 84

1  said.  I don't remember when they said it.  I know
2  that it was expressed.
3    Q. Was it -- I am sorry to beat on this.  I know
4  it is frustrating.
5    Was it said by summon in a supervisory
6  capacity to you?
7    A. Yes.
8    Q. You are sure of that?
9    A. Yes.
10    Q. But you don't recall if it was in this -- in
11  your new hire training?
12    A. I don't.  It was over a year ago.
13    Q. Was there any formal training session that
14  you can recall that addressed how to handle "do not
15  call" requests?
16    A. No.  No, like I don't recall.  Sorry.
17    MR. GLAPION:  I think we are good.  Off the
18  record.
19    THE COURT REPORTER:  Do you want her to read
20  and sign or waive signature?
21    MR. BOWSER:  Yes, please.  Read and sign.
22    THE COURT REPORTER:  And you want a copy?
23    MR. BOWSER:  Yes, please.
24    (Whereupon the deposition adjourned at 11:24
25  a.m.)

Page 85

1          J-U-R-A-T
2    I, CONSTANCE REILLY, do hereby certify that
3  the foregoing testimony taken on February 8, 2019, is
4  true and accurate, including any corrections noted on
5  the corrections page, to the best of my knowledge and
6  belief.
7
8
9          CONSTANCE REILLY
10
11
12    At        in said county of        , this
13  day of        , 2019,    , personally appeared , and
14  she made oath to the truth of the foregoing
15  corrections by her subscribed.
16
17  Before me,        , Notary Public
18  My commission expires:
19
20
21
22
23
24
25

22 (Pages 82 - 85)

Page 86

1          TRANSCRIPT CORRECTIONS
2  REPORTER:  Sarah J. Miner
3  CASE STYLE:  MELANIE DAVIS v. POST UNIVERSITY, INC.
4
5
6
   DEPONENT:  CONSTANCE REILLY
7
8
9
10  PAGE  LINE  CORRECTION  REASON FOR CHANGE
11
12
13
14
15
16
17
18
19
20
21          NAME:
22
23
24
25

Page 87

1          C E R T I F I C A T E
2      I hereby certify that I am a Notary Public, in
3  and for the State of Connecticut, duly commissioned
4  and qualified to administer oaths.
5      I further certify that the deponent named in the
6  foregoing deposition was by me duly sworn and
7  thereupon testified as appears in the foregoing
8  deposition; that said deposition was taken by me
9  stenographically in the presence of counsel and
10  reduced to typewriting under miy direction, and the
11  foregoing is a true and accurate transcript of the
12  testimony.
13      I further certify that I am neither of counsel
14  nor related to either of the parties to said suit, nor
15  of either counsel in said suit, nor am I interested in
16  the outcome of said cause.
17      Witness my hand and seal as Notary Public the
18  14th day of February, 2019.
19
20
21
22  Notary Public
23  My Commission Expires:
24  November 30, 2022
25

23 (Pages 86 - 87)

[00000133 - answer]                                    Page 1

**0**

**00000133**   29:3,9
**07719**   2:5

**1**

**1**   3:7 14:13,14
**1.5**   23:22 25:11
**10**   38:3,5 54:9,15
  55:1,4,7 56:16
  60:16 61:2 74:1,4
  74:7,12,18
**100**   78:15
**102**   2:4
**10:37**   65:13
**10:47**   65:13
**13**   23:11
**14**   3:7
**14th**   87:18
**17**   14:21
**1704**   2:4
**1717**   2:9
**17th**   14:18 19:1
**18**   1:4 3:7 80:3
**18978**   87:21
**19**   80:2,4

**2**

**2**   3:7 18:13 65:11
**20**   80:2
**200**   67:25
**20006-5344**   2:9
**2017**   7:16,17
**2018**   9:5 14:18,21
  16:10,20 19:1
  48:1
**2019**   1:15 85:3,13
  87:18
**2022**   87:24
**203-591-5237**
  13:10
**203-802-5819**   15:3

**22**   23:9
**238**   1:19

**3**

**3**   3:8 35:12
**3.5**   25:14
**30**   58:24 68:10
  78:14 87:24
**30th**   48:1
**35**   3:8 68:22
**39**   23:7
**399**   23:4 24:3

**4**

**4**   3:4 25:14
**40**   67:25

**5**

**50**   33:13
**50k**   71:1
**5819**   16:13
**59**   49:13

**6**

**6**   7:14,15,17
**6:00**   72:20
**6th**   36:12

**7**

**7783**   37:10
**7787**   39:3
**7788**   44:10
**780**   65:10
**7802**   65:5 70:5
**7815**   71:22
**7819**   72:24
**7825**   74:25,25
**7827**   74:25
**7833**   75:10

**8**

**8**   1:15 85:3
**81004**   1:4

**9**

**9:00**   1:16 73:3
**9:42**   33:20
**9:47**   33:21

**a**

**a.m.**   1:16 33:20,21
  65:13,13 73:3
  84:25
**ability**   5:16 21:12
  21:15 27:13,19
**able**   18:7,10 20:16
  20:22 33:4,5,6
**absolutely**   55:2
**accept**   66:12
**access**   34:22,25
  35:2 66:18
**accomplished**
  79:19
**account**   8:14,15
  8:16,24 9:3 15:8,9
  16:23 24:19 34:4
  34:8,9 65:19 66:9
  66:16,17,19,25
  67:2,3,4,6,9
**accurate**   12:18
  25:4 27:13 31:1
  38:25 40:9 42:11
  43:1,7,18 45:17
  58:13 73:11 85:4
  87:11
**acd**   45:10,13,14
**action**   66:15
**actions**   42:1
**active**   38:17
**actual**   20:2,23
  43:13 45:25
**ad**   59:12 60:2,3,9
  60:14 62:11 82:14
**adam**   2:8 5:24,25
  6:4

**adam.bowser**   2:10
**add**   36:24 38:14
**additional**   76:3
**address**   16:22
  47:22
**addressed**   84:14
**adjourned**   84:24
**administer**   87:4
**admission**   17:15
  20:16 70:2
**admissions**   7:10
  7:18,22,24 8:2
  9:14 12:14,16
  16:8 17:24 30:16
  38:18 39:2 40:14
  43:21 45:2 51:18
  52:17,19,20 53:20
  59:14 78:1
**adviser**   7:1
**advisory**   6:23 9:25
  12:11,14 36:1
  68:8
**affect**   68:5
**afford**   32:23
**ago**   52:23 84:12
**agreed**   6:4
**ahead**   65:3,8
**aid**   7:1,2 21:10
  27:10 70:12 71:10
**album**   66:7,13
**allow**   14:6,9
**allowed**   33:18
  45:6
**amount**   71:13
**amounts**   71:19
**android**   66:6
**angle**   72:7
**answer**   5:10,10
  11:7,8,11 12:25
  17:13 25:23 30:4
  37:24 40:12 44:3

52:9 58:22 69:18
72:16 74:2,6,16
78:9 82:7
**answered** 25:21
38:23 40:10 50:22
54:6,13 56:17
60:21 74:8,13
**answering** 74:19
**answers** 4:23
72:18
**anybody's** 41:25
**apology** 50:4
**app** 14:5,6 20:19
21:4 27:12 66:4
**appear** 70:14
**appeared** 85:13
**appears** 87:7
**application** 6:24
7:2 9:21,22 20:23
21:2 27:6,8,21
**applications** 21:6
23:9
**appointment**
24:16,17
**appreciate** 31:8
33:6,9 41:17
**appreciative** 35:11
**approval** 21:10
**approximately**
51:22 78:10
**arentfox.com** 2:10
**arrested** 41:14
**arrow** 72:13
**asked** 18:3 25:21
33:8 40:10 52:4
52:16 59:3,6
61:18 62:6 74:8
81:17 83:7,9
**asking** 31:2,3
35:18

**assess** 56:5
**assigned** 38:5 45:2
**associated** 16:22
**assume** 5:11 82:5
**assumed** 66:10
**assuming** 68:1,4
71:4 72:15 73:16
**atp** 21:8,11,13
**atps** 23:14
**attached** 71:19
**attempt** 56:16
79:14
**attempts** 38:3,6
47:3 54:15 61:2
**attend** 29:10,22
39:23
**attended** 29:24
**attorney** 5:25 6:5
11:8
**avoid** 57:12
**award** 7:3
**aware** 5:15 16:7
17:15 18:9 41:23
41:25 52:11,12,16
60:18,22,25 64:22
64:25 70:2

| b |

**b** 3:5
**back** 7:3 24:21,21
26:15 33:25 42:5
44:9 53:23 61:17
64:10 65:12,15
70:25 81:16
**backing** 57:8
**bad** 5:6
**based** 26:3
**basically** 20:14
45:16
**basis** 30:23 83:2
**bates** 29:4,4

**bathroom** 65:7
**beat** 84:3
**beating** 26:17
**becoming** 43:6
**began** 30:16
**beginning** 11:7
**begins** 39:6
**behavior** 20:1
25:24 26:7
**behaviors** 20:1
25:8
**belief** 85:6
**believe** 6:11 16:12
17:6 23:14,18
30:7 50:7 52:21
54:14 72:10
**benchmark** 20:2
**best** 5:7 43:15 82:7
85:5
**better** 20:17
**big** 47:1
**bit** 21:21 26:17
53:13 65:3
**blindly** 80:14
**blocks** 59:11
**bottom** 28:23 29:5
37:10,10 39:5
44:11 65:5
**bowser** 2:8 11:4
12:23 17:11 21:25
25:21 33:13,19
34:13 40:10 58:20
59:18 60:24 61:9
74:8 84:21,23
**bracket** 44:14,14
72:7
**break** 4:10,10,15
18:15 33:11,14
65:9 81:22
**briefly** 72:25

**bring** 33:8
**brings** 46:7
**build** 60:1,3
**bullet** 37:10 39:9
43:20 44:16 45:9
56:9
**button** 46:7

| c |

**c** 2:1 87:1,1
**call** 6:21,24,25
8:10,11 11:21,25
13:12,15 15:15
18:4,6,10 24:15,22
28:4,5 34:11 35:5
37:22 39:25 40:7
40:20,23 43:3
45:10,13,15 47:12
48:3,5,12,14 49:16
49:19 52:22 53:4
53:7,17 54:8,18,22
55:1,6,21 56:9,13
56:19,23,24,25
57:4,5,9,12 58:5,5
58:9,10,13,18
59:13,14,16,22
60:10,15 61:4,7
62:6,25 63:3,7,11
63:25 64:1,3,6,12
64:20,23 65:1,1
67:15,15 68:10,11
68:15,17 69:4,17
69:20,23 72:20
73:23 74:15 75:8
76:9 78:17 79:1,7
79:13,14 81:17,25
81:25 82:3,3,4,17
82:18 83:3,7,9,22
83:23 84:15
**called** 10:25 11:13
11:15 38:11 41:8
41:11 44:2 59:3,6

[called - conversion]                                                                Page 3

74:12 75:17,17
77:18
**calling**  11:2 38:2
38:21 40:16 41:4
43:23 55:4 76:14
78:4,23 80:12,13
**calls**  10:15 13:3
14:1,4,6,9 22:25
28:9 29:3 34:15
34:17,20 45:16
60:16 67:18,21
68:15,22 69:9
74:7 75:2 79:10
**campus**  47:7
55:17 56:21
**capacity**  84:6
**caps**  48:14
**career**  71:15
**case**  1:3 4:11 5:20
5:23 6:16 30:23
30:23 40:1,1 48:1
56:5 83:2,2,7,8
86:3
**catch**  50:15,23
51:5
**categories**  48:10
55:10,24 58:9
60:6
**category**  10:7
32:14,15 37:12
46:1 48:11 80:5,8
**caught**  4:23
**cause**  87:16
**cell**  13:11
**certain**  31:14 37:3
**certainly**  4:8 11:6
35:21 65:8 75:11
**certify**  85:2 87:2,5
87:13
**chance**  14:19,24
18:17

**change**  86:10
**changed**  32:24
**channels**  40:4
**characterization**
26:13
**characterize**  12:13
20:15 50:14
**check**  33:17 67:8
67:11
**checking**  49:15
**choices**  71:15
**chooses**  27:14
**chose**  24:15 32:24
**circle**  33:25
**circled**  83:15
**circles**  36:3,4
**circumstances**
61:6 62:3
**civil**  1:3
**clarification**  31:10
32:5
**clarify**  5:8 26:1
30:15
**clarity**  37:8
**class**  72:4,5
**clause**  19:13
**clean**  65:15
**clear**  31:2,16
56:25 67:4
**cleared**  67:2
**click**  47:15
**clicked**  46:11 66:8
**client**  15:24,25
**close**  62:3,7,15
**closed**  45:4 61:23
62:1,2,25 63:3,8
63:12,15,17,21,22
63:25 64:2,7 67:3
77:5,19 80:8
81:12

**closing**  47:16
**code**  62:1
**codes**  50:8
**college**  6:23 9:25
12:11,14 29:17
35:25 68:8
**color**  15:24
**colors**  15:21
**column**  80:23,24
81:8
**columns**  75:11
**combination**
35:24 70:22
**come**  7:3 40:15
76:1
**comes**  63:13
**comfortable**  7:23
40:15,23 41:4
**coming**  53:6 54:8
54:18
**comma**  54:16
**commission**  85:18
87:23
**commissioned**
87:3
**commitment**  3:8
**communication**
22:20,22
**company**  8:11
**complaint**  6:11
**complete**  20:22
27:9
**completed**  21:7
27:21 36:25
**completely**  16:13
33:1
**compound**  11:4
12:23 58:20 59:18
60:24 61:9
**computer**  12:5

**concern**  19:23
47:25
**conditions**  5:17
**conduct**  6:22
20:16 22:8,13
24:9,15 27:1,4
**conducted**  21:2
23:7 30:2 83:19
**conducting**  20:13
68:7
**conducts**  26:4
**confirm**  72:22
**confusing**  17:20
**confusion**  77:13
**connect**  6:25
**connecticut**  1:17
2:5 4:3 87:3
**connie**  16:7,9
18:22 23:4 24:3
29:10 57:2
**considered**  10:10
**consist**  28:8,11,14
**constance**  1:11 3:3
4:1 85:2,9 86:6
**constraint**  78:21
**contact**  11:23 17:1
17:9,16 26:18,21
69:13 79:13,14
**contacted**  26:19
**contacting**  21:22
21:23 22:5,8,12
**contain**  77:17
**content**  15:17
**context**  82:24
**continue**  33:10
**continuing**  12:10
21:20
**conversion**  23:21
25:4,9,11,20,24,25
26:10

[convert - doing]                                                          Page 4

**convert** 20:12
  72:20
**copy** 18:3 84:22
**correct** 8:25 9:23
  11:13 18:1,22
  19:1 21:23 22:5
  25:10 26:18,19,22
  27:2,6,9,17,18,24
  28:6,9,12,15 41:8
  42:7 43:12,14
  49:11 50:1,21
  52:6 53:1,2,4,5,17
  53:18,22 54:17,20
  57:9,10,16,17,20
  57:22,23 63:20
  70:11,15 73:17,20
  73:24,25 74:2,4,19
  74:22 76:10 78:23
  78:24 80:21 81:10
  81:11,13,14
**correction** 86:10
**corrections** 85:4,5
  85:15 86:1
**correctly** 21:1
  53:25 60:14 70:10
  72:14
**cost** 47:5 55:15
**costs** 56:7
**counsel** 87:9,13,15
**counselor** 7:10,18
  7:22,24 17:24
  38:18 39:2 43:21
  44:17 45:2
**counselors** 17:15
  51:18 52:17,19,21
  53:20 70:2 78:2
**county** 85:12
**couple** 33:25
  65:15
**course** 4:9

**courses** 8:4 21:16
  21:19
**court** 1:1 4:20 5:1
  84:19,22
**covered** 51:11
**create** 42:15,24
**creillypost1** 16:24
  34:3
**criteria** 60:8
**criticism** 26:9,10
  68:17
**crm** 34:21,22,25
  35:6 40:24 41:3
  42:24,25 43:16
  44:17 46:1 47:20
  48:2,7 49:4,7,7,11
  49:21,25 50:5,6
  51:22,25 52:7
  53:8,15,21 60:2
  72:7 75:24,25
  76:1,7,8 78:5
  79:23 80:6,9,20
  81:9
**curious** 38:7 75:12
**current** 39:21 49:6
  49:6,13,25 73:13
**currently** 9:7
**cv** 1:4
**cycle** 71:24 72:1

**d**

**d** 2:8 3:1
**darker** 15:25
**dash** 70:24
**dashes** 70:14
**data** 66:15 67:3,4
**date** 1:15 7:13 9:4
  14:17 16:11 19:1
  24:16
**davis** 1:3 86:3
**day** 6:18 7:25,25
  58:15 67:18,21,23

  68:1,5,12,15,18,23
  69:4,15 73:3
  85:13 87:18
**days** 11:21 58:24
**dc** 2:9
**deal** 47:1
**death** 30:13,17
  31:21 55:13
**december** 51:23
**deciding** 40:7
**defendant** 2:7
**defendants** 1:7
**deficiencies** 26:11
**definitely** 63:16
**degree** 71:16
**degrees** 71:18
**delete** 67:1
**deleted** 34:10
  65:24 66:1,24
**departure** 16:11
**depending** 12:12
  68:9
**depends** 67:23
**depicting** 71:23
**deponent** 86:6
  87:5
**deposition** 1:11
  3:6 4:9 33:9 84:24
  87:6,8,8
**describe** 11:1
**description** 3:6
**desk** 13:6
**despite** 41:6
**details** 61:12
**determine** 11:3,16
  26:22 27:19
**determined** 27:22
**development**
  41:14 83:18
**die** 72:2

**different** 6:18 10:8
  11:22 13:4 15:21
  25:3 32:25 62:5
  71:18,19 80:17
**differently** 40:3,8
  42:11
**diploma** 12:5
**direct** 3:4 4:5
**directed** 64:1
**direction** 87:10
**directly** 27:12
  43:5 45:15
**discretion** 58:18
  79:20
**discuss** 5:19,23
**discussed** 12:21
  13:2 24:22 42:10
  44:7 55:1 64:17
  72:24 73:15 75:22
**discusses** 19:14
**discussing** 21:22
**discussion** 33:20
  81:16,21
**display** 80:22,24
  81:8
**distinct** 48:25
**distinguishing**
  57:1
**district** 1:1,2
**document** 18:19
  19:6,8,10 25:2
  32:8 34:12,16,19
  35:19,23 36:2,20
  36:24 53:23 65:17
  83:15
**documented** 35:6
**documents** 32:14
  34:4 35:10 64:22
  64:25 65:4 81:19
**doing** 70:3

[doll - focused]

**doll** 48:16
**dollar** 71:12,19
**doodles** 36:3,4
**doodling** 36:6
**double** 67:8,11
**downloaded** 66:5
**drive** 2:4
**drop** 46:16,17
  47:11,15 48:3,5,9
  48:13 50:13,16,20
  51:9,12 55:19
  57:9,15 62:18,19
**duly** 4:2 87:3,6

**e**

**e** 2:1,1 3:1,5 87:1,1
**earlier** 9:24 22:4
  55:12 56:6 65:18
  75:7,22
**easier** 4:25
**eight** 23:14,17
  68:3,3,4,23 74:15
**either** 6:22 7:1
  12:10 33:16 87:14
  87:15
**elaborate** 11:18
  37:25 54:11 69:6
**else's** 41:25
**email** 6:21 8:10
  16:22 40:7 43:23
  67:16 69:9,14
  73:24
**emails** 28:15
**employee** 18:21
  19:4
**employment** 19:15
  19:21 47:5
**encompassing**
  17:19
**ended** 68:13
**engage** 38:4

**english** 55:3
**enrolled** 47:4
  55:15
**entry** 42:23
**equivalent** 61:21
**error** 35:7,8 42:5
**esq** 2:3,8
**established** 57:8
**evaluate** 22:25
  30:23
**evaluated** 22:18
  22:21 24:1
**evaluation** 24:19
**exactly** 82:22
**examination** 3:4
  4:5
**examined** 4:4
**example** 9:16
  24:14 60:13 71:6
  71:7,8,20 73:7
  82:25
**examples** 29:18
  63:3 70:20,20
  73:11
**exception** 80:14
**excuse** 9:21 12:7
  15:21 21:22 22:3
  27:20 32:14 45:20
  47:14 57:18 60:8
  67:15 77:8 83:19
**exhibit** 3:7,7,8
  14:12,14 18:13
  35:12
**exhibits** 3:6,10
**expect** 69:1,3
**expectation** 13:21
  17:8 74:19 78:16
  78:19 79:3
**expectations**
  37:12

**expected** 13:18,19
  37:16 44:1 62:25
  64:3,6 67:19
  69:13 78:22 79:1
  79:7,13
**expires** 85:18
  87:23
**explain** 64:23,25
**explicitly** 82:6
**express** 9:16 43:17
**expressed** 9:13
  43:6 84:2
**extent** 47:25

**f**

**f** 87:1
**fa** 70:8,15,18
**facilitated** 23:11
**factors** 68:5,25
**fafsa** 7:2,3 21:4,7
  21:8 27:9,17,22
  79:25 80:1,2,13
**fafsas** 21:9 23:11
**failed** 19:18
**failings** 26:11
**fair** 12:13 20:14
  22:16 26:13 28:2
  30:4 38:13 50:14
  79:9 80:11
**fall** 68:6
**familiar** 6:7 35:19
**family** 30:13,18
  31:21 39:22 42:18
  55:13
**fancier** 47:21
**far** 68:9
**faults** 25:3
**fears** 29:15
**february** 1:15
  85:3 87:18
**federal** 29:20

**feedback** 68:16,21
  69:2,4,7
**feel** 7:23 13:20
  69:13
**field** 46:13,15,18
  47:11,15 48:9,25
  57:22,25 64:8
  69:21 77:17,21
**fields** 46:22 62:9
  76:17
**file** 32:12 34:21
  42:19,23 45:4
  46:6 57:14 62:18
  63:23 72:6 78:2
**filed** 6:12
**files** 47:17
**fill** 27:5,8
**filtered** 80:22
**financial** 7:1,2
  21:9 27:10 70:12
  71:10
**find** 50:12,19
  60:10 61:3
**finding** 25:3
**fine** 33:16
**finish** 4:13
**firm** 2:3
**first** 4:2 10:25
  19:3 24:3 26:21
  26:25 32:14,15
  36:9 37:9 39:9
  40:21 41:3 44:2
  54:9 70:24 83:14
**five** 73:3
**flag** 41:2
**flagged** 69:21
**flaw** 25:4
**flip** 39:3 44:9
**florida** 1:2
**focused** 26:7

**follow**  8:7,8 26:2
**following**  8:1,6
 29:2
**follows**  4:4
**foregoing**  85:3,14
 87:6,7,11
**forget**  34:2 65:17
**forgetting**  35:9
 42:6
**forgot**  11:6
**form**  46:15 57:18
 80:15,18
**formal**  9:18 19:12
 19:19 84:13
**former**  16:16,17
**forward**  9:14 12:6
**found**  42:19
**foundation**  17:11
**four**  19:25 70:14
**fourth**  70:24,25
 73:2
**fox**  2:8
**free**  46:15 57:18
**friend**  39:22 40:18
 40:22 42:18
**frustrating**  84:4
**full**  63:17 68:1,2,4
 71:1 78:14
**fully**  38:9
**further**  31:13,20
 31:23 32:1,18
 87:5,13

**g**

**ged**  12:5 55:6,7
 56:21
**general**  17:2 71:11
**generally**  61:13,15
 68:20
**generated**  75:25
**getting**  5:22 53:8
 53:15

**give**  40:19 83:5
**given**  6:18 31:3
 42:14,17 60:4
 75:19,23 76:2,5,8
 76:9,17 79:6
 80:23,25 81:7,8
**glapion**  2:3,3 3:4
 4:6 11:5 12:24
 14:12,15 17:12
 18:14 22:2 25:22
 33:15,22 34:14
 35:15 40:11 58:21
 59:20 61:5,11
 65:14 74:11 84:17
**glapionlaw.com**
 2:5
**gmail**  66:9 67:1
**gmail.com**  34:3
**gmail.com.**  16:24
**go**  12:2 27:12 37:2
 40:17,19 42:5
 61:17 64:10 65:15
 68:9,25 71:14
 72:24,25 81:16
**goal**  11:2,15 12:20
 22:7 26:22 27:1,5
 27:9,23 28:1,2,3
 28:17,18 38:20
 79:3,16,19
**goals**  12:21,22
 13:2,3 21:21,23
 22:4,7 24:21
 26:16
**god**  63:18
**going**  11:9,10
 24:21,21 26:15
 32:13 33:11,13
 35:17 46:20 47:9
 48:22 53:23 61:17
 66:10 72:2,25
 75:10

**good**  33:10 57:1
 76:16 84:17
**google**  8:17,18,21
 8:24 9:2 13:15
 14:8 15:8,9,14
 16:15,17,19,23,25
 17:9,16 18:1 34:4
 34:12 44:6 65:19
 66:4,7,15,17,19
 67:1
**grasp**  38:9
**great**  41:14 66:23
**group**  59:13 63:7
 64:2
**guarantee**  48:21
**guess**  6:11 70:23
**guide**  7:1
**guiding**  8:2

**h**

**h**  3:5
**half**  68:3,5,11,23
**hand**  87:17
**handed**  82:8
**handle**  51:5 84:14
**handwriting**  70:9
**happened**  61:1,14
 61:15 64:15
**happens**  12:17
**hard**  31:6 67:1
**header**  45:21
**heading**  73:2,2
**headings**  20:1
**heard**  4:18 9:9
 59:8 61:24
**held**  1:17
**help**  6:24 20:22
 32:10 50:24 60:3
**helpful**  83:24
**helping**  29:15
**hey**  83:2

**high**  12:4 56:21
 68:22
**higher**  61:2
**hire**  3:8 33:5,7
 35:24 62:13 84:11
**hired**  36:9
**history**  61:3
**hit**  46:8 66:12
**hold**  75:14
**home**  13:18,21,24
 14:2 15:16 34:23
 34:25 66:6
**hour**  59:8,10,11
 59:12,15,16,23
 60:11 61:7 63:6
 63:13,14 64:3
 68:5,11,23 76:5
 77:15 78:22 79:1
 79:4,6,8,13,15,19
 79:21,24
**hours**  61:13 62:24
 63:11,19 68:3
 75:22 78:10,16
**huh**  4:24 5:1,2,13
 14:11 37:7 41:13
 45:22
**huhs**  4:24
**human**  35:7,8 42:5
**hundred**  74:10

**i**

**idea**  44:15
**ideal**  22:10,12
 28:18
**ideally**  22:16
**identification**
 14:14 18:13 35:12
**ignoring**  38:8
**imagine**  83:2
**immediately**  12:10
**impair**  5:15

[implement - leads]                                                                        Page 7

implement  19:19
impressive  47:9
  47:10
improvement
  19:12,20 24:24,25
inbound  45:16
incident  61:1
include  10:16,18
  24:4 67:5 73:3
  76:20,23 77:1,4,7
  78:1
included  3:10
  24:18 48:11 50:16
  60:23 63:7 80:15
includes  73:22
including  79:9
  85:4
incredibly  67:1
independently
  71:9
indicates  48:25
indicating  41:10
information  6:20
  8:3 10:14 34:9
  40:20
initial  9:15 24:15
  72:3,23 73:22
inquire  32:18
  43:17
inquires  6:21
inquiries  8:1,6,8,9
inquiring  83:6
inquiry  9:15 10:13
  11:20 47:3,4
  55:15 72:3
insight  52:18
  53:19
instance  60:18,20
  64:14 66:5
instances  60:22

instruct  16:25
instructed  17:5,21
  31:4 38:17 57:13
  62:7,9,12 63:11
  64:13 78:7 83:22
instruction  41:7
  60:19
instructs  11:8
  59:12
integral  28:24
intended  40:2
  52:21
intending  30:17
intentionally
  69:23
interaction  16:4
interest  11:16,19
  11:24 43:6,17
  72:22
interested  9:17
  32:23 43:10 47:5
  47:24 48:11 56:3
  72:19 87:15
interpretation
  26:8 41:20
interpreting  72:14
interview  12:14,16
  20:16
interviews  20:21
  21:1 37:18,19
introducing  43:22
invitation  66:7
iphone  66:5,15
issue  25:19,19
  26:11
item  45:20 81:15
items  39:14 51:12

j

j  1:19 4:2 85:1
  86:2

jeremy  2:3
jmg  2:5
job  3:7 7:25
july  14:18,21
  16:10,20 48:1
jump  23:3 65:3
  70:5
jumping  4:7 65:8
  65:16

k

k  2:9
keep  20:24 24:17
  78:23
kind  5:2 29:19
  37:24 45:5 65:16
knew  43:9 69:17
know  4:11 5:7
  6:14 7:1 8:21 9:2
  11:21,21 13:6
  14:20 15:20,22
  17:20 18:5,8 19:5
  20:4,11,20 21:4,11
  21:13,18 22:18,24
  24:18 26:16 31:15
  31:16 32:3,4,4,6
  36:23 37:6 38:3,6
  39:17 41:15 42:9
  44:21 45:3,4,14
  48:23 49:7,9,14
  51:15,18,21 56:23
  57:11 58:1,25
  60:3 64:21 68:22
  69:2,8,11 71:14
  72:3 78:8,9,9,14
  80:3 81:6,9,19
  83:4,12,24 84:1,3
knowing  55:24
  80:18
knowledge  43:15
  85:5

kpi  20:1,4,6
kpis  27:11

l

labeled  63:23
laryngitis  69:10
lasted  68:24
law  2:3 4:20
lawsuit  6:7,9
lead  10:11,12,12
  11:1,2,15,20 12:8
  12:21 13:4 20:6
  20:13 22:8,8,13
  24:10 26:15,18,19
  26:21,23,25 27:2,4
  38:2 39:6,9,18
  40:2,3,6,7,8,25
  41:11 42:15,15,25
  43:3,5,6,20 44:2
  45:1,21,24,25 46:3
  46:3,4,6,11 47:13
  47:14,15,17 49:22
  49:23 50:7 51:11
  53:24 54:3,6,13
  55:1,10,20 56:3,4
  56:8 57:4,11 59:2
  59:5 61:21 62:11
  62:20 64:7,12
  67:15 69:17,20
  72:3,12 73:20
  74:6,10,12,15 77:8
  77:9,18,22 79:2
  80:19 81:9 82:11
lead's  80:5
leads  10:16,21,25
  11:13 13:3 15:10
  15:12,15 17:19
  20:15 23:4 24:4
  26:6 38:2,5,11,21
  42:9,13 47:19
  56:10,13,14,15,16
  56:18 58:5,9,10,19

[leads - module]                                                        Page 8

59:17,22 60:23
61:3,7,16,19,20
69:13 73:16 74:21
75:8,23 76:9
77:11 78:4,5,11,17
79:2,15,21
**learn** 39:22
**learned** 53:13
66:25
**leave** 41:9,12,19
42:2 43:21
**leaving** 41:24
68:24
**led** 21:2,6,9,16,20
25:8,25
**lengthier** 33:12
**lie** 47:9
**life** 4:25 71:24
72:1
**lighter** 15:24 16:2
**limited** 61:20
**line** 4:13,14 20:19
28:22 44:13 45:19
86:10
**link** 66:8
**list** 38:5 48:10,15
48:17 49:24 50:6
50:10,13,15,20
51:5,13,16,19 52:5
52:18 53:1,14,16
53:20 54:6 55:18
56:23 57:15,25
60:1,3,4,5 62:22
64:4,11 75:16,17
75:19,23 76:3,4,6
76:8,9,9,11,12,17
77:10,13,14 78:5
78:12,13,17,23
79:6,15,21,24
80:20,22

**listed** 23:1 45:18
50:12,19
**lists** 39:10 59:12
80:11,12,14
**little** 26:17 44:13
53:13 65:3
**live** 38:23 39:2
**living** 71:1
**llp** 2:8
**loans** 29:20
**logging** 35:1
**long** 7:11 66:4
68:1
**longer** 32:23 72:12
**look** 14:16,19,24
19:3 25:10 26:4
28:21 29:4 34:3
35:10 44:16 70:8
71:22 73:6 74:24
74:25 75:10 76:12
78:5 79:23 80:1,6
80:9
**looked** 75:19
80:20 81:8
**looking** 19:25
27:11 38:7 47:6
65:18
**looks** 75:14
**loss** 81:12
**lost** 61:24 62:1,2
63:21,25 64:2
77:4,19,22 80:8
**lot** 33:7 61:17 62:5
68:25
**lots** 66:19
**low** 68:17
**lower** 68:12,15
**lsr** 1:19 4:2
**lunch** 41:22

**m**

**m** 2:3
**madore** 83:15
**main** 47:7,25
55:16 56:21
**making** 69:9 70:25
**management** 38:3
**manager** 83:18
**manual** 3:9 33:5,7
36:8 58:4,7
**mark** 14:12 49:20
**marked** 3:6 14:14
18:13 29:2 35:12
44:10 80:19
**material** 30:6
36:18
**matters** 47:25
76:7
**maximum** 74:3,4
**maxwell** 2:4
**mean** 11:18 13:19
20:10,24 26:1
31:12,17 32:11
35:8 52:20,21
53:4,7 54:12,22
56:15 64:14 67:5
69:3,19,23 72:9
76:13 77:23
**means** 20:8,20
21:5,14,18 39:17
53:14 58:25 72:10
**meant** 29:14,19
30:15
**medical** 30:13,18
31:21 45:5 55:13
**medications** 5:16
**meehan** 82:15
**meet** 5:19,23
19:19
**meeting** 82:25

**melanie** 1:3 86:3
**member** 39:22
42:18
**mental** 5:17
**mention** 11:7
**mentioned** 9:24
**mentor** 7:19
**menu** 46:16,17
48:13 62:18,19
**message** 3:7 10:20
10:20,23 12:21
13:4 34:11 43:23
44:5 54:14
**messages** 14:18,25
15:17,18,20 16:2
28:12 67:6,9
**messaging** 15:22
**method** 8:8
**metrically** 22:23
**metrics** 22:24
23:25
**military** 12:5
**mind** 8:16 25:7
32:24 43:4 63:13
**miner** 1:19 4:2
86:2
**minimum** 69:12
74:1,18
**minutes** 33:14
68:10
**misconception**
29:20 31:16 51:1
56:6
**misconceptions**
29:16
**misunderstood**
71:11
**miy** 87:10
**mock** 37:18,19
**module** 23:21

**modules**  25:11
**mom**  66:6
**moment**  52:23
  66:23 72:10,21
**months**  7:12 44:18
  44:21 45:3
**move**  9:14 12:6
  65:3 80:2
**multiple**  6:17 28:8
  28:11,14
**mutual**  3:7

**n**

**n**  2:1 3:1
**name**  19:4 32:22
  45:7 66:10 76:21
  86:21
**named**  87:5
**necessarily**  42:10
  72:18
**necessary**  9:22
**need**  4:10 18:15
  27:10,16 33:10
  35:20
**negative**  69:1,3,7
**neither**  87:13
**nervous**  4:8
**never**  42:13 43:5
  54:6,13 56:16
  63:25 70:1 74:12
  74:20 82:7
**new**  3:8 7:22 33:5
  33:7 35:24 42:15
  42:20,25 43:3,5
  47:20 48:2,3,7
  51:22,25 52:1,7
  53:8,12,15,21
  62:12 73:16 74:21
  84:11
**notary**  4:3 85:17
  87:2,17,22

**note**  36:6 41:2,9
  41:12,19 42:3
  54:18,21,22 55:23
  56:1 57:14,15,25
  58:9,12,16,24,25
  69:21 72:6
**noted**  85:4
**notes**  36:2,4,20,24
  37:3 41:24 46:17
  46:18 53:23 54:11
  57:18,19,21 58:8
  64:8 70:6 78:1
**november**  7:14,15
  7:17 36:12 51:23
  87:24
**number**  8:19,22
  13:6,7,9 15:3,5,7,8
  15:10,14 16:14,14
  16:15,17,19 24:3
  29:5 34:7 37:9
  45:18 47:4 54:16
  54:23 58:13 67:18
  69:12 76:15,24
**numbers**  26:3
  29:4 56:20
**nursing**  56:22
**nw**  2:9

**o**

**oath**  4:18,19 85:14
**oaths**  87:4
**object**  11:11
**objection**  11:4
  12:23 17:11 21:25
  25:21 30:14 32:19
  34:13 36:16,18
  40:10 58:20 59:18
  60:24 61:9 71:10
  74:8
**objections**  28:23
  29:10,14,19,21,25
  30:5,9,21,25 31:4

31:9,19,22,25
  32:15,17,21 70:8
  70:12,15,18
**objects**  31:14
**obtain**  73:8,12
**occasion**  58:2
**occasionally**  15:15
**occasions**  42:2
  76:5
**offered**  47:6 55:16
**office**  13:7
**official**  7:20 62:1
**oh**  37:5 41:25
  53:11 63:18
**okay**  4:16 5:4,12
  10:5 14:23 25:10
  30:4 31:15 36:14
  37:5 38:1,10
  45:20 46:8 48:19
  51:4 54:25 59:2
  63:24 65:10 67:14
  71:11 73:10 75:14
  75:14 77:16 79:11
**old**  15:8 38:5,21
  49:9
**older**  75:8
**onboarding**  17:6
**once**  12:7,8 27:4
  27:19,21
**ones**  15:24,25
  55:12,14
**online**  32:25 35:1
  56:7
**opinion**  51:11
**opportunities**
  10:18,23 17:19
  38:1 47:18 61:18
  62:25 63:4,8,12
  64:2 77:11
**opportunity**  9:9
  9:12,13,19,22 10:6

10:9 45:1 47:16
  61:21,23,25 62:4,6
  62:7,16,17 63:15
  63:17,21 64:1,7
  67:16 72:6,11,17
  72:21 75:15,17
  77:5,5,19,22 80:8
  80:9 81:12
**options**  17:23
  50:16 62:20
**oracle**  49:11 50:3
  51:16
**order**  48:21 57:12
**origin**  76:4,7 82:2
**original**  3:10
  30:20
**outcome**  87:16
**outrage**  7:6
**outreach**  6:16 7:4
  7:7,8 17:25 26:4
  73:22
**outreached**  6:12
  6:15 45:2
**outreaching**  54:15
**overall**  23:21
  25:10
**overcome**  29:19
  30:10,22 31:1,5,9
  31:17 70:18 71:10
**overcoming**  28:23
  29:10,14,21,24
  30:5

**p**

**p**  2:1,1
**packet**  35:24
**pad**  36:6
**page**  3:2 15:2
  16:14 29:2,9 37:9
  39:5 44:9,10 45:9
  46:8,9,10 62:17
  65:4,9 83:14 85:5

[page - prospective]                                                                 Page 10

86:10
pages 78:14
paper 82:8
paragraph 19:3
19:13 26:5
part 17:6 28:24
30:6 71:13
participating 72:4
72:4
particular 68:17
78:2
parties 87:14
party 43:10
password 66:11
pay 6:4 21:12,16
27:13,14,19,23
paycheck 71:1,2,2
71:4
paying 6:2
pc 71:2,4
pcas 10:2,3,4 20:7
20:13,19 22:8,13
23:7 24:10,15
26:4 27:1,4 37:18
37:19 38:18 71:14
pending 4:12
people 33:7 41:23
63:7 64:6 76:3,14
perceived 25:19
percent 21:15
23:22 25:11,15
percentage 20:14
20:15,21 21:1,6,9
percentages 23:1
26:6
perfectly 30:4
period 51:16
permitted 56:13
persistence 21:17
person 38:19,23
41:3 42:16 43:9

77:18,22 83:19
personal 13:11
45:19 47:5 66:11
personally 13:20
85:13
pertains 72:1
phone 8:11,19,21
11:25 13:6,7,9,11
14:6,9 38:16 69:9
69:14 72:19 73:23
76:15,24 79:18
photo 66:7,15
photos 66:18
phrase 20:11
piece 82:8
pipeline 75:18
77:2
place 14:1,4 36:11
65:16
placed 10:15
placeholder 71:13
plaintiffs 1:4 2:2
plan 19:12,19
24:22,25
please 69:6 84:21
84:23
pocket 27:14,22
point 13:22 26:12
27:16 31:17 37:3
37:10,23 38:12
39:9 43:20 45:9
56:9 66:14 76:16
points 34:1 44:16
65:16 72:13
policy 18:4,6,10
50:25 51:2,6,15
52:4,10,11,14,25
64:20,23 81:17
82:3,4,5,7
pop 46:20

popped 46:10,10
possible 5:6 16:5,6
37:3 41:6,10 58:2
58:3 79:15 80:17
possibly 6:12 42:6
post 1:6 3:7,8 6:12
7:9,18 16:8 22:18
28:3,19 39:23
40:19 45:18 51:1
51:6 66:9 72:1
82:4 86:3
post's 18:3 42:15
51:15 52:25 64:20
64:23 81:17
potential 6:13 8:1
8:7 19:14
power 33:15 59:8
59:10,11,16,23
60:11 61:7,13
62:24 63:6,11,13
63:14,19 64:3
75:22 76:5 77:15
78:10,16 79:3,6,8
79:13,21,24
powerpoint 36:1
practically 46:4
62:15
practice 37:11,11
37:11,16
practicing 38:22
precedent 54:25
55:4
preliminary 72:13
72:15
prequalified 12:17
prequalifying
39:1 75:2,5
presence 87:9
previous 38:6 49:3
50:5,6

previously 59:3,6
printed 35:25 60:4
60:5 76:1,6,9,11
76:11,18 77:15
78:4,12 80:15,18
80:23,24
prior 26:12 43:6
48:1,2 52:1 53:15
53:21 74:7 78:4
privilege 11:9
probably 33:12
49:18 55:25 56:2
76:14 83:15
problem 23:4
28:22 30:18
process 8:3 9:15
12:9 17:7 28:6,8
28:11,14,18,18,24
30:16 40:13 59:14
68:9 79:18
produce 33:5
produced 35:11
professional 6:22
9:24 12:11,13
35:25 68:8
program 12:1,3
21:20 32:25 47:6
47:6 55:15,16
56:20
programs 10:14
projections 71:15
prompted 66:8
pronouncing
83:16
properly 20:11
prospective 8:25
9:10 10:7,16
13:12,15 14:1
15:10 17:1,9,16,18
22:5,21,22 24:10
34:15 35:5 37:20

37:23 38:12 39:10
39:11,21 40:18,22
43:11 44:25 60:10
73:8,12 76:20,23
77:1,8 78:11
**provide**  8:18 33:6
**provided**  8:11,14
59:21,21,22 70:21
**provider**  49:7
**pu**  29:2,9
**public**  4:3 85:17
87:2,17,22
**purpose**  38:21
**purposes**  38:3
**put**  7:13 22:10
40:24 45:7 57:25

**q**

**qualification**
63:10,15
**qualifications**  60:2
60:9,23 63:20
**qualified**  12:8
22:14,17 24:5,11
26:23,25 47:4
56:20 87:4
**qualifiers**  72:14
72:15
**qualifies**  72:16
**qualify**  12:1
**qualifying**  12:2
**question**  4:12,14
5:9,10,11 10:8
11:7,12,12 13:1
24:8 30:20 36:23
42:20 45:24 50:22
51:3 54:21 65:6
73:7 75:1 79:9,12
**questions**  4:13,14
5:5,7 31:13,20,23
32:2,16 39:1

**quick**  5:14 33:14
65:16
**quickly**  71:22
**quiz**  46:20
**quote**  41:14

**r**

**r**  2:1 85:1 87:1
**ran**  78:21
**range**  67:24 68:6
**rare**  66:5 69:10
**rate**  20:12 23:21
25:4,9,11,20,24,25
26:10
**reach**  40:16 45:6
59:2,5
**reached**  43:21
**reaching**  26:12
74:7
**read**  18:17 19:5,14
35:14,16,20 47:4
58:6 73:6 75:12
84:19,21
**reading**  53:25
70:10
**ready**  14:20 33:23
**real**  37:20,23 38:8
38:19
**realize**  66:9
**realized**  66:14,23
**really**  48:23 81:5
83:1
**reason**  24:9,13
31:12 32:19 35:4
43:22 46:12,15,23
50:9,11,12,18,19
51:10 63:22 77:21
81:10 86:10
**reasons**  6:18,19
24:13 45:5 50:15
51:8 62:5 74:10

**recall**  8:23 9:4
19:8 24:6 29:23
36:11,17,19 37:2,4
48:2,4,24 49:1,3
52:13 54:12 55:22
59:19 60:5 61:6
63:10 64:9,17,19
67:17 68:21 76:13
76:16 77:24 81:20
84:10,14,16
**receipt**  23:11
**receive**  67:14
68:16 69:1,3
77:14
**received**  15:25
23:4,9 24:3 36:14
49:16,19 79:25
80:1
**recess**  65:13
**recognize**  15:5,17
16:15 18:19
**recollection**  16:3
19:6 32:9 82:8
**reconcile**  52:24
**reconciling**  50:23
**record**  33:19,20
84:18
**recruitment**  28:24
**reduced**  87:10
**reengage**  45:8
**refer**  44:24 75:6
**reference**  75:2
**referenced**  29:22
**references**  75:5,5
**referral**  39:18,24
39:25 40:2,6,8,16
41:7 42:9,13,14,17
42:24,25
**referrals**  39:14
43:3,5 73:4,8,12
73:15 74:21

**referring**  52:7
**refers**  29:5 44:21
**reflects**  25:8
**refresh**  32:8
**refreshes**  19:6
**regard**  40:9
**regardless**  51:6
69:14 76:4
**registered**  8:4
23:18 40:14,18
**reilly**  1:11 3:3 4:1
18:22 57:2 85:2,9
86:6
**reject**  46:3,7,8,11
46:12,15,23 47:15
49:24 50:8,15
51:11 54:13 55:20
56:4,8 74:6,10,14
**rejected**  45:21,23
45:25 46:4 53:24
54:3,5 55:10
56:10,13,14,15,18
58:9,18 59:5,16
60:15,23 61:3,8,21
62:20 64:7 77:8,9
77:18,22 80:5,19
80:19 81:9,10
**rejecting**  47:17
55:7 62:18
**related**  87:14
**remains**  11:17,19
11:24
**remember**  30:3,7
31:7 32:6,7,10,10
46:22,25 47:2,24
59:4,7 61:12
62:14 64:14 65:19
65:20 67:13 81:5
81:21 82:20,22,23
82:24 83:1,25,25
84:1

**remote** 33:1 35:2
**remove** 48:15,16
  49:24 50:6,10,13
  50:14,20 51:5,13
  51:16,19 52:5,17
  52:25 53:13,16,20
  57:24 62:22 64:4
  64:11
**removed** 80:19
**rep** 26:4
**rephrase** 11:12
  24:8
**rephrasing** 20:24
**reporter** 5:1 84:19
  84:22 86:2
**represent** 14:17
**represents** 54:14
**request** 49:1,17,19
  67:14,15 72:23
**requested** 55:16
**requests** 6:20
  84:15
**required** 34:16
  46:13,18 57:21
**requirement** 55:1
  74:22
**respect** 9:10 17:21
  52:25 55:3 61:18
**respond** 18:4
  24:17
**responded** 54:14
**response** 67:11
**responsibilities**
  7:25
**responsive** 34:5
**rest** 4:10 26:5
**result** 22:21
**results** 22:25
**review** 7:3
**revisit** 58:15

**right** 4:7 19:3
  24:23 29:6 35:14
  35:17 47:16,17,18
  51:20 52:5,16
  54:5 65:12 72:20
  77:12 81:22 83:17
**rlr** 1:4
**room** 4:11
**rpr** 1:19
**rushing** 79:17

**s**

**s** 2:1 3:5
**sake** 37:8 74:9
**salaried** 71:1
**sarah** 1:19 4:2
  86:2
**saying** 7:4 9:17
  40:22 41:21
**says** 18:21 19:4
  20:6 23:17 28:23
  29:9 37:11 39:9
  41:9 43:20 45:10
  45:21,23 46:7
  47:23 48:14,16,22
  54:22 56:9 58:8
  58:15,24 65:1
  70:8,25 72:6,19
  73:3
**scenario** 22:10,12
  38:24 40:21,24
  41:3,7 79:5 80:12
**scenarios** 24:18
  41:23 79:23
**schedule** 12:12
  24:16
**scheduling** 12:10
**scholarship** 47:3
**school** 6:24 11:22
  12:4 20:23 26:3
  29:17 32:25 56:21
  56:22

**schooling** 56:7
**scratch** 10:7 39:24
**screen** 3:7
**scripted** 70:19
**seal** 87:17
**search** 34:7
**seasoned** 38:17
**second** 14:16 73:2
**secret** 76:3
**section** 19:25
  28:22 33:11
**sections** 35:18
**secure** 66:21,22
**see** 5:14 15:2
  18:21 19:16 20:1
  23:5,7,9,12,14,19
  23:23 25:12,16
  28:25 29:8,12
  32:11 37:14 39:3
  39:7,12,15 43:24
  44:19 45:11,23
  47:20 48:20,21
  56:11 58:16 67:8
  71:2 73:2 75:3
  80:1
**select** 17:24 46:8
**selected** 11:22
**send** 16:2 18:7,10
  43:23 44:5
**sent** 15:20 16:1
  66:6
**separate** 47:11
  48:9,10 57:15
  62:17 75:23
**separately** 43:17
**service** 8:16 12:5
  13:14 69:22
**session** 6:23 9:25
  12:11,14 29:11,22
  29:25 30:5 36:1
  68:8 84:13

**sessions** 29:21
**set** 6:22 28:1
**setting** 83:5
**shake** 4:10
**shannon** 83:15
**show** 14:17 36:1
**showing** 75:13
  77:17
**shown** 60:6
**sic** 74:2,18
**sign** 66:8 84:20,21
**signature** 84:20
  87:21
**single** 68:23
**sister** 40:15
**sit** 18:9 30:24
  48:24 52:13
**situation** 31:3 35:2
**situations** 31:14
**six** 23:18
**skeptical** 41:21
**skim** 35:20
**skip** 79:20
**slide** 36:1
**slow** 58:15
**small** 34:1
**somebody** 82:3
**somewhat** 41:20
**sorry** 7:7 46:21
  50:2 52:3 63:5,18
  67:12 71:11 77:12
  84:3,16
**sort** 42:10 52:23
**sound** 49:11 66:21
**southbury** 1:17,17
**southern** 1:2
**space** 46:17
**speak** 52:20 55:3
  79:16
**speaking** 46:4
  50:4 51:24 62:15

**[speaking - testify]**                                                                 Page 13

| | | | t |
|---|---|---|---|
| 68:20 | **stop** 33:4 63:17 | **submit** 11:20 | |
| **specific** 9:4 16:3 | **stopped** 9:2 38:2 | **submits** 10:13 | **t** 3:5 85:1 87:1,1 |
| 22:19 29:18 31:4 | **story** 66:4 | **subpoena** 34:5 | **take** 4:9,10,14 |
| 32:12 35:17 50:11 | **street** 2:9 | 67:12 | 14:16 31:18 32:13 |
| 60:18,20,25 61:12 | **strictly** 51:24 | **subscribed** 85:15 | 33:14 54:25 55:4 |
| 63:3,13 64:1,14 | **student** 6:13,20 | **subsequent** 36:14 | 56:23 68:10 73:6 |
| 71:17 75:11,15,16 | 9:10 10:7 11:23 | **success** 3:8 24:22 | **taken** 9:18 24:19 |
| **specifically** 6:16 | 12:7,17 18:3,7,11 | **successful** 68:7 | 65:13 85:3 87:8 |
| 18:20 30:7 31:1 | 20:12,22 22:9,13 | **successfully** 20:22 | **talk** 9:20 |
| 38:2 48:25 59:14 | 22:14,16 24:10,14 | **suggestions** 70:19 | **talked** 5:22 21:21 |
| 59:19 61:20 76:13 | 27:14,23 28:3,19 | **suit** 87:14,15 | 21:22 22:4 23:2 |
| 82:21 | 29:15,20 30:16 | **suite** 2:4 | 40:21 42:6 45:5 |
| **specifics** 81:5 | 31:12,14 32:11 | **summarizing** 54:2 | 55:12 56:6 65:18 |
| 82:23 83:1 | 35:5 39:10,11,21 | **summer** 9:5 | 65:20 |
| **squiggly** 44:13 | 39:21 40:13,14,18 | **summon** 84:5 | **talking** 32:24 38:1 |
| **stage** 59:13 75:15 | 40:22 43:11,13 | **super** 72:19 | 47:17,19 50:2 |
| 75:16 | 44:25 45:3,7 46:6 | **supervisor** 19:4 | 53:9 61:16,19 |
| **stand** 70:12 | 56:22 63:23 66:16 | **supervisors** 64:16 | 64:10 75:7 77:13 |
| **stands** 10:2 20:4 | 68:8 71:14,16,24 | **supervisory** 84:5 | 77:14 |
| 21:11 45:14 71:4 | 72:11,18 75:15 | **support** 33:1 | **taught** 55:10,20 |
| **start** 7:13 21:13,17 | 77:4,7,8 83:3,7,8 | **supposed** 41:24 | **team** 7:19 59:11 |
| 27:12,24 28:3,19 | 83:22 | 56:4 | 62:11 75:2,6 |
| 30:17 | **student's** 12:12 | **sure** 4:17 5:9 13:2 | 82:10 83:13 |
| **started** 21:19 | 34:21 45:4 76:20 | 15:22 16:11,13 | **technically** 41:10 |
| 23:18 51:21 83:12 | 76:23 77:1 | 17:3 20:25 22:20 | 70:23 |
| **starting** 10:25 | **students** 6:17,17 | 26:2 30:8 31:11 | **technology** 66:23 |
| 21:16 29:16 | 7:4,8 8:2,7,25 | 37:25 38:9,15 | **telephone** 10:15 |
| **starts** 10:17 | 10:16 13:12,16 | 42:4 44:17 60:13 | 15:2 34:7 69:20 |
| **state** 4:3 87:3 | 14:1 17:1,9,16,18 | 75:21 76:2 77:23 | **tell** 25:2,6 39:20 |
| **statement** 23:3 | 17:25 21:15,19,23 | 81:3 84:8 | 70:9 |
| 28:21 71:12 | 21:25 22:5,21,22 | **sworn** 4:2 87:6 | **ten** 47:3 74:3 |
| **states** 1:1 23:4 | 23:17 24:4 34:15 | **sync'd** 66:15 | **term** 9:9 59:8 |
| 31:12 | 37:20,23 38:12 | **system** 40:24 41:3 | 61:24 63:22 |
| **status** 77:2 79:25 | 42:18 45:15 59:13 | 42:15,19,24 43:7 | **terminated** 19:20 |
| 80:13 | 60:10 66:20 73:8 | 43:16 45:1 46:1 | **termination** 19:14 |
| **stay** 11:10 | 73:9,12,13 75:16 | 48:2,7,21 49:4,7 | **terms** 38:6 39:17 |
| **stenographically** | 78:11 79:17 | 49:20,21,21,25 | 64:10 |
| 87:9 | **stuff** 61:17 | 50:5,6 51:22,25 | **testified** 4:4 53:3 |
| **step** 9:18 11:24 | **style** 86:3 | 52:2 53:12 73:17 | 87:7 |
| 12:9 31:18,18 | **subject** 74:1,22 | 75:24,25 78:5 | **testify** 5:16 |
| 32:13,13 67:5,5 | | | |

testifying   48:17
testimony   52:24
  85:3 87:12
text   3:7 6:21 8:10
  8:13,25 10:20,20
  10:23 12:21 13:4
  13:12,15 14:18,25
  15:10,12,22 16:2
  28:11 34:11 35:5
  37:22 40:7 43:23
  44:5 54:14 66:7
  67:6,9 69:9,14
  73:23 79:14
texting   66:17 79:8
textnow   9:1,6
  13:15 14:5,6
  17:21,22 44:6
texts   14:9 34:17
  34:20 79:10
thank   22:3
theory   27:11
thing   5:3 20:21
  35:21 42:5 45:6
  81:12
things   11:6,10
  23:1 34:2 36:3
  44:1 48:12 49:15
  61:20 70:22
think   4:23 30:19
  30:25 31:20,25
  32:9,13,18 33:2
  35:4,16 47:23
  48:18,20,20 50:11
  51:21 55:25 60:21
  61:18 63:2 66:22
  66:22 72:21 76:7
  78:3,8 79:5 81:24
  82:13 84:17
third   28:22 37:10
  39:5 43:10,20
  45:9 56:9 70:23

thought   7:6 50:2
  66:24
three   7:12 44:16
  68:14
throwing   49:15
time   1:16 16:9,12
  17:9,10 19:23
  30:17 36:21 37:4
  38:8 44:2 51:16
  61:4 67:13 71:1
  78:21,22 81:1
times   54:9 55:1,4
  55:7 74:1,3,4,12
  74:15,18
title   7:9,20
titles   7:18
today   5:16 18:9
  30:24 48:24 52:13
told   30:9,21 31:1,9
  31:13,19,22 32:1
  32:16,18 43:10,11
  43:13 56:19 59:3
  63:7 64:11 83:8
ton   6:17
top   15:2 16:14
trained   55:24
  56:24 57:3,4,7
  70:17 71:7,12
  81:25
trainees   38:4,21
training   3:9 7:14
  29:10,21,25 30:2,5
  35:24 36:8,11,15
  36:16,18,21,25
  37:13,17,22 38:4
  38:11,19,25 55:11
  55:20 58:4 62:13
  64:18 71:25 75:7
  82:2 83:12,14,18
  83:20 84:11,13

transcript   3:10
  86:1 87:11
transcription   38:8
transfer   38:17
  39:2 55:16
transferred   38:24
  47:7 56:21
translate   4:25
treat   40:6,8
treated   40:2 42:10
  73:16,19 74:21
trick   31:5
trouble   50:23
true   85:4 87:11
truth   85:14
truthfully   5:16
try   10:4 11:10
  22:17 30:10,22
  31:17 56:5
trying   20:18 31:5
  31:6 32:4
two   7:14 11:21
  15:21 17:23 31:22
  36:12 44:18,21
  45:3 50:24 54:11
  68:14 78:14
type   35:2 57:19
  60:19
typewriting   87:10
typically   80:24

**u**

u   85:1
uh   4:24 5:1,2,13
  14:11 37:7 41:13
  45:22
uhs   4:24
ultimate   25:19
  26:10 28:2,2
ultimately   24:4
  26:6 56:7

umbrella   63:21
unable   24:15
unclear   36:23
underneath   63:22
  70:15
understand   4:21
  5:5,9 6:9 19:10
  20:8,25 31:6 52:1
  52:3,9,25 53:3,10
  53:16 60:14 69:2
  69:12 77:12
understanding
  19:18 24:7 25:3
  25:18 26:9 51:1
  53:6
understood   5:11
  14:10 23:25 51:4
  52:4 55:18 71:18
united   1:1
university   1:6 3:7
  3:8 7:9 16:8 28:3
  28:19 86:3
upstanding   57:1
use   4:10 8:25 9:1
  13:11,14 15:10,12
  15:15 16:25 17:8
  17:22,24 50:9,13
  50:20 51:5,8,12
  60:9 65:7
user   66:10
usually   11:9

**v**

v   1:5 86:3
valid   51:10
varied   59:24 79:4
various   39:10
vary   59:25,25
verbal   4:24
verbalize   72:22
verbalized   82:9,10
  82:17

**[version - z]**

**version** 35:25 49:4
**versus** 57:2
**viewed** 66:12
**viewing** 66:18
**voice** 8:17,18,21
 8:24 9:3 13:15
 14:8 15:8,9,14
 16:15,17,19,23,25
 17:9,16 18:1 34:4
 34:12 44:6 65:19
 66:4,16,17,19
**voicemail** 43:22
 68:24
**voicemails** 38:22
**volume** 68:11,15
 68:17 69:24

**w**

**waiting** 47:5
**waive** 84:20
**walk** 26:15
**wall** 2:5
**want** 4:8,9,25 9:14
 9:20 20:25 26:15
 28:21 33:14,25
 35:10 38:9 41:22
 56:25 65:3,9,15
 70:5 71:22 72:24
 72:25 74:24,25
 75:10 79:25 81:16
 84:19,22
**wanted** 22:9 45:7
 56:22
**wants** 39:22 40:15
 40:19
**washington** 2:9
**watched** 41:15
**way** 22:11,17
 33:16 40:17 41:2
 41:17 43:9 51:4
 53:21 54:2 57:7
 71:10 72:16 79:12

 80:17,18
**ways** 39:10 70:17
**website** 35:1 45:19
**weeks** 7:14 36:12
**went** 55:18 66:24
**winter** 51:23
**witness** 3:2 33:17
 35:13 59:19 60:25
 61:10 74:9 87:17
**wolf** 16:9
**work** 5:8 7:22
 8:14,15,15 13:7,18
 13:21,24 15:8,9
 29:15 41:17 66:10
 66:16 69:10 72:20
**workday** 68:2
**worked** 66:5
**working** 15:16
 68:1,4
**works** 15:22 16:7
**worry** 36:7
**worth** 29:3
**write** 14:21
**written** 19:12,19
 30:6 36:18 82:6
**wrong** 25:7 26:22
 47:4 54:16,22
 56:20 58:13 83:16
**wyndham** 1:17

**x**

**x** 3:1,5 83:4

**y**

**y** 83:4
**yeah** 4:22 19:7
 34:24 35:3 50:4
 53:22 54:4 62:8
 68:19 71:5 74:20
 74:20,20 81:1,23
 82:9 83:10

**year** 7:12 80:1
 84:12

**z**

**z** 83:4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.