

**Jeremy Glapion <jmg@glapionlaw.com>**

## Data Review Instructions

**Bowser, Adam** <Adam.Bowser@arentfox.com>                                      Thu, Mar 28, 2019 at 3:33 PM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: "Howard, Brandi G." <Brandi.Howard@arentfox.com>, "Denaburg, Jason" <Jason.Denaburg@arentfox.com>, Brad Sohn <brad@sohn.com>

> I have no issues with these changes, and will use this version for the reviewer.
>
> On Mar 28, 2019, at 3:12 PM, Jeremy Glapion <jmg@glapionlaw.com> wrote:
>
>> I made some minor changes (and added a quick summary section -- let me know if that makes sense). Redline attached (I had to copy and paste from your email into word since for some reason the font came in like size 2, so the chart didn't paste properly).
>> [Quoted text hidden]
>>
>> <data analysis instructions.docx>
>
> [Quoted text hidden]