

Jeremy Glapion <jmg@glapionlaw.com>

## Class Size/Total Calls Stipulation

**Bowser, Adam** <Adam.Bowser@arentfox.com>  Thu, Jun 6, 2019 at 10:36 AM
To: Jeremy Glapion <jmg@glapionlaw.com>
Cc: Brad Sohn <brad@sohn.com>, "Denaburg, Jason" <Jason.Denaburg@arentfox.com>

Jeremy,

Following up on our call last night, this is the supplemental inquiry we would propose doing:

| Telephone Number | Category 1 (Called two or more times in a 12-month period after individual's file was marked as a "rejected lead") | Date of First Category 1 Call After Rejected Lead Designation | First Ca |
|---|---|---|---|
|  |  |  |  |

Essentially we would build on the spreadsheet already produced (the first three columns would be the data already produced). We would add to that by compiling any call disposition entries notated in the relevant CRM files for the rejected leads and lost opportunities already examined, or otherwise indicating that no additional calls were attempted with a "N/A" beyond the two placed calls already examined. In other words, for each "call placed" after the individual's file was marked as a "rejected lead" or "lost opportunity," we would provide any call results notated in that individual's file. Again, we will likely need until the end of next week to perform this inquiry and compile the results.

If you agree that this offer will resolve the current discovery disagreement, I will start coordinating with the reviewer to begin the supplemental data review.

Thanks,

Adam

**Adam Bowser**

**Partner**

Arent Fox LLP | Attorneys at Law

1717 K Street, NW

Washington, DC  20006-5344
202.857.6126 DIRECT | 202.857.6395 FAX

adam.bowser@arentfox.com | www.arentfox.com


**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Sent:** Wednesday, June 5, 2019 8:42 PM
**To:** Bowser, Adam <Adam.Bowser@arentfox.com>
**Cc:** Brad Sohn <brad@sohn.com>; Denaburg, Jason <Jason.Denaburg@arentfox.com>; Howard, Brandi G. <Brandi.Howard@arentfox.com>
**Subject:** Re: Class Size/Total Calls Stipulation


I think that we're making progress, but it's unclear what you're offering. Are you around for a phone call to talk this through?

[Quoted text hidden]
[Quoted text hidden]