**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-81004-CIV-ALTMAN/Brannon**

**MELANIE DAVIS,**
*on behalf of herself and others similarly situated*,

    *Plaintiffs*,

v.

**POST UNIVERSITY, INC.,**

    *Defendant*.
_____/

**ORDER OF DISMISSAL**

    **THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 116]. Being fully advised, the Court hereby

    **ORDERS** that this action is **DISMISSED with prejudice**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of April 2020.

                                      **ROY K. ALTMAN**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record